**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| MATTHEW REEVES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vi. | ) | Case No.  1:17-cv-00061-KD-MU |
| | ) | |
| JEFFERSON S. DUNN, | ) | |
| Commissioner of the Alabama | ) | |
| Department of Corrections, | ) | |
| | ) | |
| Respondent. | ) | |

# VOLUME 2

# State Court – Trial, Clerk's Record

STEVEN T. MARSHALL
ALABAMA ATTORNEY GENERAL

AND

BETH JACKSON HUGHES
ALABAMA ASSISTANT
ATTORNEY GENERAL

ADDRESS OF COUNSEL:

Office of the Alabama Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL  36130
(334) 242-7392

CHARLES A. STEWART III
JONATHAN C. "RUDY" HILL

BRADLEY ARANT BOULT
   CUMMINGS LLP
445 Dexter Avenue, Ste 9075
Montgomery, AL 36104
(334) 956-7700

OF COUNSEL:
Jodi E. Lopez (*pro hac forthcoming*)
Ryan M. Sandrock (*pro hac forthcoming*)
Ariella Thal Simonds (*pro hac forthcoming*)
Melissa O. Evidente (*pro hac forthcoming*)
Sonia A. Vucetic (*pro hac forthcoming*)
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
(213) 896-6000

215

Defendant's Requested Charge No. _____35_____

    An accused is not guilty of a capital robbery-murder where the intent to steal was formed only after the deceased was killed.

Given: _____

Not given: _____✓_____

_____
Circuit Judge

216

Defendant's requested charge number _____36_____

   Under Ala. Code § 13A-6-2(a)(1) a person commits the crime of intentional murder if with the intent to cause the death of another person, he causes the death of that person or another person.

Given: _____

Not given: _____

_____
Circuit Judge

Defendant's requested charge number _____37_____          217

    It is the duty of the lawyers on each side of a case to object when the other side offers testimony or other evidence which the lawyer believes is not properly admissible.  The lawyers also have the right and the duty to ask the Court to make rulings of law and to request conferences at the side of the bar out of hearing of the jury.  All those questions of law must be decided by the Court.  You should not show any prejudice against a lawyer of his client because the lawyer objected to the admissibility of evidence, or asked for a conference out of the jury or asked the Court for a ruling on the law.

Given: _____

Not given: _____ ✓

Circuit Judge

218

Defendant's requested charge number _____ 38 _____

When you retire, you should elect one member of the jury as your foreperson. That person will preside over the deliberations and speak for you here in court.

You will then discuss the case with your fellow jurors to reach agreement if you can do so. Your verdict must unanimous. Each of you must decide the case for yourself, but you should do so only after you have considered all the evidence, discussed it fully with the other jurors, and listened to the views of your fellow jurors.

Do not be afraid to change your opinion if the discussion persuades you that you should. But do not come to a decision simply because other jurors think it is right,

It is important that you attempt to reach a unanimous verdict, but, of course, only if each of you can do so after having made your own conscientious decision. Do not change an honest belief about the weight and effect of the evidence simply to reach a verdict.

Given: _____

Not given: _____

_____
Circuit Judge

*FILED
IN OPEN
COURT
1/31/98*

*21:*

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

STATE OF ALABAMA,            *
                             *
        Plaintiff,           *
                             *
vs.                          *       CASE NO. CC-97-31
                             *
MATTHEW REEVES,              *
                             *
        Defendant.           *

### JURY VERDICT

We, the Jury, recommend that the Defendant, MATTHEW REEVES, be punished by **Death**.  The vote is as follows:

Death  _10_

Life Without Parole  _2_

Dated this _31st_ day of January, 1998.

_Judy N. Golson_
Foreperson

*FILED IN OPEN COURT 1/30/98*

**IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA**

STATE OF ALABAMA,                      *
                                       *
          Plaintiff,                   *
                                       *
vs.                                    *          CASE NO. CC-97-31
                                       *
MATTHEW REEVES,                        *
                                       *
          Defendant.                   *

## JURY VERDICT

We, the Jury, find the Defendant, MATTHEW REEVES, GUILTY of **Murder During the Commission of Robbery, 1st,** as charged in the Indictment.

Dated this _30th_ day of January, 1998.

_Judy N. Gibson_
Foreperson

221

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

STATE OF ALABAMA,

    Plaintiff,

vs.                                          CASE NO. CC-97-31

MATTHEW REEVES,

    Defendant.



### ORDER

WHEREAS, on the 20th day of February, 1997, came the State of Alabama, by its Deputy Assistant District Attorney for the Fourth Judicial Circuit, Honorable Edgar Greene, and also came the Defendant, Matthew Reeves, in his own person and with his attorneys, Honorable Marvin Wiggins and Honorable Blanchard McLeod, and being duly arraigned in Open Court upon an Indictment on a charge of Murder During the Commission of Robbery, 1st Degree, for his plea thereto, says he is not guilty, and not guilty by reason of mental disease or defect. Issue is Joined.

Thereupon, on the 28th day of January, 1998, comes a Jury of good and lawful persons, to-wit: Judy H. Golson, Foreperson, and eleven others, who being duly empaneled, sworn, and charged by the Court according to law, before whom the Trial of this Case was entered upon and continued from day-to-day. Said Defendant and his attorneys, Honorable Marvin Wiggins and Honorable Thomas Goggans, being in Open Court at each and every stage and during all proceedings in this case, now on this the 30th day of January, 1998, said Jurors, upon their oaths, do say:

    "We, the Jury, find the Defendant, MATTHEW REEVES, Guilty of Murder During the Commission of Robbery, 1st, as charged in the Indictment. Judy H. Golson, Foreperson."

222

The Court, therefore, adjudges the Defendant guilty of **Murder During the Commission of Robbery, 1st Degree,** as charged in the Indictment, in accordance with the Verdict of the Jury.

Whereas, on the 31st day of January, 1998, comes the State of Alabama, by its District Attorneys, Honorable Edgar W. Greene and Honorable Greta Wilson, and also comes the Defendant, MATTHEW REEVES, in his own person and with his attorneys, Honorable Marvin Wiggins and Honorable Thomas Goggans, and pursuant to Defendant's conviction of the capital offense as charged in the Indictment, a Sentence Hearing having been conducted to determine whether the Jury shall recommend that the Defendant shall be sentenced with life in prison without parole or to death.

Therefore, on this the 31st day of January, 1998, comes the Jury of good and lawful persons, to-wit:   Judy H. Golson, Foreperson, and eleven others, who being duly empaneled, sworn, and charged by the Court according to law, before whom the Trial of this case was entered upon and continued from day-to-day.   Said Defendant and his attorneys, Honorable Marvin Wiggins and Honorable Thomas Goggans, being in Open Court at each and every stage and during all the proceedings in this case, now on the 31st day of January, 1998, said Jurors, upon their oaths, do say:

"We, the Jury, recommend that the Defendant, MATTHEW REEVES, be punished by Death.   The vote is as follows:   Death - 10, Life Without Parole - 2; Judy H. Golson, Foreperson."

The Jury, therefore, having returned its advisory verdict herein, a Pre-sentence Investigation Report is hereby **ORDERED.** This cause is, accordingly, continued until the 17th day of June,

223

1998, at 9:00 a.m., for hearing by the Court to determine the Sentence to be imposed herein.

**DONE and ORDERED,** this the 31st day of January, 1998.

_____
THOMAS ap R. JONES, JUDGE
FOURTH JUDICIAL CIRCUIT

4/6/98
Copy to: PROBATION Office
District Attorney
Thomas GOGGANS
MARVIN WIGGINS

- 3 -

IN THE CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA

224

STATE OF ALABAMA )
)
v. )        CASE NO. CC-97-31
)
MATTHEW REEVES )

MOTION TO CHANGE DATE OF SENTENCING HEARING

Comes now Defendant, Matthew Reeves, by and through counsel, and shows as follows:

1. On April 2, 1998, this Court entered an order setting the above styled action for a sentencing hearing on June 17, 1998.

2. Thomas M. Goggans, one of the counsel for Defendant Reeves, is counsel for the defendant in the action styled State of Alabama v. Arthur Dale Blankenship, Circuit Court of Chambers County, Case No. CC-97-461. The defendant in that case is charged with capital murder. By order of the Circuit Court of Chambers County dated September 4, 1997, that case is set for trial commencing June 15, 1998. The trial of that case will last at least one week.

WHEREFORE, Defendant Matthew Reeves moves this Court to change the sentencing hearing in the above styled action to a date other than the week of June 15, 1998.

Marvin W. Wiggins
Chestnut, Sanders, Sanders, & Pettaway
P O Box 1305
Selma AL 36702
(334)-875-9264

Thomas M. Goggans, GOG001
P O Box 1307
Montgomery AL 36102
(334)-834-2511

Attorneys for Defendant
Matthew Reeves

225

By: _____

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

Ed Greene
Greta Wilson
Office of the District Attorney
Dallas County Courthouse
Selma AL 36702

by placing the same in the United States mail, first class postage prepaid and properly addressed n this the ___ day of  May, 1998.

_____
Thomas M. Goggans

226

IN THE CIRCUIT COURT FOR
DALLAS COUNTY, ALABAMA



STATE OF ALABAMA            )
                            )
V.                          )    CASE NO. CC-97-31
                            )
MATTHEW REEVES              )

MOTION TO SET FOR SENTENCING

    Comes now Defendant Matthew Reeves, by and through counsel, and shows as follows:

    1.   In January of 1998, Defendant Matthew Reeves was convicted of capital murder.  His jury recommended that he be sentenced to death.

    2.   This case was previously set for sentencing during the week of June 15, 1998.  However, sentencing was continued because of a court conflict of Defendant Reeves' counsel.

    3.   This case has not been rescheduled for sentencing.

    WHEREFORE, Defendant Matthew Reeves moves this Court to set this case for sentencing on the earliest practicable date.

                    Marvin W. Wiggins
                    Chestnut, Sanders, Sanders &
                        Pettaway
                    P.O. Box 1305
                    Selma AL 36702
                    (334)-875-9264

                    Thomas M. Goggans
                    P.O. Box 1307
                    Montgomery AL 36102
                    (334)-834-2511

                    Attorneys for Defendant
                    Matthew Reeves

                  By: _____

1

227

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

    Ed Greene
    Greta Wilson
    Office of the District Attorney
    Dallas County Courthouse
    Selma AL 36702

by placing the same in the United States mail, first class

postage prepaid and properly addressed on this the 22nd day of

June, 1998.

Thomas M. Goggans

ACS359

228

ALABAMA JUDICIAL DATA CENTER
DALLAS COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 97 000031.00
THOMAS R. JONES

---

CIRCUIT COURT OF DALLAS COUNTY                    COURT ORI: 027015 J

STATE OF ALABAMA      VS.                         DC NO: 9600193100

REEVES MATTHEW           ALIAS:                   G J:   00016
2128 SELMA AVE           ALIAS:                   SSN:   423157683
SELMA AL  36701                                   SID:
                                                  AIS:

DOB: 12/13/77  SEX: M  HT: 5 05    WT: 146  HAIR: BLK  EYE: BRO

RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: ____  FEATURES: _____

DATE OFFENSE: 00/00/00  ARREST DATE: 11/28/96  ARREST ORI: 0270100

        CHARGES @ CONV            CITES          OFF CLASS: ( )A ( )B ( )C
MURDER CAPITAL-ROBBERY        13A-005-040(A)(2)
                                    —              —   —
                                    —              —   —

JUDGE: THOMAS R. JONES              PROSECUTOR: GREENE, EDGAR W, JR

PROBATION APPLIED   GRANTED  DATE    REARRESTED DATE  REVOKED  DATE

( )Y( )N _____    ( )Y( )N _____   ( )Y( )N _____  ( )Y( )N _____

ACT 754-76          IMPOSED    SUSPENDED    TOTAL   JAIL CREDIT
  ( )Y (X)N  CONFINEMENT:  00 00 000  00 00 000  00 00 000  00 00 000
            PROBATION :   00 00 000             00 00 000

DATE SENTENCED: 07/20/98    SENTENCE BEGINS:    07/20/98

PROVISIONS            COSTS/RESTITUTION      DUE         ORDERED

  COURT COSTS         RESTITUTION        $0.00         $0.00
  CRIME VICTIM        ATTORNEY FEE    $8701.64      $8701.64
  RECOUPMENT          CRIME VICTIMS    $100.00       $100.00
  PENITENTIARY        COST             $693.00       $693.00
  D E A T H           FINE               $0.00         $0.00
                      MUNICIPAL FEES     $0.00         $0.00
                      DRUG FEES          $0.00         $0.00
                      ADDTL DEFENDANT    $0.00         $0.00
                      DA FEES            $0.00         $0.00
                      COLLECTION ACCT    $0.00         $0.00
                      JAIL FEES          $0.00         $0.00

                      TOTAL           $9494.64      $9494.64

APPEAL DATE     SUSPENDED       AFFIRMED         REARREST

( ✓Y( )N 7/20/98   ( )Y(✓N _____   ( )Y( )N _____  ( )Y( )N _____

REMARKS:                    THIS IS TO CERTIFY THAT THE
                            ABOVE INFORMATION WAS EXTRACTED
                            FROM OFFICIAL COURT RECORDS AND
                            AND IS TRUE AND CORRECT.

                            W. A. Kynard
                            CIRCUIT CLERK

                            07/22/98

OPERATOR: BOM
PREPARED: 07/22/98

229

ACS359

ALABAMA JUDICIAL DATA CENTER
DALLAS COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 97 000031.00
THOMAS R. JONES

---

CIRCUIT COURT OF DALLAS COUNTY                 COURT ORI: 027015 J

STATE OF ALABAMA      VS.                      DC NO: 9600193100

REEVES MATTHEW          ALIAS:                 G J:   00016
2128 SELMA AVE          ALIAS:                 SSN:   423157683
SELMA AL  36701                                SID:
                                               AIS:

DOB: 12/13/77   SEX: M   HT: 5 05    WT: 146   HAIR: BLK   EYE: BRO

RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: ____   FEATURES: _____

DATE OFFENSE: 00/00/00   ARREST DATE: 11/28/96   ARREST ORI: 0270100

CHARGES @ CONV          CITES          OFF CLASS: ( )A ( )B ( )C
MURDER CAPITAL-ROBBERY  13A-005-040(A)(2)
                            _   _
                            _   _

JUDGE: THOMAS R. JONES          PROSECUTOR: GREENE, EDGAR W, JR

PROBATION APPLIED   GRANTED   DATE   REARRESTED DATE   REVOKED   DATE

( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____

ACT 754-76              IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
( )Y (X)N  CONFINEMENT: 00 00 000  00 00 000   00 00 000  00 00 000
           PROBATION :  00 00 000  00 00 000   00 00 000

DATE SENTENCED: 07/20/98   SENTENCE BEGINS:    07/20/98

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| COURT COSTS | RESTITUTION | $0.00 | $0.00 |
| CRIME VICTIM | ATTORNEY FEE | $8701.64 | $8701.64 |
| RECOUPMENT | CRIME VICTIMS | $100.00 | $100.00 |
| PENITENTIARY | COST | $693.00 | $693.00 |
| D E A T H | FINE | $0.00 | $0.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $9494.64 | $9494.64 |

APPEAL DATE   SUSPENDED       AFFIRMED        REARREST

(✓)Y( )N 7/20/98  ( )Y(✓)N _____   ( )Y( )N _____   ( )Y( )N _____

REMARKS:                        THIS IS TO CERTIFY THAT THE
                                ABOVE INFORMATION WAS EXTRACTED
                                FROM OFFICIAL COURT RECORDS AND
                                AND IS TRUE AND CORRECT.

                                *W. A. Kynard*
                                CIRCUIT CLERK

                                07/22/98

OPERATOR: BOM
PREPARED: 07/22/98

230

IN THE CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA



STATE OF ALABAMA        )
                        )
V.                      )   CASE NO. CC-97-31
                        )
MATTHEW REEVES          )

## MOTION FOR JUDGMENT OF ACQUITTAL, OR,
## IN THE ALTERNATIVE, FOR A NEW TRIAL

Comes now Defendant Matthew Reeves, by and through counsel, and moves this Court to enter a judgment of acquittal, or, in the alternative, to grant him a new trial, in the above styled action on the following separate and several grounds:

1.  The State of Alabama failed to prove a _prima facie_ case.

2.  The State of Alabama failed to sustain its burden of proof.

3.  The State of Alabama failed to overcome the presumption of innocence.

4.  The State of Alabama failed to prove the _corpus delicti_.

5.  The State of Alabama failed to prove an intentional murder _during the course of a robbery_.

6.  This Court erred in instructing on reasonable doubt in the guilt phase and in the penalty phase in such a manner that Defendant Reeve's right to due process of law under the Fourteenth Amendment to the United States Constitution and Article I, § 6 of the Alabama Constitution of 1901 were denied.

7.  The prosecution exercised its peremptory challenges against African-Americans in a discriminatory manner in violation of the Fourteenth Amendment to the United States Constitution and Article I, §§ 1, 6, and 22 of the Alabama Constitution of 1901; and Ala. Code § 12-16-55.

8.  This Court erred in granting challenges of jurors for cause made by the prosecution.  This deprived Defendant Reeves

1

231

of his rights to a fair trial, to an impartial jury, to a jury drawn from a cross section of the community, and to due process of law under the Fifth, Sixth, and Fourteenth Amendments to the United States Constitution and Article I, §§ 1, 6, and 11 of the Alabama Constitution of 1901; and Ala. Code § 12-16-150 & 152.

9. This Court erred in denying challenges of jurors for cause made by Defendant Reeves. This deprived Defendant Reeves of his rights to a fair trial, to an impartial jury, to a jury drawn from a cross section of the community, and to due process of law under the Fifth, Sixth, and Fourteenth Amendments to the United States Constitution and Article I, §§ 1, 6, and 11 of the Alabama Constitution of 1901; and Ala. Code § 12-16-150 & 152.

10. Defendant Reeves was deprived of his right to a fair trial, to protection from cruel and unusual punishment, and to due process of law under the Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution and Article I, §§ 6 and 15 of the Alabama Constitution of 1901 by improper prosecution statements and arguments in the guilt and penalty phases of this case.

11. The Court failed to properly consider mitigating circumstances in this case.

Marvin W. Wiggins
Chestnut, Sanders, Sanders &
        Pettaway
P.O. Box 1305
Selma AL 36702
(334)-875-9264

Thomas M. Goggans
P.O. Box 1307
Montgomery AL 36102
(334)-834-2511

Attorneys for Defendant
Matthew Reeves

By: _____

2

232

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

Ed Greene
Office of the District Attorney
Dallas County Courthouse
Selma AL 36702

by placing the same in the United States mail, first class postage prepaid and properly addressed on this the ___ day of August, 1998.

Thomas M. Goggans

3

233

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

STATE OF ALABAMA,

    Plaintiff,

vs.                                          CASE NO. CC-97-31

MATTHEW REEVES,

    Defendant.



## SENTENCING ORDER

The Defendant, MATTHEW REEVES, was charged by Indictment with the Murder of Willie Johnson, During Robbery, 1st Degree, a capital offense.  The Jury returned a verdict finding the Defendant guilty of capital murder, whereupon the undersigned judge adjudged the Defendant guilty of capital murder in accordance with the jury verdict.

Following the adjudication of guilt, a separate Sentencing Hearing was conducted before the same Jury.  The Jury heard evidence of aggravating and mitigating circumstances, and the Jury returned a verdict recommending the Defendant be sentenced to death, with 10 jurors recommending death, and 2 recommending life without parole.  The Court ordered and has received a Presentence Investigation Report and has conducted a separate Sentencing Hearing pursuant to §13A-5-47, *Alabama Code, 1975*.  At the Sentencing Hearing conducted by the Court, the State, through the District Attorney, urged the Court to fix punishment at death as recommended by the jury.  The Defendant, through counsel, argued the Court should fix punishment at life without parole.

234

## FACTUAL BACKGROUND CONCERNING THE CRIME

On November 26, 1996, the victim in this case, Willie Johnson, stopped his vehicle to assist some motorists he believed to be in need of help.  A short time later, Mr. Johnson was dead, victim of a robbery and homicide at the hands of the Defendant, Matthew Reeves.

Perhaps the most compelling testimony regarding the facts of this case and the involvement of the Defendant and co-defendants came from 21 year-old Brenda Suttles.  Suttles testified that on the day of the murder she, along with the Defendant, Matthew Reeves, his Brother, Julius Reeves, and an individual named Immanuel, set out to commit a robbery.  As they set out to commit the robbery, they came into contact with an individual named Tony who gave them a ride to a location where Julius Reeves secured the murder weapon.

A general discussion ensued with regard to a robbery, and it was decided that the group would travel to Whitehall, Alabama, to commit the robbery.  During the trip to Whitehall, the vehicle in which the group was traveling developed mechanical problems and the group was left stranded on the side of the road.

It was at this time that Willie Johnson happened upon the group and towed the vehicle back to Selma and to the Defendant Reeves' home.  Mr. Johnson advised Julius Reeves that he would charge $25 for towing them from Whitehall to Selma, and it was determined that none in the group had the money to pay.  However, Julius Reeves advised Mr. Johnson that if he drove the group to

- 2 -

235

Katrina White's house, he would give Mr. Johnson a ring for payment of his services.   Upon returning from Katrina White's house, Mr. Johnson was instructed to drive his truck into Crockett's Alley which is a location between Selma and Alabama Avenues in Selma, Alabama.

Brenda Suttles testified that the group intended to rob Mr. Johnson at this time, and as he stopped his truck in the alley Matthew Reeves placed the shotgun in through the sliding back window of the truck and fired one shot into the neck of Willie Johnson.   It was at this time that Julius Reeves and Brenda Suttles pulled Willie Johnson from the truck and robbed him of his money.

The testimony of Brenda Suttles with regard to the group's activities after the robbery and murder was compelling as well. She stated that the group took the money and divided it, and throughout the night the Defendant Matthew Reeves partied and danced to rap music and occasionally mocked the horrible death of the victim by flinching and jerking.   She also stated that Matthew Reeves had boasted about his commission of the murder, in that it would earn him a "teardrop," a gang-related sign that indicates a gang member has committed murder.

### FINDINGS CONCERNING THE EXISTENCE OR NON-EXISTENCE OF AGGRAVATING CIRCUMSTANCES

The law requires the Trial Court to enter specific findings concerning the existence or non-existence of each aggravating circumstance enumerated by statute.   The Court finds that the only

236

aggravating circumstance enumerated by statute which was proven beyond a reasonable doubt, was the following:

1.   The capital offense was committed while the defendant was engaged in the commission of robbery as enumerated in §13A-5-49(4), *Alabama Code, 1975.*  The jury's verdict establishes the existence of this aggravating circumstance, and the verdict is supported by the evidence as set forth above in the factual background concerning the crime.   The murder was clearly committed during a robbery.   None of the other statutory aggravating circumstances enumerated in §13A-5-49, *Alabama Code, 1975*, exist, and the State did not attempt to prove any other aggravating circumstances.

## FINDINGS CONCERNING THE EXISTENCE OR NON-EXISTENCE OF MITIGATING CIRCUMSTANCES

This Court is required to enter specific findings concerning the existence or non-existence of mitigating circumstances enumerated by statute.  Mitigating circumstances are enumerated by statute in §13A-5-51, *Alabama Code,* 1975.   The Court hereby considers the existence or non-existence of those mitigating circumstances in order as enumerated by the Code.

1.   *The Defendant has no significant history of prior criminal activity.*  The Court finds that this circumstance exists. The evidence tended to show that the Defendant had criminal history in juvenile court; however, he had no adult convictions.  Juvenile adjudications may not be used to rebut this mitigating circumstance.   Therefore, the Court finds that this mitigating circumstance **does exist.**

237

2.   *The capital offense was committed while the Defendant was under the influence of extreme mental or emotional disturbance.* The Court finds that this mitigating circumstance does not exist.

3.   *The victim was a participant in the Defendant's conduct or consented to it.* The Court finds that this mitigating circumstance **does not** exist.

4.   *The Defendant was an accomplice in the capital offense committed by another person and his participation was relatively minor.* The Court finds that this mitigating circumstance **does not** exist. While there were two other individuals involved in the commission of this capital offense, the Defendant's participation could not be classified as relatively minor. He placed the shotgun to the head of Willie Johnson and committed the murder.

5.   *The Defendant acted under extreme duress or under the substantial domination of another.* The Court finds that this mitigating circumstance **does not** exist. The evidence is overwhelming in that it clearly establishes the Defendant, Matthew Reeves, as the leader; the evidence establishes the Defendant Reeves and the others intended to commit a robbery; and that the Defendant, on his own accord, decided to commit the murder.

6.   *The capacity of the Defendant to appreciate the criminality of his conduct or to conform his conduct to the requirements of law was substantially impaired.* The Court finds that this circumstance **does not** exist. While the evidence showed that the Defendant suffered from a low intellectual level, there was no evidence to show that he did not appreciate the criminality

- 5 -

238

of his conduct, and there was no credible evidence presented to show that he could not conform his conduct to the requirements of law.

7.   *The age of the Defendant at the time of the crime.*   The Defendant was nineteen years old at the time of the crime.  His age **is** a mitigating circumstance.  The age factor coupled with the other mitigating factors previously discussed, make the Defendant an appropriate object for sympathy.  However, as difficult as it is for the Court to order the execution of a young person, the age of the Defendant does little to mitigate the aggravating circumstances of this event.

## FINDINGS CONCERNING THE EXISTENCE OR NON-EXISTENCE OF NON-STATUTORY MITIGATING CIRCUMSTANCES

The Defendant argues as a non-statutory mitigating circumstance that *he grew up in a poor home environment and that he lacked appropriate developmental resources in growing up*.  The evidence supports this non-statutory mitigating circumstance, but it is a weak circumstance.

Finally, the Defendant offers as a non-statutory mitigating circumstance that, *when placed in a structured environment, he responds positively*.  The evidence supports this non-statutory mitigating circumstance.  However, it also shows that the Defendant had the ability to conduct himself properly and not engage in criminal conduct.  He, however, voluntarily chose that course of conduct.

239

## PRONOUNCEMENT OF SENTENCE

The Court has considered the evidence presented at Trial, the penalty phase and the sentencing hearing, the arguments of the attorneys, the Pre-sentence Investigation Report, and the Jury's recommendation. Having considered the foregoing and independently weighing the aggravating circumstance against all mitigating circumstances, the Court finds that the aggravating circumstance outweighs the mitigating circumstances. It is the judgment of the Court that the Defendant be sentenced to death.

**DONE AND ORDERED** this the 20th day of August, 1998.

THOMAS ap R. JONES, JUDGE
FOURTH JUDICIAL CIRCUIT

8/24/98
Copy to: DA
    T Goggans
    M Wiggins

- 7 -

240



IN THE CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA

STATE OF ALABAMA          )
                          )
V.                        )   CASE NO. CC-97-31
                          )
MATTHEW REEVES            )

DEFENDANT'S CONSENT TO CONTINUANCE
OF HEARING ON MOTION FOR JUDGMENT OF ACQUITTAL, OR,
IN THE ALTERNATIVE, FOR A NEW TRIAL

Defendant Matthew Reeves, by and through counsel, consents

to a continuance of the hearing on his motion for a judgment of

acquittal, or, in the alternative, for a new trial until October

16, 1998 at 9:00 a.m.

                    Marvin W. Wiggins
                    Chestnut, Sanders, Sanders &
                         Pettaway
                    P.O. Box 1305
                    Selma AL 36702
                    (334)-875-9264

                    Thomas M. Goggans
                    P.O. Box 1307
                    Montgomery AL 36102
                    (334)-834-2511

                    Attorneys for Defendant
                    Matthew Reeves

                    By: _____

1

241

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

        Ed Greene
        Greta Wilson
        Office of the District Attorney
        Dallas County Courthouse
        Selma AL 36702

by placing the same in the United States mail, first class postage prepaid and properly addressed on this the  25  day of August, 1998.

                          Thomas M. Goggans

242

IN THE CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA

STATE OF ALABAMA          )
                          )
V.                        )   CASE NO. CC-97-31
                          )
MATTHEW REEVES            )

ORDER

This case is before the Court upon Defendant Matthew

Reeves' motion to continue the hearing on his motion for

judgment of acquittal, or, in the alternative, for a new trial.

Upon consideration of the same, the Court is of the opinion that

the same is due to be and is hereby GRANTED.  Accordingly, the

hearing on Defendant Matthew Reeves' motion for a judgment of

acquittal, or, in the alternative, for a new trial with

agreement of all parties is rescheduled for October 16, 1998 at

9:00 a.m.

Done this the 31 day of August, 1998.

Circuit Judge

AUG 1998
FILED
W A KYNARD,
CLERK
DALLAS CO.
CIRCUIT

9/2/98
Copy to: DA
M Wiggins
T Goggans                    1

243

IN THE CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA

STATE OF ALABAMA          )
                          )
v.                        )   CASE NO. CC-97-31
                          )
MATTHEW REEVES            )



## NOTICE OF APPEAL

Defendant MATTHEW REEVES, by and through counsel, hereby gives notice that he appeals to the Alabama Court of Criminal Appeals from the judgment of conviction and sentence in the above styled action. Defendant was adjudged guilty of capital murder and sentenced to death.

_____
Thomas M. Goggans
S.J.I.S. GOG001
P.O. Box 1307
Montgomery AL 36102-1307
(334)-834-2511

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

    Ed Greene
    Office of the District Attorney
    P.O. Box 1307
    Selma AL 36702

by placing the same in the United States mail, first class postage prepaid and properly addressed on this the _M_ day of January, 1998.

_____
Thomas M. Goggans

244

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

STATE OF ALABAMA,              *
                              *
        Plaintiff,            *
                              *
vs.                           *   CIVIL ACTION NO. CC-97-31
                              *
MATTHEW REEVES                *
                              *
        Defendant.            *

## ORDER

THIS CAUSE, having come before the Court upon Defendant's Motion for New Trial, and the same having been considered, it is

ORDERED, ADJUDGED, and DECREED, that Defendant's Motion for New Trial is due to be **denied.**

DONE AND ORDERED, this 8th day of December, 1998.

THOMAS ap R. JONES, JUDGE
FOURTH JUDICIAL CIRCUIT

DEC 1998
FILED
W.A. KYNARD.
CLERK
DALLAS CO.
CIRCUIT

12/10/98
Copy to: DA
T Goggans
M Wiggins

| State of Alabama<br>Unified Judicial System<br>Form ARAP-26 (front)   8/91 | COURT OF CRIMINAL APPEALS<br>DOCKETING STATEMENT | Criminal Appeal Number<br>_____ - _____ |

## A. GENERAL INFORMATION:

☒ CIRCUIT COURT   ☐ DISTRICT COURT   ☐ JUVENILE COURT OF   Dallas   COUNTY

_____, Appellant

V.   ☒ STATE OF ALABAMA   ☐ MUNICIPALITY OF _____

| Case Number<br>CC-97-31 | Date of Complaint or Indictment | Date of Judgment/Sentence/Order<br>12-8-58 |
| Number of Days of Trial/Hearing<br>6   Days | Date of Notice of Appeal<br>Oral: | Written: 1-11-99 (Meld) |
| Indigent Status Requested: ☒ Yes ☐ No | Indigent Status Granted: ☒ Yes ☐ No | |

## B. REPRESENTATION:

Is Attorney Appointed or Retained?   ☒ Appointed   ☐ Retained.   If no attorney, will appellant represent self?   ☐ Yes   ☐ No

Appellant's Attorney (Appellant if pro se) (Attach additional pages if necessary)   Thomas M. Goggans

Telephone Number   (334)-834-2511

Address   PO Box 1307   City   Montgomery   State   AL   Zip Code   36102

## C. CODEFENDANTS: List each CODEFENDANT and the codefendant's case number.

| Codefendant | Case Number |
| Codefendant | Case Number |
| Codefendant | Case Number |

## D. TYPE OF APPEAL: Please check the applicable block.

1 ☒ State Conviction   4 ☐ Pretrial Order   7 ☐ Juvenile Transfer Order   10 ☐ Other (Specify)
2 ☐ Post-Conviction Remedy   5 ☐ Contempt Adjudication   8 ☐ Juvenile Delinquency   _____
3 ☐ Probation Revocation   6 ☐ Municipal Conviction   9 ☐ Habeas Corpus Petition   _____

## E. UNDERLYING CONVICTION/CHARGE: Regardless of the type of appeal checked in Section D, please check the box beside each offense category for which the appellant has been convicted or charged as it relates to this appeal. Also include the applicable section of the Code of Alabama for State convictions.

1 ☒ Capital Offense - § _____   6 ☐ Trafficking in Drugs - § _____   11 ☐ Fraudulent Practices - § _____
2 ☐ Homicide - § _____   7 ☐ Theft - § _____   12 ☐ Offense Against Family - § _____
3 ☐ Assault - § _____   8 ☐ Damage or Intrusion   13 ☐ Traffic - DUI - § _____
4 ☐ Kidnapping/Unlawful   to Property - § _____   14 ☐ Traffic - Other - § _____
   Imprisonment - §   9 ☐ Escape - § _____   15 ☐ Miscellaneous (Specify):
5 ☐ Drug Possession - §   10 ☐ Weapons/Firearms - § _____   _____ - §

## F. DEATH PENALTY:

Does this appeal involve a case where the death penalty has been imposed?   ☒ Yes   ☐ No

## G. TRANSCRIPT:

1. Will the record on appeal have a reporter's transcript?   ☒ Yes   ☐ No
2. If the answer to question "1" is "Yes," state the date the Reporter's Transcript Order was filed.   1-11-58 (Meld)   (Date)
3. If the answer to question "1" is "No":
   (a) Will a stipulation of facts be filed with the circuit clerk?   ☐ Yes   ☐ No
   (b) Will the parties stipulate that only questions of law are involved and will the trial court certify the questions?   ☐ Yes   ☐ No
NOTE: If the appeal is from the district or juvenile court and the answer to question "1" is "No," then a positive response is required for question 3(a) or 3(b).

Form ARAP-26 (back)    8/91    COURT OF CRIMINAL APPEALS DOCKETING STATEMENT    246

**H. POST-JUDGMENT MOTIONS:** List all post-judgment motions by date of filing, type, and date of disposition (whether by trial court order or by the provisions of Rules 20.3 and 24.4 (ARCrP)):

| DATE OF FILING | | | TYPE OF POST-JUDGMENT MOTION | DATE OF DISPOSITION | | |
|---|---|---|---|---|---|---|
| Month | Day | Year | | Month | Day | Year |
| | | | Motion for Judgment of Acquittal or New Trial | 12 | 8 | 98 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**I. NATURE OF THE CASE:** Without argument, briefly summarize the facts of the case.

MATTHEW REEVES WAS CONVICTED OF INTENTIONALLY KILLING A MAN DURING A ROBBERY. AND SENTENCED TO DEATH.

**J. ISSUE(S) ON APPEAL:** Briefly state the anticipated issues that will be presented on appeal. *(Attach additional pages if necessary.)*

(See attached)

**K. SIGNATURE:**

1.12.84
Date                                    Signature of Attorney/Party Filing this Form

247

The State of Alabama failed to prove an intentional murder during the course of a robbery.

The trial court erred in instructing on reasonable doubt in the guilt phase and in the penalty phase in such a manner that Defendant Reeve's right to due process of law under the Fourteenth Amendment to the United States Constitution and Article I, § 6 of the Alabama Constitution of 1901 were denied.

The prosecution exercised its peremptory challenges against African-Americans in a discriminatory manner in violation of the Fourteenth Amendment to the United States Constitution and Article I, §§ 1, 6, and 22 of the Alabama Constitution of 1901; and Ala. Code § 12-16-55.

The trial court erred in granting challenges of jurors for cause made by the prosecution.  This deprived Defendant Reeves of his rights to a fair trial, to an impartial jury, to a jury drawn from a cross section of the community, and to due process of law under the Fifth, Sixth, and Fourteenth Amendments to the United States Constitution and Article I, §§ 1, 6, and 11 of the Alabama Constitution of 1901; and Ala. Code § 12-16-150 & 152.

The trial court erred in denying challenges of jurors for cause made by Defendant Reeves.  This deprived Defendant Reeves of his rights to a fair trial, to an impartial jury, to a jury drawn from a cross section of the community, and to due process of law under the Fifth, Sixth, and Fourteenth Amendments to the United States Constitution and Article I, §§ 1, 6, and 11 of the Alabama Constitution of 1901; and Ala. Code § 12-16-150 & 152.

Defendant Reeves was deprived of his right to a fair trial, to protection from cruel and unusual punishment, and to due process of law under the Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution and Article I, §§ 6 and 15 of the Alabama Constitution of 1901 by improper prosecution statements and arguments in the guilt and penalty phases of this case.

The trial court failed to properly consider mitigating circumstances in this case.

248

| State of Alabama<br>Unified Judicial System<br>Form ARAP- 1C        8/91 | REPORTER'S TRANSCRIPT ORDER -- CRIMINAL<br>See Rules 10(c) and 11(b) of the<br>Alabama Rules of Appellate Procedure (A.R. App.P.) | Criminal Appeal Number |
|---|---|---|

**TO BE COMPLETED BY COUNSEL FOR THE APPELLANT OR BY THE APPELLANT IF NOT REPRESENTED AND FILED WITH THE WRITTEN NOTICE OF APPEAL OR FILED WITHIN 7 DAYS AFTER ORAL NOTICE OF APPEAL IS GIVEN.**

☒ CIRCUIT COURT    ☐ DISTRICT COURT    ☐ JUVENILE COURT OF   Dallas   COUNTY

_____, Appellant

v.    ☒ STATE OF ALABAMA    ☐ MUNICIPALITY OF _____

| Case Number<br>CC-93-51 | Date of Judgment/Sentence/Order<br>12-8-93 |
|---|---|
| Date of Notice of Appeal<br>Oral:                Written: 1-11-94 /MWGD | Indigent Status Granted:<br>☒ Yes    ☐ No |

**PART 1. TO BE SIGNED IF THE APPEAL WILL NOT HAVE A COURT REPORTER'S TRANSCRIPT:**

I CERTIFY THAT NO REPORTER'S TRANSCRIPT IS EXPECTED AND THAT THE RECORD ON APPEAL SHALL CONSIST OF THE CLERK'S RECORD ONLY. IF THE APPEAL IS FROM DISTRICT COURT OR JUVENILE COURT, I ALSO CERTIFY (1) THAT A STIPULATION OF FACTS WILL BE INCLUDED IN THE CLERK'S RECORD AND THAT THE APPELLANT WAIVES HIS RIGHT TO A JURY TRIAL IF SO ENTITLED; OR (2) THAT THE PARTIES HAVE STIPULATED THAT ONLY QUESTIONS OF LAW ARE INVOLVED AND THAT THE QUESTIONS WILL BE CERTIFIED BY THE JUVENILE/DISTRICT COURT FOR INCLUSION IN THE CLERK'S RECORD (SEE RULE 28(A)(1), ALABAMA RULES OF JUVENILE PROCEDURE, AND §12-12-72 CODE OF ALABAMA 1975)

_____      _____      _____
Signature                                  Date                                  Print or Type Name

**PART 2. DESIGNATION OF PROCEEDINGS TO BE TRANSCRIBED.** Request is hereby made to the court reporter(s) indicated below for a transcript of the following proceedings in the above referenced case (See Rule 10(c)(2), Alabama Rules of Appellate Procedure (A.R.App.P.)):

MARK PROCEEDINGS REQUESTED:                                                   COURT REPORTER(S)

A. ☒ TRIAL PROCEEDINGS - Although this designation will include the judgment and sentence proceedings, a transcript of the organization of the jury and arguments of counsel must be designated separately      Anne Armstrong

B. ☒ ORGANIZATION OF THE JURY - This designation will include voir dire examination and challenges for cause. Note that in noncapital cases the voir dire of the jury will not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP.)      Anne Armstrong

C. ☒ ARGUMENTS OF COUNSEL - Note that in noncapital cases the arguments of counsel will not be recorded unless the trial judge so directs. (See Rule 19.4 ARCrP.)      Anne Armstrong

IN ADDITION TO ANY PROCEEDINGS DESIGNATED ABOVE, SPECIAL REQUEST IS HEREBY MADE TO INCLUDE THE FOLLOWING PROCEEDINGS IN THE REPORTER'S TRANSCRIPT PORTION OF THE RECORD ON APPEAL. (ATTACH ADDITIONAL PAGES IF NECESSARY):

| ADDITIONAL PROCEEDINGS REQUESTED | DATE | COURT REPORTER(S) |
|---|---|---|
| D. Pretrial Proceedings | | Anne Armstrong |
| E. | | |
| F. | | |
| G. | | |

**IMPORTANT NOTICE:** The court reporter who reported the proceedings for which a transcript is requested must be identified on this form to be effective. Additionally, it is important to note that the appellant may not be permitted to raise any issue on appeal relating to any proceedings in the case that are not specifically designated on this form for inclusion in the reporter's transcript. A general designation such as "all proceedings" is not sufficient. (See Rule 10(c)(2), A.R.App.P.)

**PART 3. MUST BE SIGNED IF THE APPEAL WILL HAVE A COURT REPORTER'S TRANSCRIPT.** I CERTIFY THAT I HAVE DISTRIBUTED THIS FORM AS SET OUT BELOW. I ALSO CERTIFY (1) THAT I HAVE MADE SATISFACTORY FINANCIAL ARRANGEMENTS WITH EACH COURT REPORTER LISTED ABOVE FOR PREPARING HIS OR HER PORTION OF THE REPORTER'S TRANSCRIPT HEREIN REQUESTED; OR (2) THAT THE APPELLANT PROCEEDED AT TRIAL AS AN INDIGENT AND THAT STATUS HAS NOT BEEN REVOKED; OR, (3) THAT THE APPELLANT HAS BEEN GIVEN PERMISSION TO PROCEED ON APPEAL IN FORMA PAUPERIS.

_____      1-21-94      _____
Signature                                  Date                                  Print or Type Name

**DISTRIBUTION: Original filed with Clerk of Trial Court and copies mailed to: (1)** Clerk of the Court of Criminal Appeals, **(2)** the District Attorney, **(3)** the Attorney General or the municipal prosecutor in lieu of the District Attorney and the Attorney General if the appeal is from a municipal conviction, and **(4)** to each Court Reporter who reported proceedings designated for inclusion in the reporter's transcript.

249



IN THE CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA

STATE OF ALABAMA          )
                          )
v.                        )   CASE NO. CC-97-31
                          )
MATTHEW REEVES            )

MOTION FOR APPOINTMENT OF APPELLATE
COUNSEL AND PROVISION OF TRANSCRIPT OF RECORD

Comes now Defendant, Matthew Reeves, and shows as follows:

1.  Matthew Reeves has timely perfected notice of appeal to the Alabama Court of Criminal Appeals from the judgments against him in the above styled action.

2.  Matthew Reeves has been in custody since his arrest in this case.  He is without sufficient funds to pay the court reporter all of her fees or the fees of the Clerk for preparing the record or the fees of an attorney to assist him in prosecuting his appeal.

THE PREMISES CONSIDERED, it is requested that this Court appoint counsel to represent Matthew Reeves in the preparation of his appeal; to authorize the court reporter to prepare a transcript without cost to Matthew Reeves; to authorize the Clerk of the Circuit Court of Macon County to prepare and certify the record in this case without cost to Matthew Reeves and furnish a copy of the transcript and record to counsel for Matthew Reeves.

Thomas M. Goggans
S.J.I.S. GOG001
P O Box 1307
Montgomery AL 36102-1307
(334)-834-2511

250

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing

upon:

    Ed Greene
    Dallas County Courthouse
    Selma AL 36702

by placing the same in the United States mail, first class

postage prepaid and properly addressed on this the 1 day of

January, 1999.

Thomas M. Goggans

251

THE STATE OF ALABAMA - - - JUDICIAL DEPARTMENT

THE ALABAMA COURT OF CRIMINAL APPEALS

Criminal Appeals No. 98-0777

Matthew Reeves

vs.

State of Alabama

Appeal from Dallas Circuit Court No. CC97-31

ORDER

The appellant in the above referenced cause was convicted of capital murder and sentenced to death on July 20, 1998. Although the appeal was automatic as a result of the appellant's death sentence, this appeal was not transmitted to this Court until January 24, 1999.

According to the circuit clerk's transmittal of this appeal, the appellant timely filed a post-trial motion that was continued by agreement to October 16, 1998. However, the transmittal of this appeal indicates that the post-trial motion was denied on December 8, 1998. This Court notes that if said motion was not continued by agreement beyond October 16, 1998, it was denied by operation of law on that date, regardless of any action that may have later been taken by the trial court. See Edgar v. State, 646 So. 2d 683 (Ala. 1994).

Because it appears that the appellant's post-trial motion was not continued beyond October 16, 1998, it also appears that the 56-day time for filing the transcript of the trial proceedings expired on December 11, 1998.

Unless the trial court advises this Court that the assumptions referenced above are inaccurate or unfounded, the Court of Criminal Appeals ORDERS that the court reporter who reported the trial proceedings in this cause shall make every effort to complete and file the transcript of said proceedings by no later than February 24, 1999. Should the court reporter find that she will be unable to complete the transcript by the date directed, this Court requests that she promptly advise this Court and the parties of the date by which she anticipates that said transcript can be completed and filed.

Done this the 29th day of January, 1999.

_Francis A. Long, Sr._

FRANCIS ALLEN LONG, SR., PRESIDING JUDGE

FALsr/knl

cc:  Thomas R. Jones, Judge
     W. A. Kynard, Circuit Clerk
     Ann Armstrong, Court Reporter
     Thomas M. Goggans, Esquire
     Office of Attorney General

252A

## IN THE CIRCUIT COURT OF
## DALLAS COUNTY, ALABAMA

STATE OF ALABAMA              )
                             )
v.                           )    CASE NO. CC-97-31
                             )
MATTHEW REEVES          )

### ORDER

This cause is before the Court upon Matthew Reeves' Motion for Appointment of Appellate Counsel and Provision of Transcript and Record.  Upon consideration of the same, the Court is of the opinion that the same should be and is hereby GRANTED.

It is therefore, ORDERED and ADJUDGED by the Court that Thomas M. Goggans, of Montgomery, Alabama, be and is hereby appointed to represent Matthew Reeves for the purposes of direct appeal to the Alabama appellate courts.

It is further ORDERED by the Court that the court reporter prepare a transcript of the evidence in the case without cost to Matthew Reeves.

It is further ORDERED by the Court that the Clerk of the Circuit Court of ~~Macon~~ Dallas County prepare and certify the record in the case without cost to Matthew Reeves and furnish a copy of the transcript and record to Matthew Reeves' counsel.

Done this the _16_ day of January, 1999

_____
Circuit Judge

1/27/99
Copy to: T Goggans
         DA
         A Armstrong
         Ct Crim Appeals
         Atty. Gen.

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 ORI # | 2 AGENCY NAME | 3 DATE AND TIME OF REPORT | 4 CASE # |
|---|---|---|---|
| 0 2 2 0 1 0 0 | Selma Police Dept | 1/28/96 3:15 PM | 9,6,1,1,2,3,0,0,4 |

| 6 VICTIM'S NAME (ORIGINAL REPORT) | 9 ORIGINAL OFFENSE DATE | 7 TYPE REPORT |
|---|---|---|
| Willie Johnson | 1/28/96 | ☐ CONTINUATION  ☐ FOLLOW-UP |

| 8 ORIGINAL INCIDENT/OFFENSE | 10 UCR CODE | 11 STATE CODE/LOCAL ORDINANCE |
|---|---|---|
| Permission to Search 2128 Selma Av. | | |

| 12 NEW INCIDENT/OFFENSE | 13 UCR CODE | 14 STATE CODE/LOCAL ORDINANCE |
|---|---|---|
| | | |

| 15 HAS AN ARREST BEEN MADE? | 16 DATE OF ARREST | 17 HAS WARRANT BEEN OBTAINED? | 18 DATE OF WARRANT | 19 PRIOR YEAR | PREMISE |
|---|---|---|---|---|---|
| ☐ YES  ☒ NO | M  D  Y | ☐ YES  ☒ NO  WARRANT # | M  D  Y | | WEAPON |

| 20 ☐ DEFENDANT  ☐ SUSPECT | | | | | 21 ☐ DEFENDANT  ☐ SUSPECT | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME: | | | | | NAME: | | | | |
| RACE ☐W ☐A ☐B ☐I | SEX ☐M ☒F | DOB M D Y | AGE | | RACE ☐W ☐A ☐B ☐I | SEX ☐M ☐F | DOB M D Y | AGE |

I Marzetta Reeves do authorize Det. P. Grindle and any other officers he designates to assist him in the search of my residence at 2128 Selma Ave. I have been advised as to the fact that Det Grindle is investigating a shooting. With this in mind I have agreed to allow Det Grindle to search my residence. I have not been coerced in any way into giving my permission to Det Grindle in the search of my residence. X M.R

X Marzetta Reeves

Witness    X. _____

STATE'S EXHIBIT

STATE'S EXHIBIT

| 22 LOCAL USE |
|---|
| 23 STATE USE |

| 24 MOTOR VEHICLE | 25 CURRENCY, NOTES | 26 JEWELRY | 27 CLOTHING/FURS | 28 FIREARMS | 29 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C | S R D C |

| 30 ELECTRONICS | 31 HOUSEHOLD | 32 CONSUMABLE GOODS | 33 LIVESTOCK | 34 MISCELLANEOUS |
|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C |

| MOTOR VEHICLE RECOVERY ONLY REQUIRED FOR 24xx UCR CODE | 35 MOTOR VEH. STOLEN IN YOUR JURISDICTION? ☐ WHERE? | 36 RECOVERED IN YOUR JURISDICTION? ☐ WHERE? | |
|---|---|---|---|

| MULTIPLE CASES CLOSED | 37 CASE # | 38 SFX | CASE # | 39 SFX | CASE # | 40 SFX | CASE # | 41 SFX | CASE # | 42 SFX | 43 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 44 CASE STATUS ☐ PENDING ☐ INACTIVE ☐ CLOSED ENTERED ACIC/NCIC DATE | 45 CASE DISPOSITION: ☐ CLEARED BY ARREST (JUV.) ☐ CLEARED BY ARREST (ADULT) ☐ UNFOUNDED | ☒ EXCEPTIONAL CLEARANCE: ☒ SUSPECT/OFFENDER DEAD ☐ OTHER PROSECUTION ☐ EXTRADITION DENIED ☐ LACK OF PROSECUTION ☐ JUVENILE, NO REFERRAL ☐ DEATH OF VICTIM | 46 REPORTING OFFICER  Det. P. Grindle    ID # 2042. |
|---|---|---|---|
| | | | 47 ASSISTING OFFICER    ID # |
| | | | 48 SUPERVISOR APPROVAL    ID #   WATCH CMDR.    ID # |

TYPE OR PRINT IN BLACK INK ONLY

ACJIC – 13 REV. 5-92

# Law Enforcement Training Specialists

### This Is To Certify That

RANDY TUCKER _____ and _____ "DONNA" _____

### Have Satisfactorily Completed

## CERTIFICATION STANDARDS

For _____ BASIC PATROL _____ For the Year 19_94_

_____
Instructor

_____
Instructor



STATE'S
EXHIBIT
DD

253



# RODRIGUE'S K-9 DIVISION

### This is To Certify That

OFFICER RANDY TUCKER    and    K-9   DONNA

### Have Satisfactorily Completed

## CERTIFICATION STANDARDS

For    BASIC POLICE DOG                    For the Year 19 94-95

*Eddie Rodrigue*

Instructor
Certifying Official

255

# Law Enforcement Training Specialists

This Is To Certify That

## RANDY TUCKER and K-9 DONNA

Has Completed a 40 Hour Course in Patrol, Cadaver, and Narcotics Seminar at Thibodaux, Louisiana from 10-24-94 thru 10-28-94

_____
Instructor

_____
Instructor



# Parish of Lafourche

### State of Louisiana

## Office of the Sheriff

# REGIONAL TRAINING ACADEMY

Certifies that

## Randy Tucker and K-9 Donna

*have successfully completed the mandatory forty hour course in*

### Patrol, Cadaver, and Narcotics Seminar

*as prescribed by*

### LAFOURCHE PARISH CANINE TRAINING ACADEMY

In Lafourche Parish, Louisiana from October 24, 1994 to October 28, 1994 and entitled to such professional standings as a Law Enforcement Officer may be properly accorded by reason of the completion of such course of instruction.

In Testimony Whereof, I have hereunto set my hand and caused to be affixed the seal of the Parish of Lafourche, Office of the Sheriff on this twenty-fifth day of October in the year of our Lord, nineteen hundred and ninety four.

Craig Webre, Sheriff                    Commander K-9 Training

25C

# LAW DOGS

## Incorporated

This is to certify that

*Randy Tucker*

has successfully completed the requirements for

**80 HOUR PATROL AND TRACKING COURSE**

on this the 8th day of June, 1996.

Instructor



Montgomery **POLICE** Alabama

*This is to certify that*

## OFFICER RANDY TUCKER / DONNA

*has completed the curriculum for the*
*40 HOUR PATROL, TRACKING &*
*NARCOTICS SEMINAR*
*and in recognition thereof is awarded this*

### Certificate of Completion

CHIEF OF POLICE

APRIL 14 - 18, 1997
Date

COMMANDER K-9



$\mathfrak{Selma}$ $\qquad$ $\mathfrak{Alabama}$

*This is to certify that*

**Randy Tucker / Donna**

*has completed the curriculum for the*

**80 Hour Patrol, Tracking and Narcotics Detection Seminar**

*and in recognition thereof is awarded this*

*Certification of Completion*

Chief of Police

**9/14-9/19/97**
Date

K-9 Instructor



# C. A. T. S.

## Certificate of Completion

Awarded to _____ Randy Tucker and Donna _____

of the _____ Selma Police Department _____

for successfully completing the prescribed course(s)

_____ 240 Hours K-9 Patrol and Tracking Certification _____

Basic ☒   Intermediate ☒   Advanced ☒

offered during our Workshop

held in _____ Selma, Alabama _____

on the _____ 14th through 19th _____ day(s)

of _____ September _____ , 1997

Administrator _____ Instructor _____ Handler _____

# The National Narcotic Detector Dog Association, Inc.

*This is to Certify that*

**RANDY TUCKER** and "DONNA"

has satisfactorily completed the certification standards of The National Narcotic Detector Dog Association, Inc.

for the year of 19 97

Certifying Officer _____

Secretary _____



# Certificate of Membership

**The National Narcotic Detector Dog Association, Inc.**
presents this Certificate of Membership to

*RANDY TUCKER*

The above named person is a member
in good standing with

**The National Narcotic Detector Dog Association, Inc.**

for the year 19 97

President

1ˢᵗ Vice President

Eddie Rodrigue

2ⁿᵈ Vice President

Tim R McClung

Secretary

The Selma Housing Authority
Post Office Box 8
Selma, Alabama 36701

FIRST ALABAMA BANK
OF SELMA, N.A.
SELMA, ALABAMA

01-49
622

CONTROL NO.
030885

CHECK NO.
30885

**PAY**   FIVE HUNDRED, FIFTY DOLLARS AND 94/100

DATE                CHECK AMOUNT

11-26-96        *****$550.94**

THE SELMA HOUSING AUTHORITY
GENERAL FUND

TO THE
ORDER OF      WILLIE J. JOHNSON
P. O. BOX 312
TYLER, AL. 36785

*Martha Z. Wright*

COUNTERSIGNED

⑆030885⑆ ⑈062200495⑈ ⑆08 0025 2⑆          ⑆0000055094⑆

PENGAD-Bayonne, N. J.

STATE'S
EXHIBIT

550.94  CCKUS

7008000252

NOV27-96 335-2654 2803

257

*My Commission expires*

*April 4, 2001.*

163

Date **12-03-96** Case # _____

**Euerlene Williams**

_Signature person making print_ _____ SID No. _____

Signature person printed **264**

**x Brenda Suttes**

_Printed name of person printed_



**LEFT** HAND FINGER TIPS

**RIGHT** HAND FINGER TIPS



**LEFT HAND** EDGE OF PALM



**RIGHT HAND** EDGE OF PALM

326-97gw/e

Date 11-28-96   Case # _____   Signature person printed

Signature person making print   SID No.   /s/ Matthew Reeves   265

Printed name of person printed



**LEFT** HAND FINGER TIPS

**RIGHT** HAND FINGER TIPS

**LEFT HAND** EDGE OF PALM

**RIGHT HAND** EDGE OF PALM





Date *12-3-96*   Case # _____

Signature person making print

SID No. _____

✓ *Brenda Suttes*

Printed name of person printed

**267**

**LEFT** HAND FINGER TIPS

**RIGHT** HAND FINGER TIPS

**LEFT HAND** EDGE OF PALM

**RIGHT HAND** EDGE OF PALM

OCS105  A L A B A M A   J U D I C I A L   D A T A   C E N T E R  **868**
CASE ACTION SUMMARY
CASE: CC 96 000514.00

```
IN THE CIRCUIT COURT OF    DALLAS    COUNTY                    JUDGE: TRJ
STATE OF ALABAMA   VS  MCGILL FRANK JEFFERY
```

| Date | Code | Description | | |
|------|------|-------------|---|---|
| 12/16/1996 | FILE | FILED THIS DATE: 12/09/96 | | |
| 12/16/1996 | RELE | DEFENDANT RELEASED ON: 10/08/96 | | |
| 12/16/1996 | INDT | DEFENDANT INDICTED ON: 12/09/96 | | |
| 12/16/1996 | CHG1 | CHARGE AT FILING OF: MURDER ATTEMPTED | | |
| 12/16/1996 | BOND | BOND SET FOR:    $20000.00 | | |
| 12/16/1996 | ARRS | DEFENDANT ARRESTED ON: 09/13/96 | | |
| 12/16/1996 | ATY1 | ATTORNEY FOR DEFENDANT: SPARKS, KYRA L | | |
| 12/16/1996 | DAT2 | SET FOR:  ARRAIGNMENT ON 01/15/97 AT 0900A | | |
| 12/16/1996 | PRTY | PARTY ADDED  S002  FRANK CUNNINGHAM | | |
| 01/02/1997 | DOCK | DOCKET NOTICE MAILED ON 01/03/97 | | |
| 01/02/1997 | DOCK | DOCKET NOTICE MAILED ON 01/03/97 | | |
| 01/10/1997 | FILE | OBJECTION TO YOUTHFUL OFFENDER STATUS | | |
| 01/15/1997 | YOAP | APPLICATION FOR Y O STATUS  **DENIED** | | |
| 01/17/1997 | FILE | ORDER (Y.O. STATUS DENIED) | | |
| 01/17/1997 | FILE | ARRAIGNMENT | | |
| 01/21/1997 | DAT1 | SET FOR: TRIAL ON 03/10/97 AT 0900A | | |
| 02/12/1997 | DOCK | DOCKET NOTICE MAILED ON 02/13/97 | | |
| 02/12/1997 | DOCK | DOCKET NOTICE MAILED ON 02/13/97 | | |
| 02/21/1997 | PRTY | PARTY ADDED  W001  RICHARD WOODS | | |
| 02/21/1997 | PRTY | PARTY ADDED  W002  DARRELL THOMAS | | |
| 02/21/1997 | PRTY | PARTY ADDED  W003  JAMES RODGERS | | |
| 02/21/1997 | PRTY | PARTY ADDED  W004  ROSALIND REEVES | | |
| 02/21/1997 | PRTY | PARTY ADDED  W005  SGT C WEBER | | |
| 02/21/1997 | PRTY | PARTY ADDED  W006  OFFICER TUCKER | | |
| 02/21/1997 | PRTY | PARTY ADDED  W007  TONY LEVELL GOODWIN | | |
| 02/21/1997 | PRTY | PARTY ADDED  W008  MATTHEW REEVES | | |
| 02/21/1997 | PRTY | PARTY ADDED  W009  CHERYL REEVES | | |
| 02/21/1997 | PRTY | PARTY ADDED  W010  OFFICER EDWARDS | | |
| 02/21/1997 | PRTY | PARTY ADDED  W011  DET GRINDLE | | |
| 02/21/1997 | PRTY | PARTY ADDED  W012  DET JON MARTIN | | |
| 02/21/1997 | PRTY | PARTY ADDED  W013  CPT JOE HARRELL | | |
| 02/21/1997 | SUBP | WITNESS SUBPOENA ISSUED | | |
| 03/10/1997 | PAGM | PLEA AGREEMENT | | |
| 03/10/1997 | PLEA | PLEA OF GUILTY | | |
| 03/10/1997 | SENT | SENTENCING ORDER (2 YRS SUSP/2 YRS SUP'D PROB) | | |
| 03/10/1997 | SNTD | DEFENDANT SENTENCED ON: 03/10/97 | | |
| 03/10/1997 | SESU | SUSPENDED CONFINEMENT | 02Y 00M 000D | |
| 03/10/1997 | SETL | TOTAL CONFINEMENT OF: | 02Y 00M 000D | |
| 03/10/1997 | SEPR | PROBATION OF: | 02Y 00M 000D | |
| 03/10/1997 | PROV | PROVISION ADDED: COURT COSTS | | |
| 03/10/1997 | PROV | PROVISION ADDED: RESTITUTION | | |
| 03/10/1997 | PROV | PROVISION ADDED: CRIME VICTIM | | |
| 03/10/1997 | PROV | PROVISION ADDED: RECOUPMENT | | |
| 03/10/1997 | PROV | PROVISION ADDED: PRELIMINARY | | |
| 03/11/1997 | ORDR | ORDER (CHARGE AMENDED TO ASSAULT 2ND) | | |
| 03/20/1997 | DISP | DISPOSED ON: 03/10/97 BY  GUILTY | | |
| 03/20/1997 | CHG1 | CHARGE AT DISPOSITION: ASSAULT 2ND DEGREE | | |
| 03/20/1997 | COST | COST BILL ISSUED | 032097 | |
| 04/18/1997 | ORDR | ORDER OF PROBATION | | |
| 05/22/1997 | BEGD | BEGIN DATE SET TO 03/10/97 | | |
| 05/22/1997 | DOCK | DATE 5 QUEUE CHANGED TO 001 | | |
| 07/18/1997 | DDEL | DECLARED DELINQUENT, NO BOND. | | |
| 08/13/1997 | HEAR | REVOCATION HEARING HELD | | |
| 08/13/1997 | SETO | IMPOSED CONFINEMENT OF: | 02Y 00M 000D | |
| 08/13/1997 | SESU | SUSPENDED CONFINEMENT | 00Y 00M 000D | |
| 08/13/1997 | JLCD | JAIL CREDIT GRANTED IN AMOUNT OF: | 00Y 00M 072D | |
| 08/13/1997 | SEPR | PROBATION OF: | 00Y 00M 000D | |
| 08/13/1997 | PROV | PROVISION ADDED: PENITENTIARY | | |
| 08/13/1997 | BEGN | SENTENCE TO BEGIN ON:  08/13/97 | | |
| 08/13/1997 | PRRV | PROBATION REVOKED ON:  08/13/97 | | |
| 08/25/1997 | ORDR | ORDER (SIGNED 8/13/97 - PROBATION REVOKED) | | |
| 08/27/1997 | TRSC | TRANSCRIPT OF RECORD ISSUED 082797 | | |
| 08/27/1997 | ESTA | ENFORCEMENT STATUS CHANGED TO: J | | |


DEFENDANT'S EXHIBIT

CERTIFIED TRUE AND CORRECT COPY.

*N.C. Kynard* 1/30/98

N.A. KYNARD. CLERK

State of Alabama
Unified Judicial System

Form C-7A (p.1)   10/88

# CASE ACTION SUMMARY (CONTINUATION)
# SENTENCING ORDER

CC96 - 514   **269**

STATE OF ALABAMA  v.   Frank Jeffery McGill

| | Page Number _____ of _____ Pages |

| DATE | JUDGE'S INITIALS | ACTIONS, JUDGMENTS, CASE NOTES |
|------|------------------|-------------------------------|

3/10/97

## Sentencing Order

The defendant and counsel, and counsel for the State of Alabama appeared in open court for the defendant to be sentenced on his/her conviction of

Assault 2nd

## Habitual Felony Offender

The defendant has been given reasonable notice that the State intended to move the Court to sentence the defendant under the provisions of §§13A-5-9 and 10, *Code of Alabama, 1975.*

The State's motion to sentence the defendant pursuant to the Habitual Felony Offender Act is ☐ granted;  ☐ denied.  The Court finds the defendant has  ☐ prior convictions:

CERTIFIED TRUE AND CORRECT COPY.
W.A. Kynard 1/30/98
W.A. KYNARD, CLERK

## Sentence

☑ The defendant waived a sentencing hearing.

☐ The Court conducted a sentencing hearing.

☐ A pre-sentence report was requested by the defendant and considered by the Court.

☑ The defendant waived a pre-sentence investigation and report.

☑ The Court asked the defendant if he/she had anything to say why the sentence of law should not be imposed against him/her, and ☐ the defendant having had his/her say,  ☑ the defendant had nothing to say, it is ORDERED as follows:

☑ The defendant is sentenced to the custody of the Commissioner of the Department of Corrections for a period of  2  year(s), and _____ day(s), _____ month(s) ☐ his/her life,  ☐ his/her life without parole.

☐ The defendant is sentenced to the custody of the  Sheriff of _____ County, Alabama, for a period of _____ one year, _____ month(s), _____ day(s).

☐ The defendant is sentenced to the custody of the  Warden of the City of _____ Alabama, Jail, for a period of _____ one year, _____ month(s), _____ day(s).

☐ The defendant is fined the sum of $ _____.

☐ Y.O.A.

☐ Frank Lee Youth Center is recommended.

☐ The defendant's sentence shall be concurrent with the sentence(s) imposed in _____

☑ The defendant shall pay restitution in the amount of $  TBD

☑ The defendant shall pay the costs of this case.

☑ The defendant shall pay the Alabama Crime Victims Compensation Commission the sum of $  100.

☑ The defendant shall reimburse the State of Alabama the costs of his/her appointed counsel in the amount of $ _____

☐ The payment of court ordered monies shall be a condition of parole, early release, S.I.R., or work release.

| DATE | JUDGE'S INITIALS | ACTIONS, JUDGMENTS, CASE NOTES | 270 |
|------|------------------|-------------------------------|-----|

## Sentence Suspended

☑ The defendant's sentence is suspended, and the defendant is placed on

☐ court supervised probation for a period of _____ ;

☐ unsupervised probation for a period of _____ ;

☑ supervised probation for a period of ___2 years___ .

## Split Sentence

☐ The defendant's sentence is suspended, and the defendant is placed on supervised probation for a period of _____ , however, as a first condition of probation

the defendant shall serve ☐ a period of _____

in the custody of the Commissioner of the Department of Corrections; ☐ a period of _____

_____ in the custody of the Sheriff of _____

County, Alabama; ☐ a period of _____ in the

custody of the Warden of the City of _____ , Alabama, Jail. At the end of the defendant's incarceration, he/she shall be transported back to this Court for the imposition of further terms and conditions of probation.

☐ Before being delivered into the custody of the Commissioner of the Department of Corrections the defendant shall be transported to the Substance Abuse Unit at Bryce State Hospital for treatment. When the defendant has received the maximum benefit of his treatment, he/she shall be delivered into the custody of the Commissioner of the Department of Corrections to serve the period of his/ her incarceration.

## Split Sentence -- Boot Camp

☐ The defendant's sentence is suspended, and he is placed on supervised probation for a period of _____ ; however, as the first condition of his probation, the defendant shall serve up to 180 days in the custody of the Commissioner of the Department of Corrections and he shall successfully complete the Disciplinary, Rehabilitation Program. If the defendant successfully completes the program, he shall be returned to this Court for the imposition of further terms and conditions of probation. If the defendant does not successfully complete the program, he shall remain in the custody of the Commissioner of the Department of Corrections for a period of _____

## Split Sentence -- Substance Abuse Treatment Only

☐ The defendant's sentence is suspended, and the defendant is placed on supervised probation for a period of _____ . As a first condition of the probation the defendant shall be transferred to the Substance Abuse Unit at Bryce Hospital for treatment. When the defendant has received the maximum benefit of his/her treatment, the defendant shall be returned to this Court for the imposition of further terms and conditions of probation.

## Reverse Split Sentence

☐ The defendant's sentence is suspended, and the defendant is placed on supervised probation for a period of _____ ; however, as a first condition of

probation the defendant shall serve ☐ a period of _____

in the custody of the Commissioner of the Department of Corrections; ☐ a period of _____

_____ in the custody of the Sheriff of _____

County, Alabama; ☐ a period of _____ in the

custody of the Warden of the City of _____ , Alabama, Jail. The period of the defendant's incarceration is postponed for a period of _____ months/years. On _____ (date) the defendant shall appear before this Court and show cause, if any he/she has, why the period of incarceration should be postponed indefinitely.

INDICTMENT · C I R C U I T · C O U R T        *CC 46-517*

**STATE OF ALABAMA**
**Dallas County**                     **GRAND JURY**        December Term, 1996

The Grand Jury of said County charge, before the finding of this

indictment, FRANK JEFFERY McGILL, whose name is otherwise unknown

to the Grand Jury, did, with intent to commit the crime of Murder,

Section 13A-6-2 of the Code of Alabama), did, with intent to cause

the death of another, attempt to cause the death of  Matthew Reeves

by shooting him with a pistol , in violation of 13A-4-2 of the

Code of Alabama, against the peace and dignity  of the State of

Alabama.

CERTIFIED TRUE AND CORRECT COPY.

*W.A. Kynard 1/30/98*

W.A. KYNARD, CLERK

Roy Lockhart Johnson, District Attorney
4th Judicial Circuit

*300 × 49*                                   *CC 96-513*

Grand Jury No. 13

**A TRUE BILL**

*Gordon Strickland*

Foreman, Grand Jury

Filed in open Court this **9**

day of **December** , 19**96**

in the presence of _____ Grand

Jurors.

*W. A. Kynard*

Clerk

Upon the arrest of Defendant let him be admitted to bail on giving bond in the sum of

*$60,000.00 T.W.* _____ Dollars.

with security to be approved by the Sheriff.

This **9th** day of **December** ,

19**96** .

*[signature]*

Judge Presiding

---

No. **CC 96-517**

THE STATE OF ALABAMA
Dallas County

CIRCUIT COURT

December, 1996 Term

The State

vs

FRANK JEFFERY   McGILL

**I N D I C T M E N T**

**ATTEMPTED MURDER**

---

Witnesses

Matthew Reeves
 2128 Selma Avenue
 Selma, AL
Det. Pat Grindle
 SPD
 ,
James Rodgers
 2300 Broad Street
 Selma, AL
Cheryl Reeves
 2128 Selma Avenue
  Selma, AL

PAGE **45** (

✝ CARRAWAY METHODIST
MEDICAL CENTER
1600 Carraway • Birmingham, AL 35234
.) 226-6000

**273**

| PATIENT NAME | DATE ADMITTED | TIME ADMITTED | ADMISSIONS NUMBER |
|---|---|---|---|
| REEVES, MATTHEW | 09/12/96 | 11:33 PM | 20155180 |

| PATIENT ADDRESS | | | TELEPHONE # | SOCIAL SECURITY # | ROOM # |
|---|---|---|---|---|---|
| 2128 SELMA AVE. SELMA AL 36701 | | | | 423 15 7683 | |

| FINANCIAL CLASS | LAST ADMITTED | CHART REC'D | OTHER HOSPITAL ADMITTED | CLINIC NUMBER | RELIGION |
|---|---|---|---|---|---|
| D | | | DISCHARGE STAY | | |

| ADMITTING PHYSICIAN & NO. | REFERRING PHYSICIAN | PRIMARY PHYSICIAN | SERVICE |
|---|---|---|---|
| WILBANKS, JOHN 099986 | DEMERE, IKE | UNKNOWN | |

| AGE | DATE OF BIRTH | SEX | MSWPO | NEWBORN | FATHER'S DOB | MOTHER'S DOB | LIVING | CHILDREN DEAD | STILLBORN | DATE OF DELIVERY |
|---|---|---|---|---|---|---|---|---|---|---|
| 18Y | 12/13/77 | N M | S | | | | | | | |

| FATHER'S NAME | PLACE OF BIRTH | SPOUSE |
|---|---|---|
| | | |

| MOTHER'S MAIDEN NAME | PLACE OF BIRTH | BIRTHPLACE OF PATIENT |
|---|---|---|
| | | |

| TELEPHONE NO. | NOTIFY IN EMERGENCY |
|---|---|
| | mother: MARLETTA REEVES  334-872-7209 |

| EMPLOYER OF PATIENT | ADDRESS (CITY & STATE) | OCCUPATION OF PATIENT |
|---|---|---|
| UNKNOWN | | |

| RESPONSIBLE PARTY | ADDRESS (CITY & STATE) | RELATIONSHIP TO PATIENT |
|---|---|---|
| MATTHEW REEVES  2128 SELMA AVE. SELMA AL 36701 | | SELF |

| EMPLOYER OF RESPONSIBLE PARTY | ADDRESS (CITY & STATE) | OCCUPATION |
|---|---|---|
| UNKNOWN | | |

HOSPITALIZATION COVERAGES CARRIED

1)     PT TRANSPORTED TO CMMC BY L/S

2)     M/CAID  000423157683-?

| | | SOCIAL SEC. NO. |
|---|---|---|
| 3) | | |

| CO. A.C.T. | AUTHORIZED BY | TELEPHONE # | DEPOSIT |
|---|---|---|---|
| | | | |

| OCCUR. DATE | TIME | METHOD OF ARRIVAL | TIME | POLICE | SHERIFF | FAMILY | CORONER | OTHER | SIGNED |
|---|---|---|---|---|---|---|---|---|---|
| | | L/S | | ☐ | ☐ | ☐ | ☐ | | |

| PARENT OR RELATIVE OF HOSPITAL PERSONNEL OR ASSOCIATE | YES | NO | NAME OF EMPLOYEE OR ASSOCIATE | RELATION | CMMC EMP. YES | NO |
|---|---|---|---|---|---|---|
| | | | | | | |

| ADMITTING DIAGNOSIS | | MEDICAID ONLY: CERTIFIED EMERGENCY ☐ YES ☐ NO |
|---|---|---|
| | | |

| INFORMANT | REGISTRAR |
|---|---|
| L/S CHART// | MRW |

ALLERGIES
PCN

| LABORATORY | MRI | G.I LAB | SPEECH THERAPY |
|---|---|---|---|
| PHARMACY | RADIATION ONC | NUCLEAR MEDICINE | VASCULAR |
| CENTRAL SERVICE | CARDIAC REHAB | CAT SCAN | ECHOCARDIOGRAM |
| NEUROSCIENCE | URODYNAMICS | PULMONARY LAB | OCCUP. THERAPY |
| ULTRASOUND | WOUND CARE | SPIROMETRY ABG's | OB. CLASSES |
| X-RAY | DIABETIC | OULCO LUNG VOL. | RESP. THERAPY |
| SPECIAL PROCEDURES | HYBERBARIC | PHYSICAL THERAPY | LASER |

*(handwritten annotations across right side: 12AM, Dr. Craddock, GIP GSW, Rt. Occip., Rt. DCH, Unit, NICU)*

CHART COPY



FACE

CARRAWAY METHODIST
MEDICAL CENTER
1600 Carraway B.    , Birmingham, AL 35234
(205) 226-6000

INPATIENT    274

PATIENT NAME
REEVES, MATTHEW

DATE ADMITTED 09/13/96  TIME ADMITTED 01:45 AM   ADMISSIONS NUMBER 02606503 7

PATIENT ADDRESS
2128 SELMA AVE.    SELMA    AL 36701

TELEPHONE #
000-000-0000

SOCIAL SECURITY #
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

ROOM #
N510A I

FINANCIAL CLASS | LAST ADMITTED | CHART REC'D | OTHER HOSPITAL ADMITTED    DISCHARGE    STAY | CLINIC NUMBER | RELIGION

ATTENDING PHYSICIAN AND #
CRADDUCK, ROBERT 057133

REFERRING PHYSICIAN
NO REFERRING DO

PRIMARY PHYSICIAN
NO PRIMARY DOCT

SERVICE
NES

DOB 12/15/77  N  M SEX  S MSWDO  NEWBORN  FATHER'S DOB  MOTHER'S DOB  LIVING  CHILDREN DEAD  STILLBORN  DATE OF DELIVERY

FATHER'S NAME                    PLACE OF BIRTH | SPOUSE

MOTHER'S MAIDEN NAME             PLACE OF BIRTH | BIRTHPLACE OF PATIENT

TELEPHONE #
000-000-0000 RES/    NOTIFY IN EMERGENCY

EMPLOYER OF PATIENT
UNKNOWN                    ADDRESS (CITY & STATE)              OCCUPATION OF PATIENT

RESPONSIBLE PARTY
MATTHEW REEVES    2128 SELMA AVE.    SELMA, AL 36701    RELATIONSHIP TO PATIENT SELF

EMPLOYER OF RESPONSIBLE PARTY
UNKNOWN                    ADDRESS (CITY & STATE)              OCCUPATION

HOSPITALIZATION COVERAGES CARRIED
1) PT TRANSPORTED TO CMMC BY L/S.

2) M/CAID  000423157683-?    NO CARD ON ADMIT

3)                                                    SOCIAL SEC NO.
                                                      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

CO ACC | AUTHORIZED BY          | TELEPHONE #        | DEPOSIT

ACCIDENT DATE 00 00 00 | TIME | METHOD OF ARRIVAL L/S | TIME | POLICE ☐ | SHERIFF ☐ | FAMILY ☐ | CORONER ☐ | OTHER ☐ | SIGNED

FRIEND OR RELATIVE OF HOSPITAL PERSONNEL OR ASSOCIATE | YES | NO X | NAME OF EMPLOYEE OR ASSOCIATE | RELATION | CMMC EMP. YES _____ NO X

ADMITTING DIAGNOSIS  GSW RT FOREHEAD, RT CHEST
CMMC ED L/S PT, PT ALONE AND UNABLE TO SIGN
FORMS OR GIVE INFO AT THE TIME OF ADMT

MEDICAID ONLY:
CERTIFIED EMERGENCY ☐ YES ☐ NO

CERT#:          ACC#:

INFORMANT
ED RECORD                                        REGISTRAR
                                                 MNB
DOES PATIENT HAVE ADVANCE DIRECTIVE?: N    PCN
    INFORMATION GIVEN?: Y OR N    ALLERGIES

| LABORATORY | MRI | G.I. LAB | SPEECH THERAPY |
| PHARMACY | RADIATION ONC | NUCLEAR MEDICINE | VASCULAR |
| CENTRAL SERVICE | CARDIAC REHAB | CAT SCAN | ECHOCARDIOGRAM |
| NEUROSCIENCE | URODYNAMICS | PULMONARY LAB | OCCUP. THERAPY |
| ULTRASOUND | WOUND CARE | SPIROMETRY ABG's | OB CLASSES |
| X-RAY | DIABETIC | DULCO LUNG VOL | RESP. THERAPY |
| SPECIAL PROCEDURES | HYBERBARIC | PHYSICAL THERAPY | LASER |

CHART COPY

**CARRAWAY METHODIST MEDICAL CENTER**

**275**

DISCHARGE SUMMARY                                      PAGE   1

PATIENT NAME: REEVES, MATTHEW
MED REC NO.:  2606503
DATE OF ADMISSION:  09/13/96
DATE OF DISCHARGE:  09/15/96
ATTENDING:  ROBERT CRADDOCK, M.D.


DISCHARGE DIAGNOSIS:  Gunshot wound to head and neck.

PROCEDURES:  None.

CONSULTATIONS:  Dr. Tyndal or trauma surgery was consulted.

HISTORY OF PRESENT ILLNESS:  The patient is an 18-year-old black male
who was transferred to Carraway Methodist Medical Center via Life
Saver following a gunshot wound to the head.  The patient states that
he immediately fell to the ground without loss of consciousness.  The
patient presents to the Carraway Methodist Medical Center Emergency
Room completely alert and oriented with no neurological defects.  The
bullet apparently entered the skin in the temporal region and
traveled subcutaneously until it exited the skin just inferior to the
angle of the ramus of the mandible.  The bullet then re-entered just
above the right clavicle and there is no second exit wound.  A
lateral chest x-ray reveals the bullet to be present in the posterior
right chest and there is no associated pneumothorax or bony
fracture.

HOSPITAL COURSE:  The patient was admitted to the neuro intensive
care unit under the care of Dr. Craddock and the general surgery
trauma team was consulted.  CT of the head reveals no evidence of the
bullet entering the cranial vault, however, there is a small
intraparenchymal bleed and a fracture of the right zygomatic arch and
right frontal temporal bone.  On the morning following admission, the
patient was noted to have an excellent neurological status and his
cervical spine was cleared both clinically and radiologically.  After
a 24 hour period of observation, the patient was transferred out of
the neuro intensive care unit to the 5 South nursing floor.  On the
following morning, the patient was noted to be ambulating, tolerating
a regular diet and was discharged home in good condition.

DISCHARGE DIET:  Regular.

DISCHARGE ACTIVITY:  The patient was given routine closed head trauma
instructions and told to notify Dr. Craddock should any problems
arise over the next several days.

DISCHARGE MEDICATIONS:  The patient was given a prescription for
Keflex.


DISCHARGE SUMMARY                      PATIENT:  REEVES, MATTHEW

CARRAWAY METHODIST MEDICAL CENTER

**276**

DISCHARGE SUMMARY                                                    PAGE    2

---

DISCHARGE FOLLOWUP:  The patient is to followup in the Brown Clinic
and see Dr. Craddock on an as needed basis.

RAYMOND L. SHEPPARD, JR., M.D.

D:DATE: 10/21/96
T:DATE: 10/23/96 1RO1023                    ROBERT CRADDOCK, M.D.

DISCHARGE SUMMARY                        PATIENT:  REEVES, MATTHEW

RRAWAY METHODIST MEDICAL CENTER
EMERGENCY DEPARTMENT RECORD

PAGE ONE

**NAME** Reaves Matthew

**PATIENT NUMBER** 2015518

**ADMISSION DATE** 9/13/96   **TIME** 12:31 A

**MODE OF ARRIVAL**
- ☐ WHEELCHAIR   ☐ AMBUL.
- ☐ AMBULANCE   ☒ LIFESAVER
- ☐ CARRIED   ☐ OTHER

**REASON FOR VISIT** GSW

**PRIORITY**
- ☒ I
- ☐ II
- ☐ III

**PT. CLASS**
- ☐ I
- ☐ II
- ☐ III
- ☐ IV
- ☐ V

**ALLERGIES:** PCN

**CURRENT MEDS:** —

**VITAL SIGNS**   **TIME** TEMP 97.6 ☐ORAL ☐RECTAL   RESP. 16   PULSE 50   BP 120/78   **P.M.H.** denies

**TIME** TEMP   ☐ORAL ☐RECTAL   RESP.   PULSE   BP

**NURSING HISTORY:** 1000 cc RL @ Lforearm   on
1000 cc RL @ Lforearm (arrival)
P collar

**LMP** —

**NURSING ASSESSMENT:** transfer from Linnriston S/P GSW to
head, wound @ temple @ mandible @ trapezius; PERRL 2mm
MAEW, GCS 15, 2+ @ radial pulse

**NURSE'S SIGNATURE** J Wilkinson RN

**PHYSICIAN'S NOTES**

**HISTORY:**    see J.S. Sheet

**PHYSICAL EXAM:**

**STAFF NOTE:**

☐ SUTURES X _____
☐ OLD CHART REVIEWED

**DIAGNOSIS** @ GSW to head, GSW to neck

| CODES | CONDITION ON ARRIVAL |
| --- | --- |
| | ☐ SAT.   ☐ POOR |
| | ☐ FAIR   ☐ CRITICAL |
| | ☐ DOA |

**STAFF PHYSICIAN** _____   **TIME**   **CONSULTATION** _____   **TIME CALLED**   **MEDICAID ONLY:**   **CONDITION ON DISCHARGE/TRANS.**
☐ SAT.   ☐ POOR

**EXAMINING PHYSICIAN**   **TIME**   **CONSULTING PHYSICIAN**   **TIME ARRIVED**   **CERTIFIED EMERGENCY** ☐ YES ☐ NO   ☐ FAIR   ☐ CRITICAL
☐ EXPIRED

**CARRAWAY METHODIST MEDICAL CENTER**
**EMERGENCY DEPARTMENT RECORD**

PAGE TWO

278

| | ORDERS/TREATMENT/PROCEDURES | TIME | BY |
|---|---|---|---|
| NAME Reeves, Matthew | LAST TETANUS 9/12/94 | | |
| PATIENT NUMBER 2015518 | ☐ DIPTHERIA/TETANUS LOT #        MFG | | |
| ADMISSION DATE 9/13/96   TIME 12:37/A | | | |

## DIAGNOSTIC PROCEDURES

ABG's  FIO₂  1.
1. PO₂ 86  PCO₂ 42  PH 7.37  %SAT 95%
2. PO₂  PCO₂  PH  %SAT
☐ EKG/☐ RHYTHM STRIP

## RADIOLOGY

| SKULL | ‡ ABD | FOOT | FACIAL |
|---|---|---|---|
| SPINE | HAND | ANKLE | MANDIBLE |
| CHEST | WRIST | KNEE | NASAL |
| RIBS | ELBOW | HIP | CT |
| KUB | SHOULDER | PELVIS | |
| | FOREARM | TIB/FIB | |

OTHER
INTERPRETATION

## LABORATORY

| | RESULT | TIME ORDERED | | RESULT | TIME ORDERED | | RESULT |
|---|---|---|---|---|---|---|---|
| ☐ CBC | | | ☐ GLUCOSE | 144 | | ☐ CPK | |
| WBC | 18.40 | | ☐ RENAL | | | ☐ MB | |
| RBC | 3.97 | | ☐ METABOLIC | | | PT 13.5  INR-1.16 | |
| HGB | 12.9 | | ☐ BUN | 10 | | Control 12.6 | |
| HCT | 38.3 | | ☐ CREAT | 0.7 | | PTT 22 | |
| MCV | | | ☐ NA | 137 | | Control 27 | |
| MCH | | | ☐ K | 3.8 | | ☐ Theoph. | |
| MCHC | | | ☐ CL | 103 | | ☐ Digoxin | |
| PLT | 231 | | ☐ CO₂ | 26 | | ☐ Dilantin | |
| URINE | | | ☐ CALCIUM | 8.2 | | ☐ Phenob. | |
| CLEAN/D CATH | | | ☐ MAG. | 1.7 | | ☐ Tylenol | |
| | | | ☐ PHOS. | 3.1 | | ☐ ETOH | |
| | | | ☐ ALB | 2.5 | | ☐ ASA | |
| | | | ☐ AMYLASE | 29 | | ☐ LIVER FUNC. | |
| | | | ☐ HCG | | | | |
| | | | ☐ URINE | | | | |
| | | | ☐ BLOOD | | | | |
| | | | ☐ RAPID STREP | | | | |
| | | | ☐ WET PREP | | | | |
| | | | ☐ GRAM STAIN | | | | |
| | | | ☐ CULTURE | | | | |
| | | | ☐ OTHER | | | | |

☐ IMPERVIOUS SHEET        ☐ OLD CHART
☐ SEE OTHER NURSES NOTES:        ☐ REC'D

NURSES SIGNATURE _Wilkinson RN_

**ADMISSION INFORMATION** | **DISPOSITION**
TIME 1:40/A        ☐ DISCHARGED
ADMIT TO DR. Craddock   ☐ TRANSFERRED
DIAGNOSIS:        ☑ ADMITTED
S/P GSW @        ROOM # NICU
forehead        TIME # REC'D:
FLOOR/UNIT:        TIME TO BED:

DISCHARGE PRESCRIPTIONS   DOSAGE   FREQUENCY   AMOUNT   # REFILLS   CHARGES   PAYMENTS

BALANCE        DATE

CASHIER SIGNATURE

I HEREBY AUTHORIZE PAYMENT DIRECTLY TO THE HOSPITAL AND EMERGENCY PHYSICIAN OF THE GROUP HOSPITAL INSURANCE BENEFITS, HEREIN SPECIFIED AND OTHERWISE PAYABLE TO ME, BUT NOT TO EXCEED THE BALANCE DUE OF THE HOSPITALS REGULAR CHARGES FOR THIS PERIOD OF HOSPITALIZATION. I UNDERSTAND I AM FINANCIALLY RESPONSIBLE TO THE HOSPITAL FOR CHARGES NOT COVERED BY THIS AUTHORIZATION. I HEREBY AUTHORIZE RELEASE OF INFORMATION REQUESTED ON THIS FORM, BY THE NAMED HOSPITAL FOR INSURANCE PURPOSES ONLY.

PRINT
PATIENT NAME

X _____ DATE _____
SIGNED (PATIENT, OR PARENT IF MINOR)

21-015

**MEDICAL RECORDS**

279

REEVES, MATTHEW

CRADDOCK, ROBERT
NMS   09/13/96
02606503 7   D
DATA PLATE   9/13/97

510 A

CARRAWAY METHODIST
MEDICAL CENTER
1600 North 26th Street • Birmingham, Alabama 35234

EMERGENCY DEPARTMENT NURSES NOTES

12:27 P to SS via stretcher, see ED chart for initial assessment, placed on cardiac monitor & NBP, monitor shows sinus arrhythmia, ectopy noted — J Wilkinson RN

12:40 R Dr Harp @ bedside — J Wilkinson RN

12:30 lab work drawn — J Wilkinson RN

12:55 A x-ray @ bedside — J Wilkinson RN

0100 Dr Harp & Dr Scales @ Bedside — Burton RN

0105 connected to Propac & to X-Ray via Shelton B

1 0A Returned from x-ray Drs Harp & Scanlin @BS

132/62 Sinis Tachy Wilson @35 — Burton

1 25A 4 pt restraints applied w/ Dr Scanlon □° pt being combative, restraints tied to bed frame, capillary refill < 3 sec.

7 37A F/C NG placed, placement verified by auscultation, connected to low wall suction, 60 cc catt tip syringe, suction cannister, lidocaine spray, mouthcare & jelly used — J Wilkinson RN

1 00A GSW @ mand & L ? shoulder cleansed, dressed & sterile gauze (2) 4x4(s) incontinent pad (1) to bed, medium P collar applied — J Wilkinson RN

1 00A mouth/oral suctioned & Yankauer suction cannister used — J Wilkinson RN

2 15A IV 1000cc D5RL @ hand č #20 Angio & routine prep, IVAC tubing, turnote & IV start perfused, @ forearm & @ forearm IV D/C'd — J Wilkinson RN

2 00A to CT per stretcher — J Wilkinson RN

2 35 Report called to NICU — J Wilkinson RN

CMMC 2 40 NC □ 2 47 PS? CT had complete 2 50 on stretcher BP& J Wilkinson RN

**Life Saver**

**MEDICAL RECORD** 990  20155180

CARRAWAY
Methodist Medical Center
1600 Carraway Blvd., Birmingham, AL 35234

RL 72  alert  **280**
alert
5 Den / 25 Phen  16u Roephin

| FLIGHT # 990 | CMMC E.D. # 20155180 | | |
|---|---|---|---|
| LAST NAME Reeves | FIRST NAME Matthew | MIDDLE INITIAL Z | PRIVATE PHYSICIAN ? | DATE 9-12-96 |

| AGE 18 | SEX M | RACE B | DATE OF BIRTH 12/13/77 | ALLERGIES PCN | FLIGHT TIMES |
|---|---|---|---|---|---|
| ADDRESS (STREET) 2128 Selma Ave | | CITY Selma | STATE AL | ZIP 36701 | MEDICATION (PRESENTLY ON) | CALL REC'D 2244 |

RESPONSIBLE PARTY  Self

FLIGHT TIMES:
- CALL REC'D 2244
- DISPATCHED 2249
- DEPART 2254
- ARRIVE 2330
- DEPART 2351
- ARRIVE 0033
- DEPART

INSURANCE CO./POLICY # Medicaid 423157683

VALUABLES/CLOTHING  Clothing cut

REQUESTING AGENCY  Vaughn Regional Selma

PERSON CALLING  Dr Ike Ejemere    CHIEF COMPLAINT  GSW - head

CONDITION PRIOR TO FLIGHT  ☐ SAT ☐ FAIR ☐ POOR ☒ CRITICAL

TREATMENT PRIOR TO FLIGHT
In ED, CBB. Asst MAE. RPIV #18 c̄ 1000 cc LR, LPIV #16 c̄ 1000cc LR
#16 Foley cath to GUB. OSB. 1SS. Drsg to Ⓡneck; Head. GSW to Ⓡ forehead.
Intomia 18 om cw; Rocephin & Gm. 100% NRB

| DATE & TIME INJURY/ILLNESS OCCURRED 9-12-96 ~ 2200 | | VITAL SIGNS | | | | O₂ SAT | NEURO STATUS | | | | | RTS trauma only | E.M.S. MANAGEMENT STARTED 2205 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HISTORY/PHYSICAL | TIME | BP | HR | RR | RE | O₂ SAT | VR | MR | EYES | PUPILS | | | PRIMARY MEDICAL MANAGEMENT STARTED 2215 |

| HISTORY/PHYSICAL | TIME | BP | HR | RR | RE | O₂SAT | VR | MR | EYES | PUPILS | RTS | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PTA | 122/A | 58 | 36 | 1 | 96 | — | — | — | → | | | S. MEDICAL MANAGEMENT STARTED/COMPLETED |
| —18 yo BM shot earlier | 2252 | 110/61 | 45 | 22 | 1 | 96 | 5 | 6 | 4 | 2N=2N 14 | | 2333 / 0038 |
| today in head, ⊕LOC | 2305 | 118/60 | 48 | 24 | 1 | 98 | 5 | 6 | 4 | 2N=2N 14 | | 2333 Alert male in ED. Skin |
| ⊝ neuro deficit | 2320 | 114/60 | 50 | 22 | 1 | 99 | 5 | 6 | 4 | 2N=2N 14 | | w/d. MAE. ⊕SB. Adog |
| Hd GU - 15cm entrance | | | | | | | | | | | | pulse. Oriented x 3. IV's |
| wound Ⓡ forehead 3cm above | | | | | | | | | | | | intact. Foley replaced. |
| orbit - exit Ⓡ 1cm inf. | | | | | | | | | | | | Assessment completed. All |
| First Angle Ⓡ mandible | | | | | | | | | | | | care explained to pt. |
| Ⓡ ext - 1.0 cm open wound | | | | | | | | | | | | 2345 Log roll to scoop c̄ |
| above Ⓡ clavicle | | | | | | | | | | | | c/o placed. Full spinal |
| — ⊙R Ⓑ ⊝ BS | | | SEE REVERSE SIDE FOR RTS LEGEND | | | | | | | | | precautions. PERL. |
| CV - brady, RN s̄ ⓜ | | | INTAKE | | | | | OUTPUT | | | | 2351 To Hc. 100% NRB |
| Res - sat 100% ⊕ NRB | | | | | | | | | | | | cont. O₂ sats > 95% per |

| INTAKE | | | OUTPUT | | | | |
|---|---|---|---|---|---|---|---|
| | FLUID | BLOOD | URINE | NG | EBL | |
| PRIOR TO FLIGHT | 1200 | Ø | Foley to GUB 40 | Ø | 3 | Ext - MAE s̄, 2u pulses | oximeter. ⊕ SB. Pt |
| IN FLIGHT | ~ 15 | | | | | Ⓡ upper Ⓡ lower ext. | remains alert. MAE. PERL |
| TOTAL | 1275 | | | | | Neuro - A&O x4, non-focal | 2005 ISS. Pt restless. |
| RECEIVING HOSPITAL CMMC | | | | RECEIVING PHYSICIAN Craddock | | Suction intact throughout | MAE. PERRL. ⊕ S in slur |

DISPOSITION:  ☐ ED ☒ ICU ☐ ST ☐ OR ☐ CCU ☐ OTHER

TRANSFERRED WITH PATIENT  ☒ HOSPITAL RECORDS ☐ X-RAYS ☐ OTHER

Parameters. ⊘20 USS c̄
S in pt condition.
0030 ⊘ S in condition.

☐ TRANSPORTED VIA GROUND AMB. WITH MEDICAL CREW ATTENDING AT N/A

CONDITION ON COMPLETION OF FLIGHT  ☐ SAT ☐ FAIR ☐ POOR ☒ CRITICAL

0031 Nauseated c̄ vomited
~ 100 cc Brown emesis
0038 Report to ED

FLIGHT PHYSICIAN Billie Cole
PILOT  Ensley
FLIGHT NURSE  P Brunner RN
DISPATCHER  Bryan

P Brunner

DIAGNOSIS  GSW to head, open wound forehead, open wound Ⓡ neck
open wound Ⓡ scapula clavicle

**271**

| GLASGOW COMA SCALE (GCS) (Total points from below) | 14 - 15 | 5 |
| | 11 - 13 | 4 |
| | 8 - 10 | 3 |
| | 5 - 7 | 2 |
| | 3 - 4 | 1 |
| **SYSTOLIC BLOOD PRESSURE (BP)** Systolic cuff pressure, either arm – auscultate or palpate | 90 mm Hg or greater | 4 |
| | 70 - 90 mm Hg | 3 |
| | 50 - 69 mm Hg | 2 |
| | 0 - 49 mm Hg | 1 |
| | No Pulse | 0 |
| **RESPIRATORY RATE (RR)** Number of respirations in 15 seconds, multiply by four | 10 - 24/min | 4 |
| | 25 - 35/min | 3 |
| | 36/min or greater | 2 |
| | 1 - 9/min | 1 |
| | None | 0 |
| **RESPIRATORY EXPANSION (RE)** Shallow — markedly decreased chest movement or air exchange | Normal | 1 |
| Retractive — use of accessory muscles or intercostal muscle retraction | Retractive/None | 0 |

## GLASGOW COMA SCALE

| AGE | | >5 - ADULT | 2 - 5 YEARS | 0 - 23 MONTHS | |
|---|---|---|---|---|---|
| **BEST VERBAL RESPONSE** | | Oriented and converses | Appropriate words and phrases | Smiles, coos, cries, appropriately | 5 |
| (VR) | | Disoriented converses | Inappropriate words | Cries | 4 |
| | | Inappropriate words | Cries and/or screams | Inappropriate crying and/or screaming | 3 |
| | | Incomprehensible sounds | Grunts | Grunts | 2 |
| | | No response | No response | No response | 1 |
| | | > 1 - ADULT | | < 1 - YEAR | |
| **BEST MOTOR RESPONSE** | To verbal command | Obeys | | | 6 |
| (MR) | To painful stimulus | Localizes pain | | Localized pain | 5 |
| | | Flexion - withdrawal | | Flexion - abnormal | 4 |
| | | Flexion - abnormal (decorticate rigidity) | | Flexion - abnormal (decorticate rigidity) | 3 |
| | | Extension (decerebrate rigidity) | | Extension (decerebrate rigidity) | 2 |
| | | No response | | No response | 1 |
| | | > 1 - ADULT | | < 1 - YEAR | |
| **EYES** | Open | Spontaneously | | Spontaneously | 4 |
| | | To verbal command | | To shout | 3 |
| | | To pain | | To pain | 2 |
| | | No response | | No response | 1 |
| | | Apply this score to GCS portion of Trauma Score above. | | TOTAL GCS | 3 - 15 |

**PUPILS**

Size of MM

Reaction to light

N = Normal
S = Sluggish
U = Unresponsive

REEVES, MATTHEW
Reeves, Mathhews
CRADDOCK, ROBERT          510 A
Data Plate               KHS   09/13/96
02605503 7      D   12131977
                            HHB

CARRAWAY METHODIST
MEDICAL CENTER   282
1600 CARRAWAY BLVD., BIRMINGHAM, AL 35234

HISTORY, PHYSICAL EXAMINATION AND PROGRESS NOTES

Intern H&P

| Date/Time | |
|---|---|
| 9/13/96 1:00 AM | HPI: 18 y/o BM presents to CMMC ED as a transfer from Anniston S/P GSW to head. The pt. describes being shot ⊙ a pistol from approximately 3 feet. He states that he immediately fell to the ground & LOC. The pt. presented to CMMC A+O x3. The pt. has an entrance wound to the ® temporal area & an exit wound immediately below the angle of the Ⓛ mandible and a re-entrant wound above the Ⓛ clavicle. |



PMHx: Ø

PSHx: Ø

Soc Hx:

Fam Hx:

Meds: Ø

All: PCN

PE: Vitals: T 97⁶ P 50 R 16 BP 120/78

  Gen: A+O x3

  HEENT — ® 3mm pupils reactive to light; Ⓛ sided temporal & neck wounds as described above

  HEART — RRR & MGR                    G. Scruks MD

REEVES, MATTHEW
Reeves, Matthew
CRADDOCK, ROBERT         510 A
Data Plate   MMS   09/13/96
2606503-7   D   12131977

**CARRAWAY METHODIST MEDICAL CENTER**   883
1600 CARRAWAY BLVD., BIRMINGHAM, AL 35234

HISTORY, PHYSICAL EXAMINATION AND PROGRESS NOTES

Interim H+P (cont'd)

| Date/Time | |
|---|---|
| | LUNGS – ⑧ CTA |
| 9/13/96 | AbD – ND/NT |
| 1:00 AM | EXT – ∅ C/C/E, 2+ ⑧ dp pulses |
| | Neuro: Motor 5/5 overall |
| | Sensory – ∅ focal lesions |
| | CN's II–XII grossly intact |
| | Radiology – CXR PA+LAT ; C-Spine ; CT Head – results in progress notes |

Labs: 18.49 / 120 / 55.3 \ 231     139 / 103 / 10 / 164     Ca   Mg   Po₄   Mg.
                                    3.5 / 21 / 0.7           8.2  1.2  5.1   3.5

Amylase   PT/PTT   INR
   79     13.5/22   1.16

Impression / Plan:
18 Yo BM s/p GSW to ⑧ temporal region ē exit below angle of ⑧ mandible + a re-entrant wound immediately above ⑧ clavicle. The Lat CXR is significant for a single bullet in the post ⑧ chest. The pt is currently hemodynamically stable. The pt. has C-Collar in place.

1. CT of Head
2. Admit to NICU to Dr. Craddock

G. Scotti MD

510 ‡

CRADDOCK ROBERT
Data plate IH3   09/13/96

284

**REQUEST FOR CONSULTATION**

Department or Physician: 2131 Brindal          Date: 13 Sept 96

Patients Name: Matthew Reeves

Working Diagnosis: _____

Reason for Request: _____                        M.:

*********************
TO BE FILLED OUT BY PERSON ON UNIT WHEN CONSULTANT NOTIFIED:

Person notifying consultant: _____     Time of notification: _____

Appointment time: (When applicable): _____
*********************
REPLY TO REQUEST

INCLUDING: History, Findings and Recommendations:
( Another page may be used if space inadequate )

CXR → Bullets ~ Tyln ~ Mid clavicular line
$\emptyset$ PTX, etc.

DATE: ____9/12/96____

18.4 ⟨12.0 / 35.3⟩ 231

C & 2 MC 2   ⟨139 | 103 | 10⟩ 164
P 3.1 A 2 5   ⟨35 | 21 | .7⟩

18 yo B♂ S/P GSW to ® Temple w̄ Exit Wound @ the Angle of the
® Jaw & Re-Entrance Wound to Ⓛ Chest ~ 3cm Posterior to the ® Clavicle
@ the midclavicular line... Was accepted from outlying hospital by Dr Craddock.
Brought to CMMC via lifest Lifesaver. A/A/ 0x3...

- Tetanus - ~1 Hr Ago.
- Allergies - PCN - Rash
- Meds - $\emptyset$
- PMHx - $\emptyset$
- PSHx - $\emptyset$
- Last Meal - Lunch

PE: WDWNW ♂ in NAD. HR 80/100 #... SBP 110's
- HEENT - Injuries as described Above.
- C/V - RRR
- Chest - BS = ⊕ (B).                    Hct = 35%
- ABD - Soft NT/ND
- EXT - $\emptyset$ Pulse Deficits... MAEW
- Neuro - A/A/0x3... Good Motor/Sensory X4.

A/P 1. S/P GSW ⊕ Head/Neck/Chest... HD ⊕ OTW Stable
  └ Will Observe Closely in Nicu... → Discussed w̄ A Trobal.

A: As Above; No Cervical Bruits. Hemodyn Stable $\emptyset$ PTX.
   Observe in NICU. Follow Hct, CXR in Am.
   Neuro intact.

CMMC - 26
MRC - 9/5/79
revised 1/3/81                    REQUEST FOR CONSULTATION                    M.D.

**CARRAWAY**
METHODIST MEDICAL CENTER
1600 Carraway Boulevard
Birmingham, AL 35234

Patient #: 026065037
Medical Record #: (00000)0-000292786
DOB: 12/13/1977 N/M/ 18 YRS
Physician: CRADDOCK, ROBERT
Service: NES

Location:         S519 A
ADMIT DATE: 09/13/1996
DSCH DATE: 09/15/1996

Printed: 09/15/1996  2230

**286**

## CHEMISTRY

|  | SODIUM | POTASSIUM | CHLORIDE | CO2 | BUN | CREAT | GLUCOSE |
|---|---|---|---|---|---|---|---|
| UNITS: | MMOL/L | MMOL/L | mmol/L | MEQ/L | MG/DL | MG/DL | MG/DL |
| NORMALS: | (137-145) | (3.6-5.0) | (98-107) | (22-31) | (9-20) | (0.8-1.5) | (75-110) |
| 09/13/96 0100 | 139 | 3.5 L | 103 | 21 L | 10 | 0.7 L | 164 H |
| 09/13/96 0448 | 139 | 3.8 | 101 | 25 | 9 | 0.8 | 183 H |

|  | CALCIUM | PHOSPHORUS | MAGNESIUM | ALBUMIN | AMYLASE |
|---|---|---|---|---|---|
| UNITS: | MG/DL | MG/DL | MG/DL | G/DL | U/L |
| NORMALS: | (8.4-10.2) | (2.5-4.5) | (1.6-2.2) | (3.9-5.0) | (30-110) |
| 09/13/96 0100 | 8.2 L | 3.1 | 1.2 L | 3.5 L | 79 |

## HEMATOLOGY

|  | WBC | RBC | HEMOGLOBIN | HEMATOCRIT | MCV |
|---|---|---|---|---|---|
| UNITS: | X 10^3 | X 10^6 | G/DL | % | FL |
| NORMALS: | (4.80-10.80) | (4.20-5.90) | (11.0-17.3) | (39.0-53.0) | (80.0-94.0) |
| 09/13/96 0100 | 18.49 H | 3.97 L | 12.0 L | 35.3 L | 88.9 |
| 09/13/96 0448 | 20.37 H | 3.90 L | 11.9 L | 35.0 L | 89.7 |

|  | MCH | MCHC | PLATELET | RDW | MEAN PLT VOL |
|---|---|---|---|---|---|
| UNITS: | PG | G/DL | X10^3 | % | FL |
| NORMALS: | (27.0-31.0) | (32.0-37.0) | (130-400) | (11.5-14.5) | (7.4-10.4) |
| 09/13/96 0100 | 30.2 | 34.0 | 231 | 12.1 | 9.4 |
| 09/13/96 0448 | 30.5 | 34.0 | 223 | 12.2 | 9.3 |

LEGENDS
L=LOW, H=HIGH

FINAL DISCHARGE REPORT

Page Number:    1

**LAB**

Pt. Name:   **REEVES, MATTHEW**
Patient #:  026065037
Location:        S519 A

**CARRAWAY**
METHODIST MEDICAL CENTER
1600 Carraway Boulevard
Birmingham, AL 35234

Patient #: 026065037
Medical Record #: (00000)0-000292786
DOB: 12/13/1977  N/M/ 18 YRS
Physician: CRADDOCK, ROBERT
Service: NES

Location:          S519 A
ADMIT DATE: 09/13/1996
DSCH DATE: 09/15/1996

Printed: 09/15/1996  2230

286

## COAGULATION

| | PROTIME CONTROL SEC | PROTIME PATIENT SEC | INR | PTT CONTROL SEC | PTT PATIENT SEC |
|---|---|---|---|---|---|
| UNITS: | | | | | |
| NORMALS: | | (11.4-13.5) | | | (18-30) |
| 09/13/96 0100 | 12.8 | 13.5 | 1.16 | 27 | 22 |
| 09/13/96 0448 | 12.8 | 13.1 | 1.09 | 27 | 22 |

## PULMONARY LABORATORY RESULTS

········ARTERIAL BLOOD GASES············

| | TIME ANALYZED | FIO2 % | PaO2 mmHG | PaCO2 mmHG |
|---|---|---|---|---|
| UNITS: | | | | |
| NORMALS: | | | (80-100) | (35-45) |
| 09/13/96 0556 | 0100 | ROOM AIR | 86 | 42 |

| | pH | %O2HB % | TIME DRAWN |
|---|---|---|---|
| UNITS: | | | |
| NORMALS: | (7.35-7.45) | | |
| 09/13/96 0556 | 7.39 | 95 | 0100 |

## MISCELLANEOUS PULMONARY TESTING

| | PULSE OXIMETRY | PULSE OXIMETRY |
|---|---|---|
| 09/13/96 0730 | IN USE | |
| 09/13/96 1041 | | DONE |
| 09/14/96 0730 | IN USE | |
| (04/09/95 -- Current) | | |

FINAL DISCHARGE REPORT
Page Number:  2
End of Report

LAB

Pt. Name   REEVES, MATTHEW
Patient #: 026065037
Location:          S519 A

CARRAWAY METHODIST MEDICAL CENTER

DISCHARGE SUMMARY                                      PAGE  1

287

---

PATIENT NAME:  REEVES, MATTHEW
MED REC NO.:  2606503
DATE OF ADMISSION:  09/13/96
DATE OF DISCHARGE:  09/15/96
ATTENDING:  ROBERT CRADDOCK, M.D.


DISCHARGE DIAGNOSIS:  Gunshot wound to head and neck.

PROCEDURES:  None.

CONSULTATIONS:  Dr. Tyndal or trauma surgery was consulted.

HISTORY OF PRESENT ILLNESS:  The patient is an 18-year-old black male
who was transferred to Carraway Methodist Medical Center via Life
Saver following a gunshot wound to the head.  The patient states that
he immediately fell to the ground without loss of consciousness.  The
patient presents to the Carraway Methodist Medical Center Emergency
Room completely alert and oriented with no neurological defects.  The
bullet apparently entered the skin in the temporal region and
traveled subcutaneously until it exited the skin just inferior to the
angle of the ramus of the mandible.  The bullet then re-entered just
above the right clavicle and there is no second exit wound.  A
lateral chest x-ray reveals the bullet to be present in the posterior
right chest and there is no associated pneumothorax or bony
fracture.

HOSPITAL COURSE:  The patient was admitted to the neuro intensive
care unit under the care of Dr. Craddock and the general surgery
trauma team was consulted.  CT of the head reveals no evidence of the
bullet entering the cranial vault, however, there is a small
intraparenchymal bleed and a fracture of the right zygomatic arch and
right frontal temporal bone.  On the morning following admission, the
patient was noted to have an excellent neurological status and his
cervical spine was cleared both clinically and radiologically.  After
a 24 hour period of observation, the patient was transferred out of
the neuro intensive care unit to the 5 South nursing floor.  On the
following morning, the patient was noted to be ambulating, tolerating
a regular diet and was discharged home in good condition.

DISCHARGE DIET:  Regular.

DISCHARGE ACTIVITY:  The patient was given routine closed head trauma
instructions and told to notify Dr. Craddock should any problems
arise over the next several days.

DISCHARGE MEDICATIONS:  The patient was given a prescription for
Keflex.


---

DISCHARGE SUMMARY                    PATIENT:  REEVES, MATTHEW

CARRAWAY METHODIST MEDICAL CENTER

DISCHARGE SUMMARY                                              PAGE   2

---

DISCHARGE FOLLOWUP:  The patient is to followup in the Brown Clinic
and see Dr. Craddock on an as needed basis.

RAYMOND L. SHEPPARD, JR., M.D.

D:DATE: 10/21/96
T:DATE: 10/23/96 1RO1023                ROBERT CRADDOCK, M.D.

---

DISCHARGE SUMMARY                    PATIENT:  REEVES, MATTHEW

SPECIAL EDUCATION PROGRAM
P.O. BOX F
SELMA, AL 36702-0318
(205) 874-1613

289

# OBSERVATION CHECKLIST

Student's Name **Matthew Reeves** Date **4-15-92**

Teacher's Name **Lovett, A.** Grade **05**

School **East End Elem**

Person Completing Form **Lovett, A.** Position **Teacher**

Check items observed in student. Observations
in an academic setting will facilitate accuracy.

## Attitude
___ Poor formulation of manuscript and cursive letters.
___ Follows through in an organized fashion to complete assigned work.
✓ Often appears lethargic, apathetic, bored or without energy.
___ Oral performance far excels written or reading performance.
✓ Appears to handle frustration by acting out.
___ Seems to shy away from anything new academically, socially, athletically for fear of failure.

## Basic Reading Skills
___ Frequent difficulty in relating letter and sound.
___ Misunderstands words at age and grade level.
___ Difficulty sequencing blending sounds.
___ Guesses at sight words from initial letters.
___ Poor sight vocabulary.
___ Unable to apply word analysis skills.
___ Oral reading slow, laborious or mechanical.
___ Reads unevenly.
___ Oral reading characterized by frequent omissions, repetitions, substitutions.

## Mathematical Reasoning*
___ Frequent difficulty in serial ordering of quantity.
___ Difficulty with spatial concepts.
___ Inability to solve word or story problems.
___ Difficulty in applying measurement.
___ Difficulty in learning to tell time.
___ Appears to have shorter attention span than peers.
   * Attach copies of the student's work to document any items checked.

## Reading Comprehension
___ Frequent inability to grasp main idea.
___ Frequent inability to recall facts.
___ Inability to sequence events in reading passage.
___ Difficulty relating elements in a story.
___ Difficulty in drawing conclusions and making inferences from material read.
___ Comprehends what is read to him/her better than what he/she reads to self.

## Oral Expression
___ Frequent use of immature, poor vocabulary.
___ Inadequate articulation.
___ Uses incomplete sentences and grammatical errors.
___ Gropes for words to express himself.
___ Has difficulty relating ideas in a logical sequence, fragmented, disorganized.
___ Has difficulty relating isolated facts.

## Written Expression*
___ Avoids written work when possible.
___ Frequent difficulty in drawing geometric shapes.
___ Poor spacing, spells phonetically.
___ Lack of, or inappropriate, punctuation.
___ Poor organization of writing on page, doesn't stay on line, indent.
___ Fragments and run-on sentences.
___ Difficulty in organizing and sequencing thoughts.
___ Erases, crosses out, messes up written work.
   * Attach copies of the student's work to document any items checked.

## Listening Comprehension
___ Frequent difficulty in grasping simple word meanings.
✓ Often ignores classroom instructions.
___ Does not attend to what happens in class.
___ Often confused.
___ Unable to follow class discussion.
✓ Frequently inattentive.
___ Frequent difficulty in retaining what is heard.
___ Subvocalizes (lips move during silent reading).
___ Word-by-word reading.

## Mathematical Calculation*
___ Frequent difficulty in recognizing and writing numerals.
___ Difficulty in number-numeral relationships.
___ Difficulty in understanding place value and calculations involving regrouping.
___ Operations with fractions confusing.
✓ Difficulty in reading numerals and decimal values.
___ Poor spatial arrangement of lengthy calculations (e.g., long division).

   *Attach copies of the student's work to document any items checked.

COMMENTS

*Matthew has a problem of behavior / emotional stability*

DEFENDANTS EXHIBIT

SELMA CITY SCHOOLS
SPECIAL EDUCATION PROGRAM
P.O. BOX F
SELMA, AL 36702-0318
(205) 874-1613



Rec'd 1-15-92

| This referral for evaluation was |
| accepted on |

STUDENT REFERRAL FORM

Student Name _Matthew (Gerry) Reeves_     SS# _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_
Date Form Submitted _1-16-92_
Person Referring _A. Lovett_
Position _Teacher_     School _East End_
Grade__ Sex __ Date of Birth _12-13-77_
Parent Name(s) _Morzetta Reeves_
Address _2128 Selma Ave_     Home Phone _872-72-09_
                                          Work Phone _____
Primary Language in Home _English_     Work Phone _____
Current Educational Program/Service Provider _____
Reason for Request (List specific concerns) _Matthew has an adjustment problem to following morals and laws of society without carkley conflicts and problems for him and others in and around this environment. I strongly feel he is an At-Risk Student._

In all items below complete or attach copies.
A) Attach copies of any relevant evaluations.
B) Attach the most recent BCT, AHSGE, Stanford Achievement Test, and/or Otis Lennon results, if appropriate.
C) Attach a copy of the cumulative records containing grades and attendance.
D) Has the student ever repeated a grade? YES _✓_ NO ____
   Which one(s)? ___3___ How many times? _____
E) Has the student received other services by the school system? (Chapter 1 Reading, Math, Remediation Class, Accelerated Class, Counseling, Placement with other teachers) _____
F) Does the student wear glasses?                    Yes__ No _✓_
G) Does the student wear a hearing aid?              Yes__ No _✓_
H) Does the student have an orthopedic problem?      Yes__ No _✓_
I) Does the student have seizures?                   Yes__ No _✓_
J) Does the student have a health problem?           Yes__ No _✓_
K) Does the student take any medication regularly? Yes _✓_ No__
L) Have the parents been informed of this problem
   by a conference?                                  Yes _✓_ No__
   If the answer to any of the above questions is yes, please explain. _I dont know exactly what it is but he told me he take a pill 3 times a day_

Other relevant information: _I personally feel he needs counseling & professionally help I do not feel school will help._

over

**KNOX ELEMENTARY SCHOOL**
OFFICE OF THE PRINCIPAL
SELMA, ALABAMA
36701

291

VICIE SAVAGE
Principal

1002 Mabry Street
(205) 874-1650

September 14, 1992

Ms. Marzetta Reeves
2128 Selma Avenue
Selma, Alabama   36703

Dear Ms. Reeves

It is most important that the school and the home work together for the good of the child.  Particularly in the field of special education; a firm relationship between parent, teacher and the administration can be a tremendous benefit.  With this in mind, I reviewed Matthew's cumulative record along with his current IEP. It is my professional opinion that Matthew's level of maturity warrant that he be socially promoted to the seventh grade.

Please consider this my written approval for Matthew to be socially promoted to the seventh grade.

If there are questions please contact me at 874-1650.

Sincerely,

Vicie Savage
Principal

SELMA, ALABAMA
36701

September 14, 1992

VICE SAVAGE
Principal

1002 Mabry Street
(205) 874-1650

TO:        Dr. M. Slauson

FROM:      Vicie Savage

RE:        Matthew Reeves  Social Promotion
           to Seventh Grade

I wish to make arrangements for Matthew Reeves to be socially promoted to the seventh grade.

I believe his level of maturity warrant that he be socially promoted. He is fourteen years five months old.  His birthday is December 13, 1977.

**KNOX ELEMENTARY SCHOOL**
OFFICE OF THE PRINCIPAL
SELMA, ALABAMA
36701

293

VICIE SAVAGE
Principal

September 14, 1992

1002 Mabry Street
(205) 874-1650

TO:      Dr. M. Slauson

FROM:    Vicie Savage

RE:      Matthew Reeves   Social Promotion
         to Seventh Grade

    I wish to make arrangements for Matthew Reeves to be socially promoted
to the seventh grade.

    I believe his level of maturity warrant that he be socially promoted.
He is fourteen years five months old.  His birthday is December 13, 1977.

RECEIVED SEP 14 1992

To: Vicie Savage
From: Milton Slauson
Date: 9-14-92


In order to accomplish the above action,
you must call on IEP meeting and that
committee must make your recommendation
a port of Matthew's IEP.

Drugs!        ": Matthew
               wants to do

I want to sail Drugs. And like
All my live the fast life.

Because my cousin won't me
to. And something else I make
more money thin I do at hom
So why Lose money thin gane
more money. So that's how
I get my sauit's and other thing

That's how I got 3,200 dallor
Car, At home.

                    Thanks
                    But
April 1992.          No
                    Thanks



SELMA CITY SCHOOLS

OFFICE OF THE
SUPERINTENDENT

300 WASHINGTON ST
P. O. BOX F
SELMA, AL 36702-031
(205) 874-1600

# M E M O R A N D U M

TO:     DeVann Stewart

FROM:   Milton Slauson

DATE:   September 28, 1992

Matthew Reeves is being socially promoted via his IEP from the
EC class at Knox (6th grade) to your EC class at Eastside
Middle (7th grade). He will be bussed to Eastside beginning
Wednesday, September 30. Attached to this memo are limited
records concerning Matthew. Please request all records at
Knox School on him via your guidance office. As soon as you
can, send me a SEMS form for Matthew. Thanks!

MS:aew

pc: Edna Anderson
    Vicie Savage
    Julia Scott
    Deborah Harrison
    Dale Bryant

SPECIAL EDUCATION PROGRAM
P.O. BOX F
SELMA, AL 36702-0318
(205) 874-1613

Rec'd 1-15-92

| This referral for evaluation was |
| accepted on |

## STUDENT REFERRAL FORM

Student Name *Matthew George Reeves*          SS# *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*
Date Form Submitted *7-16-92*
Person Referring *A. Lovett*
Position *Teacher*          School *East End*
Grade__ Sex__ Date of Birth *12-13-77*
Parent Name(s) *Margetta Reeves*
Address *228 Selma Ave*                    Home Phone *872-73-09*
                                           Work Phone _____
Primary Language in Home *English*    Work Phone _____
Current Educational Program/Service Provider _____
Reason for Request (List specific concerns) *Matthew has an adjustment problem to hallways, morals and laws of society which I feel is conflicts and problems for him and others in and around this environment. I strongly feel he is an At-Risk Student*

In all items below complete or attach copies.
A) Attach copies of any relevant evaluations.
B) Attach the most recent BCT, AHSGE, Stanford Achievement Test, and/or Otis Lennon results, if appropriate.
C) Attach a copy of the cumulative records containing grades and attendance.
D) Has the student ever repeated a grade? YES ✓ NO ____
   Which one(s)? ___3___ How many times? _____
E) Has the student received other services by the school system? (Chapter 1 Reading, Math, Remediation Class, Accelerated Class, Counseling, Placement with other teachers) _____
F) Does the student wear glasses?               Yes__ No ✓
G) Does the student wear a hearing aid?          Yes__ No ✓
H) Does the student have an orthopedic problem?  Yes__ No ✓
I) Does the student have seizures?               Yes__ No ✓
J) Does the student have a health problem?       Yes__ No ✓
K) Does the student take any medication regularly? Yes ✓ No__
L) Have the parents been informed of this problem by a conference?                              Yes ✓ No__
   If the answer to any of the above questions is yes, please explain. *I don't know exactly what it is but he told me he takes a pill 3 times a day*

Other relevant information: *I personally feel he needs something or professional help - not just school counseling*

*over*

297

## PRE-REFERRAL INTERVENTIONS WITHIN THE REGULAR PROGRAM

Indicate below, or briefly describe the strategies you have used over a six weeks period of time in response to this student's problem(s).

| No. days Attempted | | Problem Better | No Change | Problem Worse |
|---|---|---|---|---|
| | **Teaching Strategies** | | | |
| 14 | Taped or oral presentation/testing | ___ | ✓ | ___ |
| 30 | Modeling | ___ | ✓ | ___ |
| | Preteach vocabulary | ___ | ___ | ___ |
| | Slower pace | ___ | ___ | ___ |
| 30 | Alternative/additional materials | ___ | ___ | ✓ |
| 14 | Tutoring-peers, volunteers, aides | ___ | ✓ | ___ |
| 14 | Guided practice - | ___ | ✓ | ___ |
| 14 | Special grouping | ___ | ✓ | ✓ |
| | **Task Requirements** | | | |
| | Change criteria for success | ___ | ___ | ___ |
| | Break into smaller steps | ___ | ___ | ___ |
| | Provide prompts | ___ | ___ | ___ |
| 30 | Clarify directions | ___ | ✓ | ___ |
| | **Behavior Techniques** | | | |
| | Behavior management (Attach explanation.) | ___ | ___ | ✓ |
| | Contracting | ___ | ___ | ___ |
| 14 | Consultation with *Student* | ✓ | ___ | ___ |
| | Sessions with school counselor | ___ | ___ | ___ |
| | Other (Please Describe) | | | |
| | _____ | ___ | ___ | ___ |
| | _____ | ___ | ___ | ___ |
| | _____ | ___ | ___ | ___ |

| DATE | SCREENING COMMITTEE RECOMMENDATION |
|---|---|
| _____ | Return to referring person for completion of form. |
| _____ | Return to referring person for interventions implemented. |
| 4-16-92 | Send parent permission to evaluate/procedural safeguards. |
| _____ | Not accepted for evaluation.  See attached justification. |

| COMMITTEE MEMBERS | TITLES | DATE |
|---|---|---|
| *Cecelia N. Gumbs* | *M. Needles* | 4-16-92 |
| *Kim W. McCloud* | *Teacher* | 4-16-92 |
| *Deborah R. Fowler* | *Teacher* | 4-16-92 |
| *Annie B. Foust* | *Teacher* | 4-16-92 |
| *Benjamin Dixon* | *Principal* | 4-16-92 |



MOBILE GROUP HOME

ENTRANCE SUMMARY

Mathew Gerro Reeves

Mathew Reeves is a 17 year old, black male committed to DYS from Dallas County on charges of Assault, 3rd degree.  While awaiting placement, Mathew was again committed to DYS after being charged with Unlawful Possession of a Controlled Substance (crack cocaine). Mathew has a history of assault, criminal mischief, burglary, and ungovernable behavior.  There are no reports of any sexual offenses, and Mathew has stated he was involved with a gang until a year ago.

Prior to entering DYS Mathew resided with his mother and younger sister in Selma.  He has a twelve year old brother at Mt. Meigs. Mathew's mother has severe emotional problems and a history of alcohol abuse.  The general home environment is poor and the condition of the home is poor.  Reportedly, Mathew has met his father only once and is believed to reside in New York.

Mathew denies any substance abuse problems.  He has been treated for behavioral problems with Imipramine, but he refused to take the medication.  File information indicates that Mathew is more of a follower than a leader.

CDG/smm

January 30, 1995



 **CAHABA CENTER** **FOR MENTAL HEALTH AND MENTAL RETARDATION**

1017 Medical Center Parkway • Selma, Alabama 36701 • Telephone (205) 875-2100
Fax: (205) 418-6540

<u>SERVICE PLAN EVALUATION</u>

NAME: Matthew Reeves          GRADE: 8th

AGE: 17          ENTERED DYS: 11-21-94

BIRTHDATE: 12-13-77    EVALUATED: 12-15-94

SEX: Male  RACE:  Black  EXAMINER: Daniel M. Hoke, Ph.D., LPC #483

<u>ASSESSMENT TECHNIQUES:</u>  Adolescent Alcohol and Drug Involvement Scale, Basic Personality Inventory, Sentence Completion Series, clinical interview, review of P.O. file, Wechsler Intelligence Scale for Children-Revised (administered by School System on 6-8-92).

<u>REASON FOR COMMITMENT:</u>  Matthew Reeves was committed to DYS from Dallas County on 10-25-94 on charges of Assault 3rd Degree.  After his commitment, he was apparently allowed to remain in the community and on, 11-2-94, charges of Unlawful Possession of a Controlled Substance (crack cocaine) were filed against him by the Selma Police Department.  He was placed in the Selma Detention Center on 11-21-94, and on 12-9-94, he was again committed to DYS.
Matthew has a history of assault, burglary, criminal mischief, ungovernable behavior, and one count of illegal possession of a controlled substance.  There are no reports of any sexual offenses.  When asked about gangs, Matthew said he was involved with a gang up until about a year ago.  he then asked if there were any gangs at Mt. Meigs.  This is Matthews first commitment to DYS.

<u>BACKGROUND:</u>  Prior to entering DYS, Matthew resided with his mother and ten year old sister in Selma, Al.  Matthew has a twelve year old brother who is currently at Mt. Meigs.
The general home environment is poor.  Matthew's mother has severe emotional problems and a history of alcohol abuse.  Both Matthew and his brother, Julius, have a long history of delinquent behaviors.  The home is located in a poor neighborhood and the condition of the home is also poor.  Matthew's father is believed to live in New York.  He "met" Matthew last year, but did not maintain contact with him.
No information regarding interpersonal relationships was available from the P.O. file.  Matthew told this examiner, however, that he spends time with males between the ages of 15 and 18, and with females between the ages of 16 to 24.  Peer activities include "talking" and playing basketball.  He appears to be more of a follower than a leader.  Matthew claimed he has sex frequently with a number of different females.  He said he uses a condom only when he does not know much about his sexual partner. when asked if he



A comprehensive community mental health center

2

has ever gotten a girl pregnant, he said, "I don't know, but I should know soon".

Matthew denied the use of alcohol and other drugs and this was reflected in his score of zero on the Adolescent alcohol and Drug Involvement Scale. It was noted previously, however, that his most recent offense was Illegal Possession of a Controlled Substance (crack cocaine). When questioned about this, Matthew claimed he was just "holding" some crack which belonged to one of his friends. He denied using and selling. There is a family history of substance abuse and his mother has reported in the past that she suspected he was using alcohol and other drugs.

Matthew was treated for behavioral problems and ADHD beginning at the age of eight at the Cahaba Center for Mental Health. He was treated with Imipramine and individual/family counseling, but treatment recommendations were seldom followed and he refused to take any medication. His case was closed in April of 1994 due to treatment noncompliance. His current medical status is believed to be unremarkable.

There are no school records in the available information on this adolescent beyond April of 1992. At that time, he was attending the 5th grade (EC classes) at East End School. He had repeated the first, fourth, and fifth grades twice each. There were notes indicating problems with behavior and attendance. Matthew told this examiner he was expelled from school some time ago and the school board would not allow him to return. He received home bound instruction as recently as last year, but his current status, including grade placement, is unknown.

Matthew enjoys playing basketball and other sports. He does not have any hobbies or work experience. He said he would like to obtain a GED, attend college,and become a welder or mechanic.

INTERVIEW AND BEHAVIORAL OBSERVATIONS: Matthew came to the interview willingly and was polite and cooperative throughout the session. His station and gait were normal and there were no apparent physical problems. He appeared to be below average in height and weight and his grooming and personal hygiene were adequate. He was alert and oriented in all spheres and his memory for recent and remote events was grossly intact. His speech was relevant and coherent and there was no evidence of a thought disorder or other indications of psychosis. His mood, affect, and activity level were within normal limits and there were no noticeable problems with concentration or attention. He denied having any problems with depression, tension, nervousness, and fearfulness and no unusual behaviors were observed.

Matthew described himself as "easy to get along with-just an OK, outgoing person". He denied having any major problems and attributed his delinquent behaviors to "being in the wrong place at the wrong time".

In general, Matthew presented himself as a relaxed, self-confident adolescent who was denying the existence of any major

30)

3

and this examiner did not observe any symptoms of ADHD.

TEST RESULTS AND IMPRESSIONS: The Wechsler Intelligence Scale for Children (WISC-R) was administered on 6-8-92 by a psychometrist in the Selma Public Schools. On that administration, Matthew obtained a Verbal IQ score of 75 (borderline range), a Performance IQ score of 74 (borderline range), and a Full Scale IQ score of 73. Scaled scores on the subtests were as follows:

| VERBAL | | PERFORMANCE | |
|---|---|---|---|
| Information | 6 | Picture Completion | 9 |
| Similarities | 6 | Picture Arrangement | 1 |
| Arithmetic | 6 | Block Design | 8 |
| Vocabulary | 6 | Object Assembly | 6 |
| Comprehension | 6 | Coding | 7 |
| Digit Span | 7 | | |

According to the psychometrist, Matthew's score on the Picture Completion subtest reflected a strength in his ability (average) to distinguish essential from non-essential details. His very low score on the Picture Arrangement subtest suggested a weakness in the area of "non-verbal social intelligence skills and his ability to see consequences".

On the Basic Personality Inventory, all of Matthew's scores fell at, or below, a T-score of 50 with the exception of the Denial scale. His T-score on the Denial Scale was 69. This suggests that Matthew was, either consciously or unconsciously, denying any difficulties. Because test results are of doubtful validity, his low scores are not interpreted.

On the Sentence Completion Series, Matthew responded to the vast majority of items in a concrete, confident, but unrealistic manner. He did indicate he had problems controlling his temper and had made some wrong choices, but otherwise, he seems to be denying the existence of any problems, or obstacles, internal or external, which might hinder him in the future. He also appears to need assistance in setting realistic goals for himself. At one point, he mentions getting a G.E.D, going to college, and becoming a doctor, while on another item, he stated he wanted to become an auto mechanic and earn "20,838 dollars a year".

Matthew's background, interview, and test data indicate that he is a conduct disorder with borderline intelligence who is in need of intensive academic/vocational guidance and training in anger management. There was no evidence of a major psychiatric disturbance and he did not display any symptoms of ADHD. His major strengths appear to be his confidence and optimism and his ability to relate to others in a friendly and polite manner. Although, Matthew denied using drugs, drug use is suspected and further investigation of this matter is needed.

IMPRESSIONS: Conduct Disorder, Adolescent Onset Type, Severe
Borderline Intellectual Functioning

4

Rule Out:  Substance Abuse Disorder

RECOMMENDATIONS:

1. Aggression Replacement Training
2. Academic/Vocational Guidance
3. Further investigation of substance abuse history, if any.

*Daniel M. Hoke*

EXAMINER:  Daniel M. Hoke, Ph.D., LPC #483

Youth: _MATTHEW REEVES_          Grade: _8th_

Date of Birth: _12-13-77_          Entered DYS: _11-21-94_

Age: _17_          Evaluated: _12-15-94_

Race: _BLACK_   Sex: _MALE_          Examiner: _DANIEL M. HOKE, PH.D._

REASON FOR COMMITMENT: County _DALLAS_          Offense(s) _POSSESSION_
_OF A CONTROLLED SUBSTANCE (CRACK) AND ASSAULT 3RD_

Events of offense(s)...P.O./file _NOT AVAILABLE IN P.O. FILE_

youth's account _SAID HE WAS STANDING ON THE STREET HOLDING_
_A ROCK OF CRACK WHEN HE WAS CAUGHT. SAID THE CRACK WAS_
_NOT HIS. DENIED USING OR SELLING DRUGS. DENIED ALCOHOL USE._

acknowledgment of responsibility/remorse, etc. _NO_

Legal History Priors (dates/charges) _BURGLARY (7-16-90), ASSAULT 3RD (8-10-90), BURGLARY_
_3RD (9-22-90), CRIMINAL MISCHIEF (10-17-90 & 10-26-90), BURGLARY 3RD (11-26-90 & 12-10-90),_
_UNGOVERNABLE (1-31-91), L.C.W. (12-13-93), ASSAULT 3RD (8-30-94), UPCS (11-21-94)_

Offense(s) mostly: (theft)...(drug related)...auto theft.....truancy...(CHINS)..runaway...(assaultive).....
group related.....solitary.....sexual offense(s)...(ungovernable.)..mental health related...(many)...few

Previous commitment/placements _HAS BEEN IN A GROUP HOME IN MOBILE_

DEFENDANT'S EXHIBIT

**BACKGROUND** resided with *MOTHER, GRANDPARENTS, AND SISTER*

304

**Home environment** (locale/necessities/luxuries) *SINGLE PARENT HOME. FAMILY IS POOR AND LIVES IN A POOR NEIGHBORHOOD. NO LUXURIES. MOTHER RECEIVING MENTAL HEALTH SERVICES + UNABLE TO SUPERVISE MATTHEW + SIBLINGS EFFECTIVELY.*

**Family** (occupation...divorces...major problems...contacts with. etc.) *MOTHER UNEMPLOYED + RECEIVING MENTAL HEALTH SERVICES. FATHER LIVES IN NEW YORK AND "MET" MATTHEW FOR THE FIRST TIME LAST YEAR, HAS NOT MAINTAINED CONTACT.*

**Activities** *BASKETBALL AND OTHER SPORTS*

**Chores** *TAKE OUT TRASH, WASH DISHES*

**Religious activities** *NO*

**Expressions of affection** (parental...to youth....between siblings....) *TOWARD MOTHER*

**Closest to and why** *MOTHER — "NOT SURE WHY"*

**Discipline/Supervision** *MOTHER UNABLE TO SUPERVISE EFFECTIVELY*

**Abuse/Neglect** *NO*

**Family drug/mental health/criminal history** *BROTHER IS IN DYS — MOTHER HAS A HISTORY OF ALCOHOL ABUSE.*

**Unusual circumstances** (deaths, murders, DHR involvement) *NONE KNOWN*

Possible family resources

**Peers** Ages...Males: _15 - 18_   Females _16 - 24_   [✓ Leader   [✓ Follower

**Activities** _BASKETBALL, TALK_

**Gang involvement:** _WAS INVOLVED WITH A GANG UP UNTIL ONE YEAR AGO_

**Satanism/Occult:** _NO_

**Sexual activity:** _WITH SEVERAL GIRLS_

**STD's** _NO_                                  **Birth control** _"SOMETIMES"_

**Pregnancies/Abortions** _NOT KNOWN_

**Children** _NONE KNOWN_

*Drugs*  beer....liquor.....marijuana.....cocaine.....crack.....inhalants.....speed.....pills.....heroin.....

**Started when** _DENIED USE_   How often _____   How afford _____

**Use when** (stressed.....with peers.....alone....angry.....depressed) _N/A_

**Impact on youth** (school....legal.....family.....physical) _N/A_

_____

**Previous treatment:** _NONE_

*Medical/Mental health* major accidents/illnesses _CLIENT AT CAHABA CENTER FOR_

_MENTAL HEALTH FROM AGE OF 8 TO 16_

**Psychotropic medication** (Ritalin...imipramine...mellaril...tegretol...trofanil...dilantin...lithium....prozac)

_HAS BEEN ON IMIPRAMINE FOR ADHD IN THE PAST – NONE IN 2-3 YEARS_

**Previous treatment** _CAHABA CENTER_

**Present status** _EXPELLED LAST YEAR – WILL NOT ALLOW HIM TO RETURN_

*School/Work* Last grade completed _7TH_   Grades _POOR_   Attendance _OK_

**Special placements** _HAS BEEN IN A GROUP HOME (DYS) IN MOBILE_

**Behavior** _UNKNOWN_

**Interests/Goals** _WELDER / MECHANIC_

**INTERVIEW & BEHAVIORAL OBSERVATIONS** *FRIENDLY AND POLITE.*

*306*

*ALERT & ORIENTED IN ALL SPHERES. SPEECH RELEVANT AND COHERENT. MOOD AND AFFECT WNL. NO EVIDENCE OF PSYCHOSIS. NO EVIDENCE OF ADHD.*

Appearance _AVERAGE_   Attitude _GOOD_   Effort _GOOD_

Memory _INTACT_   Motor _NORMAL_   Speech _NORMAL_

*Symptomatology* Crying _NO_   Sleep disturbance _NO_

appetite _NORMAL_   fears _NO_

mood swings _NO_   anxiety/panic _NO_

physical complaints _NO_

orientation to reality _FULLY ORIENTED_

hallucinations _NO_   delusions _NO_

cruelty to animals _NO_   fire setting(s) _NO_

Self inflicted injuries _NO_

Suicide attempts/plans _NO_

Homicidal attempts/plans _NO_

Escape attempts/plans _NONE_

*Youth's self perceptions* description of self _"EASY TO GET ALONG WITH — JUST AN OK, OUTGOING PERSON"_

How others would describe you _"OK PERSON"_

Self dislikes/weaknesses _"NONE"_

Self likes/strengths _"MUSCLES ,— FULLY ATHLETIC"_

Major problems _"DON'T HAVE ANY"_

Attributes delinquent acts to _"BEING IN THE WRONG PLACE AT THE WRONG TIME"_

*DYS Behavior* _NO PROBLEM AT SELMA DETENTION_

# Sentence Completion Series

**ADOLESCENT**

Larry H. Brown, Ph.D.
Michael A. Unger, Ph.D.

Name _MATTHEW REEVES_   Date _12-14-94_

Sex _M_   Age _17_   Grade _8_

## Directions

The following sentences concern your experiences as an adolescent. Complete each of these unfinished sentences with the first thing that comes to your mind. There are no right or wrong answers, so please try to answer as openly and as honestly as you can. You may skip any items that you cannot readily complete and return to them later, but please be sure to complete all the items.

1. Being a teenager _is okay to a surtend point._

2. My moods and emotions _Are come as they could be._

3. My physical development _is very good._

4. Now that I am no longer a child _I don't see myself As being a adult._

5. My goals _Are to go to a GED school and go to collage. When I get out of D.Y.S._

6. Dating _It okay but I don't date I mate with young lady. By say what's your phone number & soon_

7. Communicating with my parents _is okay and I'm really starting to learn more about life._

8. Looking ahead, I see myself _being a Automicatice and getting paid 20,838 Dollars a year._

**PAR** Psychological Assessment Resources, Inc./P.O. Box 998/Odessa, FL 33556/TOLL-FREE 1-800-331-TEST

Copyright ©1991, 1992 by Psychological Assessment Resources, Inc. All rights reserved. May not be reproduced in whole or in part in any form or by any means without written permission of Psychological Assessment Resources, Inc.   9 8 7 6 5 4 3   Printed in the U.S.A.

308

23. Belonging to a group is like being able to meet people.

24. I spend my free time Thinking about how to better my life. Because I want to be somebody.

25. Teens who drink or use drugs and not in control of their lifes. Doing what some body doing.

26. My parents don't understand When I do something to get put in here.

27. My appearance To me is clean gloom and ready to obey my staff.

28. When I go out at night I be with ___ ent or two friends.

29. When I want something I ask or try to make the money myself. Then I ask my mother if I can't get it

30. Dealing with parents are okay just think your mother gave birth to you.

31. Dealing with adults Is like seeing what you have to go throu when you become a adult.

32. Following rules Being able to be told something and can do it.

33. School Is okay I wish I could go back but the system don't want to work with me on that

34. I feel like an adult when I asking or Answering question that parient mite can not answer.

35. My strengths Is okay because I can handle some presure.

36. What scares me most nothing but being in the system. Because it can either work with you are against you.

MATTHEW REEVES

309



EXAMPLE

| T | | 1 | | X |
| F | | 2 | | |
| | | 3 | | |

# Basic Personality Inventory

## PROFILE SHEET: MALE ADOLESCENT

NAME (Please Print): *MATTHEW REEVES*
AGE: *17*
SEX (Circle one): (M) F
DATE: *12-14-94*
OTHER INFORMATION: *SELMA DETENTION CENTER*

**NOTES**



MALE ADOLESCENT NORMS

| | Hyp | Dep | Den | IPs | Aln | Pld | Axy | ThD | ImE | Sol | SDp | Dev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCORES | 5 | 1 | 12 | 6 | 7 | 7 | 6 | 4 | 6 | 4 | 2 | 1 |

© Copyright 1989 by Douglas N. Jackson
Published by Sigma Assessment Systems, Inc.

### ADOLESCENT ALCOHOL & DRUG INVOLVEMENT SCALE
(Adapted from the Adolescent Alcohol Involvement Scale,
developed in 1979 by the Rutgers Center of Alcohol Studies,
New Brunswick, NJ 08903)
(By: W. Dunham, Jr., May 30, 1991)

*DENIED ANY USE 3H*

Name _MATTHEW REEVES_                     Today's Date _12-14-94_

Age _17_    Race _B_    Sex _M_

1.  How often do you drink or use drugs?

    (a.) never                    d. every weekend
    b. once or twice a year       e. several times a week
    c. once or twice a month      f. every day

2.  Name the alcohol and drugs you use, listing them in the order you prefer to use them (i.e. first choice is listed first):

    _____    _____    _____

    _____    _____    _____

3.  When did you have your last drink or use a drug?

    (a.) never drank or used      d. several weeks ago
    b. not for over a year        e. last week
    c. between 6 months and       f. yesterday
       1 year ago

4.  I usually start to drink or use drugs because:

    a. I like the taste/get a     d. I feel nervous, tense,
       buzz                          full of worries or problems
    b. to be like my friends      e. I feel sad, lonely, sorry for
    c. to feel like an adult         myself

5.  How do you get your alcohol or drugs?

    a. supervised by parents      d. from friends
    b. from brothers or sisters   e. buy it myself
    c. from home without parents'
       knowledge

6.  When did you take your first drink or use drugs?

    (a.) never                    d. at age 14 or 15
    b. recently                   e. between ages 10-13
    c. after age 15               f. before age 10

CAP T-Form #57A



7.  What time of day do you usually drink or use drugs/

    a. with meals              d. mostly in the morning or
    b. at night                   when I first awake
    c. afternoons             e. I often get up during
                           my sleep and use

8.  Why did you take your first drink or use drugs?

    a. curiosity              d. to feel more like an adult
    b. parents or relatives     e. to get drunk or high
       offered
    c. friends encouraged me

9.  When you use alcohol or drugs, how much do you use?

    a. only enough to be      d. until I pass out or become
       sociable                 stoned
    b. until I "loosen" up     e. until all the alcohol or
    c. until "high" or drunk    drug is gone

10. Whom do you drink or use drugs with?

    a. parents or relatives    c. with friends own age
       only                    d. with older friends
    b. with brothers or sisters  e. alone
       only

11. What is the greatest effect you have had from alcohol or drugs?

    a. loose, easy feelings    d. became ill
    b. moderately "high"      e. passed out/stoned
    c. drunk                 f. was drinking or using heavily
                           and the next day didn't remember
                           what happened

12. What is the greatest effect drinking or using drugs has had on your life?

    a. none - no effect         e. have lost friends because of alcohol/
    b. has interfered with talk-     drugs
       ing to someone           f. has gotten me into trouble at home
    c. has prevented me from hav-  g. was in a fight or destroyed property
       ing a good time          h. has resulted in an accident, an injury,
    d. has intefered with my       arrest, or being punished at school for
       school work              drinking or using drugs

313

13. How do you feel about your drinking or using drugs?

a. no problem
b. I can control it and set limits on myself
c. I can control myself, but my friends easily influence me

d. I often feel bad about my drinking/drug use
e. I need help to control myself
f. I have had professional help to control my drinking/drug use

14. How do others see you?

a. can't say, or a normal drinker/drug user for my age
b. when I drink/use drugs I tend to neglect my family or friends
c. my family or friends advise me to control or cut down

d. my family or friends tell me to get help for my drinking/drug use
e. my family or friends have already have already gone for help for my drinking/drug use

314

# PROFILE SHEET

by Harold F. Burks, Ph.D.

Published by

## WPS
WESTERN PSYCHOLOGICAL SERVICES
Publishers and Distributors
12031 Wilshire Boulevard
Los Angeles, California 90025-1251

Name *Mathew Reeves*          Date *4-28-92*

School *East End*          Age *14*   Grade *05*

Rated by *B. Swan*          Relationship to Child *none   Principal*

**INSTRUCTIONS:** Category scores should be calculated according to directions in manual. Place an X at point along each category continuum where score and number coincide. Connect X's to make profile.



| Category | TOTAL SCORES |
|---|---|
| EXCESSIVE SELF-BLAME | 21 |
| EXCESSIVE ANXIETY | 23 |
| EXCESSIVE WITHDRAWAL | 24 |
| EXCESSIVE DEPENDENCY | 25 |
| POOR EGO STRENGTH | 31 |
| POOR PHYSICAL STRENGTH | 13 |
| POOR COORDINATION | 11 |
| POOR INTELLECTUALITY | 27 |
| POOR ACADEMICS | 17 |
| POOR ATTENTION | 24 |
| POOR IMPULSE CONTROL | 23 |
| POOR REALITY CONTACT | 34 |
| POOR SENSE OF IDENTITY | 21 |
| EXCESSIVE SUFFERING | 33 |
| POOR ANGER CONTROL | 24 |
| EXCESSIVE SENSE OF PERSECUTION | 24 |
| EXCESSIVE AGGRESSIVENESS | 25 |
| EXCESSIVE RESISTANCE | 24 |
| POOR SOCIAL CONFORMITY | 36 |

# BURKS' BEHAVIOR RATING SCALES
## ADMINISTRATION BOOKLET

by Harold F. Burks, Ph.D.

315

Published by

**WPS** WESTERN PSYCHOLOGICAL SERVICES
Publishers and Distributors
12031 Wilshire Boulevard
Los Angeles, California 90025-1251

Name _Matthew Reeves_   Date _4-28-92_
School _East End_   Age _14_ Grade _05_
Rated by _Benjamin Dixon_ Relationship to Child _None/Principal_

Please rate **each** and **every** item by putting the number of the most appropriate descriptive statement in the box opposite each item. The 5 descriptive statements are given below:

Number **1.** You have not noticed this behavior at all.
Number **2.** You have noticed the behavior to a slight degree.
Number **3.** You have noticed the behavior to a considerable degree.
Number **4.** You have noticed the behavior to a large degree.
Number **5.** You have noticed the behavior to a very large degree.

1. Shows erratic, flighty or scattered behavior. ................................. `5`
2. Questions indicate a worry about the future. ................................. `4`
3. Maintains other children pick on him. ................................. `5`
4. Does not ask questions. ................................. `3`
5. Upset if makes a mistake. ................................. `4`
6. Perseverates, cannot shift responses. ................................. `5`
7. Is easily distracted, lacks continuity of effort and perseverance. ................................. `5`
8. Complains he never gets his fair share of things. ................................. `5`
9. Gives inappropriate responses. ................................. `5`
10. Shows overremorse for wrong doing. ................................. `4`
11. Attention span not increased by punishment or reward. ................................. `5`
12. Does not show imagination. ................................. `3`
13. Will not forgive others. ................................. `5`
14. Is upset if things do not turn out perfect. ................................. `5`
15. Attention span is short. ................................. `4`
16. Has trouble remembering things. ................................. `3`
17. Accuses others of things they actually did not do. ................................. `4`
18. Shows poor vocabulary. ................................. `3`
19. Complains others do not like him. ................................. `5`
20. Cannot finish what he is doing; jumps to something else. ................................. `5`
21. Blames himself if things go wrong. ................................. `4`
22. Does not show common sense. ................................. `5`

10    1    16    8

Copyright © 1977 by WESTERN PSYCHOLOGICAL SERVICES
Not to be reproduced in whole or in part without written permission of Western Psychological Services.
All rights reserved.

-148A(1)
8 9
Printed in U.S.A.

Please rate **each** and **every** item by putting the number or the most appropriate descriptive statement in the box opposite each item. The 5 descriptive statements are given below:

Number **1.** You have not noticed this behavior at all.
Number **2.** You have noticed the behavior to a slight degree.
Number **3.** You have noticed the behavior to a considerable degree.
Number **4.** You have noticed the behavior to a large degree.
Number **5.** You have noticed the behavior to a very large degree.

3/6

23. Shows many fears. ........................................................................................... 5

24. Tells bizarre stories. ........................................................................................ 5

25. Shows poor reading. ........................................................................................ 4

26. Becomes overexcited easily. ............................................................................ 5

27. Uses unintelligible language. ............................................................................ 4

28. Displays a don't care attitude; does what he wants. ........................................ 5

29. Shows poor spelling. ........................................................................................ 3

30. Tells falsehoods. .............................................................................................. 4

31. Is hyperactive and restless. .............................................................................. 5

32. Shows daydreaming. ........................................................................................ 5

33. Appears tense. .................................................................................................. 5

34. Does not follow through on promises. .............................................................. 5

35. Shows explosive and unpredictable behavior. .................................................. 5

36. Shows tics and grimaces without apparent reason. .......................................... 4

37. Worries too much. ............................................................................................ 4

38. Takes things which do not belong to him. ........................................................ 5

39. Follows academic directions poorly. ................................................................ 3

40. Secretly laughs or talks to himself. .................................................................. 4

41. Shows little respect for authority. .................................................................... 5

42. Blushes easily. .................................................................................................. 4

43. Rotates or rocks his body. ................................................................................ 4

44. Assignments are poorly written. ...................................................................... 3

45. Is tardy. ............................................................................................................ 3

46. Is impulsive. ...................................................................................................... 3

47. Makes weird drawings. .................................................................................... 5

48. Is involved in undesirable escapades. .............................................................. 5

49. Appears nervous. .............................................................................................. 5

50. Is unaware of what is going on around him. .................................................... 3

51. Homework is not done or incomplete. .............................................................. 4

52. Cannot control self (will speak out or jump out of seat). ................................ 5

53. Is truant. ............................................................................................................ 4

Please rate **each** and **every** item by putting the number or the most appropriate descriptive statement in the box opposite each item. The 5 descriptive statements are given below:

Number **1.** You have not noticed this behavior at all.
Number **2.** You have noticed the behavior to a slight degree.
Number **3.** You have noticed the behavior to a considerable degree.
Number **4.** You have noticed the behavior to a large degree.
Number **5.** You have noticed the behavior to a very large degree.

3/7

54. Avoids physical contact in play. ............................................. 3

55. Becomes angry quickly. ...................................................... 5

56. Acts as non-conformist. ...................................................... 5

57. Is stubborn and uncooperative ........................................... 5

58. Has trouble holding on to things. ........................................ 3

59. Gets hurt in physical play. ................................................... 3

60. Is rebellious if disciplined. .................................................. 5

61. Becomes angry if asked to do something. ........................... 5

62. Shows poor coordination in large muscle activities. ........... 3

63. Wears unusual clothing styles. ........................................... 5

64. Gets tired quickly. .............................................................. 3

65. Handwriting is poor. ........................................................... 2

66. Denies responsibility for own actions. ................................ 5

67. Is quickly frustrated and loses emotional control. ............... 5

68. Associated with loners. ...................................................... 2

69. Drawings and paintings are messy. ..................................... 2

70. Does things his own way. ................................................... 5

71. Will not rough and tumble with others. ............................... 1

72. Accidentally runs into people and objects. ......................... 1

73. Explodes under stress. ....................................................... 5

74. Rejects classmates in hostile manner. ............................... 4

75. Appears physically lethargic. .............................................. 3

76. Will not take suggestions from others. ................................ 4

77. Flares up at classmates if teased or pushed. ..................... 4

78. "Style" of behaving deliberately different from most. ......... 5

                                                 6    7    18    13    15

314

opposite each item. The 5 descriptive statements are given being
Number **1.** You have not noticed this behavior at all.
Number **2.** You have noticed the behavior to a slight degree.
Number **3.** You have noticed the behavior to a considerable degree.
Number **4.** You have noticed the behavior to a large degree.
Number **5.** You have noticed the behavior to a very large degree.

79. Sulks.................................................................................... 4

80. Is difficult to get to know. ...................................................... 4

81. Depreciates and distrusts own abilities. ................................... 5

82. Laughs when others are in trouble. ......................................... 5

83. Is dependent on others to lead him around. ............................. 3

84. Hits or pushes others. ........................................................... 3

85. Appears unhappy. ................................................................. 5

86. Shows little feeling when others are upset. .............................. 5

87. Is overobedient. ................................................................... 2

88. Is easily satisfied with inferior performance. ............................ 2

89. Seems to welcome punishment. ............................................. 5

90. Withdraws quickly from group activities; prefers to work by self. ... 4

91. Avoids competition. .............................................................. 4

92. Wants to boss others. ........................................................... 5

93. Is easily led. ........................................................................ 5

94. Is shy. ................................................................................ 3

95. Deliberately puts himself in position of being criticized. ............. 5

96. Is sarcastic. ......................................................................... 4

97. Is easily frustrated and gives up passively. .............................. 3

98. Does not show feelings. ........................................................ 3

99. Gives picture of "poor me." .................................................... 4

100. Teases others. ................................................................... 4

101. Acts silly. .......................................................................... 5

102. Wants others to do things for him. ........................................ 5

103. Feelings easily hurt. ............................................................ 5

104. Shows little self-confidence. ................................................ 5

105. Clings to adults. ................................................................. 5

106. Plays tricks on other children. .............................................. 4

107. Appears disinterested in class work of others. ........................ 5

108. Appears depressed. ............................................................ 5

109. Seeks constant praise. ........................................................ 5

110. Plays the clown of the class. ................................................ 5

17     5     4     14     3

by Harold F. Burks, Ph.D.

3/9

Published by

**WPS**   WESTERN PSYCHOLOGICAL SERVICES
Publishers and Distributors
12031 Wilshire Boulevard
Los Angeles, California 90025-1251

Name *Matthew Reeves*   Date *4-16-92*

School *East End*   Age *14*   Grade *05*

Rated by *Mamie Solomon*   Relationship to Child *Counselor*

**INSTRUCTIONS:** Category scores should be calculated according to directions in manual. Place an X at point along each category continuum where score and number coincide. Connect X's to make profile.



| | TOTAL SCORES |
|---|---|
| EXCESSIVE SELF-BLAME | 21 |
| EXCESSIVE ANXIETY | 19 |
| EXCESSIVE WITHDRAWAL | 23 |
| EXCESSIVE DEPENDENCY | 12 |
| POOR EGO STRENGTH | 27 |
| POOR PHYSICAL STRENGTH | 13 |
| POOR COORDINATION | 15 |
| POOR INTELLECTUALITY | 31 |
| POOR ACADEMICS | 17 |
| POOR ATTENTION | 23 |
| POOR IMPULSE CONTROL | 21 |
| POOR REALITY CONTACT | 37 |
| POOR SENSE OF IDENTITY | 25 |
| EXCESSIVE SUFFERING | 28 |
| POOR ANGER CONTROL | 25 |
| EXCESSIVE SENSE OF PERSECUTION | 25 |
| EXCESSIVE AGGRESSIVENESS | 28 |
| EXCESSIVE RESISTANCE | 24 |
| POOR SOCIAL CONFORM | 25 |

Copyright © 1977 by WESTERN PSYCHOLOGICAL SERVICES
Not to be reproduced in whole or in part without written permission of Western Psychological Services.

by Harold F. Burks, Ph.D.

*Published by*

**wps** WESTERN PSYCHOLOGICAL SERVICES
Publishers and Distributors
12031 Wilshire Boulevard
Los Angeles, California 90025-1251

Name *Matthew Reeves*                                 Date *4/16/92*
School *East Earl*                                    Age *14*   Grade *05*
Rated by *Mamie Williams Johnson*   Relationship to Child *Counselor*

Please rate **each** and **every** item by putting the number of the most appropriate descriptive statement in the box opposite each item. The 5 descriptive statements are given below:
Number **1.** You have not noticed this behavior at all.
Number **2.** You have noticed the behavior to a slight degree.
Number **3.** You have noticed the behavior to a considerable degree.
Number **4.** You have noticed the behavior to a large degree.
Number **5.** You have noticed the behavior to a very large degree.

1. Shows erratic, flighty or scattered behavior. ............................... 5
2. Questions indicate a worry about the future. ............................... 3
3. Maintains other children pick on him. ............................... 5
4. Does not ask questions. ............................... 3
5. Upset if makes a mistake. ............................... 4
6. Perseverates, cannot shift responses. ............................... 5
7. Is easily distracted, lacks continuity of effort and perseverance. ............... 5
8. Complains he never gets his fair share of things. ............................... 5
9. Gives inappropriate responses. ............................... 5
10. Shows overremorse for wrong doing. ............................... 5
11. Attention span not increased by punishment or reward. ............................... 5
12. Does not show imagination. ............................... 4
13. Will not forgive others. ............................... 5
14. Is upset if things do not turn out perfect. ............................... 5
15. Attention span is short. ............................... 3
16. Has trouble remembering things. ............................... 4
17. Accuses others of things they actually did not do. ............................... 5
18. Shows poor vocabulary. ............................... 5
19. Complains others do not like him. ............................... 5
20. Cannot finish what he is doing; jumps to something else. ............................... 5
21. Blames himself if things go wrong. ............................... 4
22. Does not show common sense. ............................... 5

                              10    1    16    8

Copyright © 1977 by WESTERN PSYCHOLOGICAL SERVICES
Not to be reproduced in whole or in part without written permission of Western Psychological Services.
All rights reserved.

W-148A(1)                              8 9                    Printed in U.S.A.

Please rate **each** and **every** item by putting the number or the most appropriate descriptive statement in the box opposite each item. The 5 descriptive statements are given below:

Number **1.** You have not noticed this behavior at all.
Number **2.** You have noticed the behavior to a slight degree.
Number **3.** You have noticed the behavior to a considerable degree.
Number **4.** You have noticed the behavior to a large degree.
Number **5.** You have noticed the behavior to a very large degree.

321

23. Shows many fears. — **4**

24. Tells bizarre stories. — **5**

25. Shows poor reading. — **5**

26. Becomes overexcited easily. — **5**

27. Uses unintelligible language. — **5**

28. Displays a don't care attitude; does what he wants. — **5**

29. Shows poor spelling. — **3**

30. Tells falsehoods. — **5**

31. Is hyperactive and restless. — **5**

32. Shows daydreaming. — **4**

33. Appears tense. — **5**

34. Does not follow through on promises. — **5**

35. Shows explosive and unpredictable behavior. — **5**

36. Shows tics and grimaces without apparent reason. — **5**

37. Worries too much. — **4**

38. Takes things which do not belong to him. — **5**

39. Follows academic directions poorly. — **5**

40. Secretly laughs or talks to himself. — **5**

41. Shows little respect for authority. — **5**

42. Blushes easily. — **2**

43. Rotates or rocks his body. — **3**

44. Assignments are poorly written. — **2**

45. Is tardy. — **2**

46. Is impulsive. — **2**

47. Makes weird drawings. — **5**

48. Is involved in undesirable escapades. — **3**

49. Appears nervous. — **4**

50. Is unaware of what is going on around him. — **5**

51. Homework is not done or incomplete. — **2**

52. Cannot control self (will speak out or jump out of seat). — **4**

53. Is truant. — **5**

Please rate **each** and **every** item by putting the number or the most appropriate descriptive statement in the box opposite each item. The 5 descriptive statements are given below:

Number **1.** You have not noticed this behavior at all.
Number **2.** You have noticed the behavior to a slight degree.
Number **3.** You have noticed the behavior to a considerable degree.
Number **4.** You have noticed the behavior to a large degree.
Number **5.** You have noticed the behavior to a very large degree.

**322**

| | | |
|---|---|---|
| 54. | Avoids physical contact in play. | 3 |
| 55. | Becomes angry quickly. | 5 |
| 56. | Acts as non-conformist. | 5 |
| 57. | Is stubborn and uncooperative | 5 |
| 58. | Has trouble holding on to things. | 4 |
| 59. | Gets hurt in physical play. | 3 |
| 60. | Is rebellious if disciplined. | 5 |
| 61. | Becomes angry if asked to do something. | 5 |
| 62. | Shows poor coordination in large muscle activities. | 3 |
| 63. | Wears unusual clothing styles. | 5 |
| 64. | Gets tired quickly. | 2 |
| 65. | Handwriting is poor. | 2 |
| 66. | Denies responsibility for own actions. | 5 |
| 67. | Is quickly frustrated and loses emotional control. | 5 |
| 68. | Associated with loners. | 5 |
| 69. | Drawings and paintings are messy. | 1 |
| 70. | Does things his own way. | 5 |
| 71. | Will not rough and tumble with others. | 1 |
| 72. | Accidentally runs into people and objects. | 5 |
| 73. | Explodes under stress. | 5 |
| 74. | Rejects classmates in hostile manner. | 5 |
| 75. | Appears physically lethargic. | 4 |
| 76. | Will not take suggestions from others. | 4 |
| 77. | Flares up at classmates if teased or pushed. | 5 |
| 78. | "Style" of behaving deliberately different from most. | 5 |

6    7    18    13    15

525

opposite such...
Number **1.** You have not noticed this behavior at all.
Number **2.** You have noticed the behavior to a slight degree.
Number **3.** You have noticed the behavior to a considerable degree.
Number **4.** You have noticed the behavior to a large degree.
Number **5.** You have noticed the behavior to a very large degree.

79. Sulks................................................................................... 4

80. Is difficult to get to know. ...................................................... 5

81. Depreciates and distrusts own abilities. ................................ 3

82. Laughs when others are in trouble........................................ 5

83. Is dependent on others to lead him around. .......................... 3

84. Hits or pushes others. .......................................................... 3

85. Appears unhappy................................................................. 5

86. Shows little feeling when others are upset. ........................... 5

87. Is overobedient. ................................................................... 1

88. Is easily satisfied with inferior performance. ........................ 1

89. Seems to welcome punishment. ............................................ 5

90. Withdraws quickly from group activities; prefers to work by self. ....... 4

91. Avoids competition. .............................................................. 4

92. Wants to boss others. .......................................................... 5

93. Is easily led........................................................................ 5

94. Is shy................................................................................. 1

95. Deliberately puts himself in position of being criticized. ........ 5

96. Is sarcastic. ........................................................................ 5

97. Is easily frustrated and gives up passively........................... 4

98. Does not show feelings. ........................................................ 3

99. Gives picture of "poor me." ................................................... 3

100. Teases others. .................................................................. 5

101. Acts silly. .......................................................................... 5

102. Wants others to do things for him. ..................................... 1

103. Feelings easily hurt. .......................................................... 1

104. Shows little self-confidence. ............................................. 5

105. Clings to adults. ................................................................ 1

106. Plays tricks on other children. ........................................... 5

107. Appears disinterested in class work of others. ................... 5

108. Appears depressed. .......................................................... 5

109. Seeks constant praise. ...................................................... 1

110. Plays the clown of the class. ............................................. 5

                                    17    5    4    14    3

4

324

by Harold F. Burks, Ph.D.

Published by
**WPS**
WESTERN PSYCHOLOGICAL SERVICES
Publishers and Distributors
12031 Wilshire Boulevard
Los Angeles California 90025-1251

Name _Matthew Reeves_   Date _4-15-92_

School _East End_   Age _14_   Grade _05_

Rated by _A Lovett_   Relationship to Child _teacher_

**INSTRUCTIONS: Category scores should be calculated according to directions in manual. Place an X at point along each category continuum where score and number coincide. Connect X's to make profile.**



| Category | Total Scores |
|---|---|
| EXCESSIVE SELF-BLAME | 16 |
| EXCESSIVE ANXIETY | 18 |
| EXCESSIVE WITHDRAWAL | 12 |
| EXCESSIVE DEPENDENCY | 17 |
| POOR EGO STRENGTH | 21 |
| POOR PHYSICAL STRENGTH | 10 |
| POOR COORDINATION | 8 |
| POOR INTELLECTUALITY | 15 |
| POOR ACADEMICS | 9 |
| POOR ATTENTION | 23 |
| POOR IMPULSE CONTROL | 20 |
| POOR REALITY CONTACT | 22 |
| POOR SENSE OF IDENTITY | 14 |
| EXCESSIVE SUFFERING | 22 |
| POOR ANGER CONTROL | 16 |
| EXCESSIVE SENSE OF PERSECUTION | 13 |
| EXCESSIVE AGGRESSIVENESS | 20 |
| EXCESSIVE RESISTANCE | 18 |
| POOR SOCIAL CONFORMITY | 23 |

# ADMINISTRATION BOOKLET

by Harold F. Burks, Ph.D.

**325**

Published by

## WPS

WESTERN PSYCHOLOGICAL SERVICES
Publishers and Distributors
12031 Wilshire Boulevard
Los Angeles, California 90025-1251

Name _Matthew Reeves_    Date _4/15/92_

School _East End_    Age _14_    Grade _03_

Rated by _A. Loupt_    Relationship to Child _teacher_

Please rate **each** and **every** item by putting the number of the most appropriate descriptive statement in the box opposite each item. The 5 descriptive statements are given below:

Number **1.** You have not noticed this behavior at all.
Number **2.** You have noticed the behavior to a slight degree.
Number **3.** You have noticed the behavior to a considerable degree.
Number **4.** You have noticed the behavior to a large degree.
Number **5.** You have noticed the behavior to a very large degree.

1. Shows erratic, flighty or scattered behavior. ........................ | 5 |
2. Questions indicate a worry about the future. ........................ | 4 |
3. Maintains other children pick on him. ........................ | 2 |
4. Does not ask questions. ........................ | 2 |
5. Upset if makes a mistake. ........................ | 3 |
6. Perseverates, cannot shift responses. ........................ | 3 |
7. Is easily distracted, lacks continuity of effort and perseverance. ........................ | 4 |
8. Complains he never gets his fair share of things. ........................ | 3 |
9. Gives inappropriate responses. ........................ | 2 |
10. Shows overremorse for wrong doing. ........................ | 4 |
11. Attention span not increased by punishment or reward. ........................ | 5 |
12. Does not show imagination. ........................ | 1 |
13. Will not forgive others. ........................ | 1 |
14. Is upset if things do not turn out perfect. ........................ | 1 |
15. Attention span is short. ........................ | 5 |
16. Has trouble remembering things. ........................ | 1 |
17. Accuses others of things they actually did not do. ........................ | 3 |
18. Shows poor vocabulary. ........................ | 3 |
19. Complains others do not like him. ........................ | 4 |
20. Cannot finish what he is doing; jumps to something else. ........................ | 4 |
21. Blames himself if things go wrong. ........................ | 4 |
22. Does not show common sense. ........................ | 3 |

10    1    16    8

Copyright © 1977 by WESTERN PSYCHOLOGICAL SERVICES
Not to be reproduced in whole or in part without written permission of Western Psychological Services.
All rights reserved.                8 9                Printed in U.S.A.

W-148A(1)

326

Please rate **each** and **every** item by putting the number or the most appropriate descriptive statement in the box opposite each item. The 5 descriptive statements are given below:

Number **1.** You have not noticed this behavior at all.
Number **2.** You have noticed the behavior to a slight degree.
Number **3.** You have noticed the behavior to a considerable degree.
Number **4.** You have noticed the behavior to a large degree.
Number **5.** You have noticed the behavior to a very large degree.

23. Shows many fears. ......................................................... 3

24. Tells bizarre stories. ..................................................... 2

25. Shows poor reading. ..................................................... 1

26. Becomes overexcited easily. .......................................... 4

27. Uses unintelligible language. ......................................... 3

28. Displays a don't care attitude; does what he wants. ......... 5

29. Shows poor spelling. .................................................... 2

30. Tells falsehoods. ......................................................... 1

31. Is hyperactive and restless. ......................................... 5

32. Shows daydreaming. .................................................... 4

33. Appears tense. ........................................................... 4

34. Does not follow through on promises. ............................ 3

35. Shows explosive and unpredictable behavior. ................. 4

36. Shows tics and grimaces without apparent reason. .......... 3

37. Worries too much. ...................................................... 4

38. Takes things which do not belong to him. ...................... 1

39. Follows academic directions poorly. .............................. 3

40. Secretly laughs or talks to himself. ............................... 4

41. Shows little respect for authority. ................................. 4

42. Blushes easily. ........................................................... 3

43. Rotates or rocks his body. ........................................... 1

44. Assignments are poorly written. ................................... 1

45. Is tardy. .................................................................... 2

46. Is impulsive. .............................................................. 3

47. Makes weird drawings. ................................................ 4

48. Is involved in undesirable escapades. ........................... 4

49. Appears nervous. ....................................................... 4

50. Is unaware of what is going on around him. ................... 1

51. Homework is not done or incomplete. ........................... 2

52. Cannot control self (will speak out or jump out of seat). ... 4

53. Is truant. ................................................................... 3

Please rate **each** and **every** item by putting the number or the most appropriate descriptive statement in the box opposite each item. The 5 descriptive statements are given below:

Number **1**. You have not noticed this behavior at all.
Number **2**. You have noticed the behavior to a slight degree.
Number **3**. You have noticed the behavior to a considerable degree.
Number **4**. You have noticed the behavior to a large degree.
Number **5**. You have noticed the behavior to a very large degree.

**327**

54. Avoids physical contact in play. .............................................................. | 1 |

55. Becomes angry quickly. .......................................................................... | 3 |

56. Acts as non-conformist. .......................................................................... | 4 |

57. Is stubborn and uncooperative ................................................................ | 3 |

58. Has trouble holding on to things. ............................................................ | 2 |

59. Gets hurt in physical play. ...................................................................... | 1 |

60. Is rebellious if disciplined. ...................................................................... | 4 |

61. Becomes angry if asked to do something. .............................................. | 2 |

62. Shows poor coordination in large muscle activities. ................................ | 1 |

63. Wears unusual clothing styles. ................................................................ | 1 |

64. Gets tired quickly. .................................................................................. | 4 |

65. Handwriting is poor. ................................................................................ | 1 |

66. Denies responsibility for own actions. .................................................... | 4 |

67. Is quickly frustrated and loses emotional control. .................................. | 4 |

68. Associated with loners. .......................................................................... | 1 |

69. Drawings and paintings are messy. ........................................................ | 1 |

70. Does things his own way. ........................................................................ | 4 |

71. Will not rough and tumble with others. .................................................. | 1 |

72. Accidentally runs into people and objects. ............................................ | 3 |

73. Explodes under stress. ............................................................................ | 4 |

74. Rejects classmates in hostile manner. .................................................... | 3 |

75. Appears physically lethargic. .................................................................. | 3 |

76. Will not take suggestions from others. .................................................... | 3 |

77. Flares up at classmates if teased or pushed. .......................................... | 3 |

78. "Style" of behaving deliberately different from most. ............................ | 5 |

6   7   18   13   15

opposite each item. The 5 descriptive statements are give ...
- Number **1.** You have not noticed this behavior at all.
- Number **2.** You have noticed the behavior to a slight degree.
  Number **3.** You have noticed the behavior to a considerable degree.
  Number **4.** You have noticed the behavior to a large degree.
  Number **5.** You have noticed the behavior to a very large degree.

79. Sulks................................................................. 4
80. Is difficult to get to know ................................ 1
81. Depreciates and distrusts own abilities.............. 4
82. Laughs when others are in trouble..................... 4
83. Is dependent on others to lead him around......... 1
84. Hits or pushes others..................................... 3
85. Appears unhappy............................................ 3
86. Shows little feeling when others are upset.......... 3
87. Is overobedient.............................................. 1
88. Is easily satisfied with inferior performance........ 1
89. Seems to welcome punishment......................... 3
90. Withdraws quickly from group activities; prefers to work by self. ... 1
91. Avoids competition.......................................... 1
92. Wants to boss others....................................... 4
93. Is easily led.................................................. 4
94. Is shy.......................................................... 1
95. Deliberately puts himself in position of being criticized. ... 3
96. Is sarcastic................................................... 2
97. Is easily frustrated and gives up passively.......... 3
98. Does not show feelings.................................... 1
99. Gives picture of "poor me."............................... 1
100. Teases others............................................... 3
101. Acts silly.................................................... 4
102. Wants others to do things for him..................... 3
103. Feelings easily hurt....................................... 4
104. Shows little self-confidence............................ 3
105. Clings to adults............................................ 4
106. Plays tricks on other children.......................... 4
107. Appears disinterested in class work of others...... 5
108. Appears depressed........................................ 4
109. Seeks constant praise.................................... 4
110. Plays the clown of the class............................ 5

17    5    4    14    3

**329**

RESIDENT  Mathew Reeves                         DOB:  December 17, 1977

DATE ENTERED:  January 24, 1995            ALLERGIES: _____

| MEDICINE | AMOUNT | DATE | TIME a.m. or p.m. | STAFF SIGNATURE |
|---|---|---|---|---|
| Renewed 1-31-95 | CWBeze | | | |
| " 2-27-95 | CWBeze | | | |
| " 3-31-95 | CBeze | | | |
| " 4-26-95 | CBeze | | | |
| Aeaspain | | 5-18-95 | 8:15 | Ann Cooper |
| Renewed 5-30-95 | CBe | | | |







**STATE OF ALABAMA**
**DEPARTMENT OF YOUTH SERVICES**
**MOBILE GROUP HOME**
563 Stanton Street
Mobile, AL 36117
Telephone: (205) 478-3339

CHANDLER L. BEANE
Facility Director

GEORGE M. PHYFER
Director

January 31, 1995

Ms. Marzetta Reeves
2128 Selma Avenue
Selma, AL  36701

Dear Ms. Reeves:

To assist us in providing health services for your child, please fill in your health insurance information:

INSURANCE: _____ YES ___X___ NO

COMPANY _____

ADDRESS _____

_____

POLICY NO. _____

Sincerely,

Chandler L. Beane
Director

smm

CONSENT FOR TREATMENT AND RELEASE OF MEDICAL INFORMATION

Child's Name: _Matthew G. Reeves_ Date of Birth: _12|13|77_

I hereby authorize any physician, hospital, or dentist to provide any examination and/
or treatment as, in his opinion, is necessary for the above-named child. I further
authorize any physician, dentist, hospital, or clinic to furnish the Department of
Youth Services' Mobile Group Home or its authorized agent any verbal or written infor-
mation pertaining to the present or past state of health and medical treatment given
to my child. I/we also agree to be financially responsible for the care of any pre-
existing medical conditions and/or any self-inflicted injuries while in the custody
of DYS and give permission for the hospital/physician to file a direct claim to the
insurance company or Medicaid on my behalf. I authorize that a photocopy of this re-
lease may be considered as valid as the original.

(F)

_Marzetta Reeves_ _2|2|95_ _Mother_
SIGNATURE                    DATE        RELATIONSHIP TO YOUTH


_____ _____ _____
Witness                      Date        Address

_205-872-2209_
Telephone number                         Medical Insurance Company


_____        _0100 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 4_
Policy Number                            Medicaid Number

Pre-existing medical condition: _have a medical conflict_
_and have trouble breathing sometime, has react-_
Allergies: _Sinus, Bricantol_
_____
Medication: _was taking im_
_for hyperactive_

TO: Authorized Physician, Dentist, Hospital, or Clinic

The above-named child is referred to you for medical treatment. It is requested the
bill be mailed to the parents/guardian, insurance company, or Medicaid as listed
above. In the absence of proper consent for treatment, I am authorizing medical
treatment in accordance with Sections 44-1-33, Code of Alabama.


_____ _____
Authorized Agent                         Address


_____
Date


TO: _____

Reason for Referral: _____

_____

Diagnosis/Treatment: _____

_____

# MOBILE GROUP HOME

# HEALTH SCREENING

FULL NAME OF RESIDENT: Matthew Cerro Reeves   Birthdate: 12 - 13 - 77

COUNTY: Dallas                DATE OF SCREENING: 1-26-95

## HAS THE RESIDENT EVER:                    Explain if Yes

a. been knocked out              Yes____  No__X__  _____
b. had concussion               Yes____  No__X__  _____
c. had heat exhaustion or heat stroke   Yes _X_  No____  heat exhaustion 1 x
d. had a head or neck injury         Yes_X_  No____  head busted long time ago
e. had a back or spinal injury       Yes____  No__X__  _____
f. fainted while doing exercising     Yes____  No__X__  _____
g. had chest pain while exercising    Yes____  No__X__  _____

## DOES THE RESIDENT:

a. wear glasses or contact lenses    Yes____  No__X__  _____
b. wear dental app. or hearing aids  Yes____  No__X__  _____
c. have any chronic illnesses (i.e.
     diabetes, asthma, seizures)      Yes____  No__X__  _____
d. have any missing parts (i.e. kidney,
     fingers)                        Yes____  No__X__  _____

## HAS THE RESIDENT EVER BROKEN A BONE OR HAD A CAST ON:

a. hand               Yes_X_  No____  2 fingers
b. wrist              Yes____  No__X__  _____
c. arm                Yes____  No__X__  _____
d. foot               Yes____  No__X__  _____
e. ankle              Yes____  No__X__  _____
f. leg                Yes____  No__X__  _____
g. other              Yes____  No__X__  _____

In the past year has the student broken
a bone while playing sports    Yes____  No__X__  _____

## ADDITIONAL COMMENTS: _____
_____
_____
_____

RESIDENT NAME: _Matthew Reeves_

A. HAVE YOU EVER:

1. Stayed overnight in a hospital? Yes _X_ No ___ _Pneumonia_
2. Had an operation? Yes ___ No _X_
3. Had Asthma, Seizures, Sickle-Cell.
   Diabetes? Yes ___ No _X_
4. Had High Blood Pressure? Yes ___ No _X_
5. Had a heart murmur or heart
   problems? Yes ___ No _X_
6. Had a sexually transmitted
   disease (STD)? Yes ___ No _X_
7. Been treated for a drug problem? Yes ___ No _X_
8. Had a mental or behavioral prob.? Yes ___ No _X_
9. Been stabbed or shot? Yes _X_ No ___ _Stomach_
10. Broken any bones? Yes _X_ No ___ _2 fingers_
11. Thought about killing yourself? Yes ___ No _X_
12. Tried to commit suicide? Yes ___ No _X_
13. Taken medicine every day? Yes _X_ No ___ _hyperactive medication 91-92_

B. DO YOU HAVE:

1. Medical complaints today? Yes ___ No _X_
2. Allergies (i.e. grass, food,
   medicine)? Yes _X_ No ___ _Catsip (but still eats it)_
3. Drug Allergies? Yes _X_ No ___ _penicillin_
4. Chest pains? Yes ___ No _X_
5. Headaches or sinus problems? Yes ___ No _X_
6. Abdominal or stomach pains? Yes ___ No _X_
7. A penile discharge or burning on
   urination? Yes ___ No _X_
8. Back or joint problems? Yes ___ No _X_
9. All your immunizations (last
   Tetanus)? Yes _X_ No ___
10. Do you have a dental problem? Yes ___ No _X_
11. Do you have a contagious cond.? Yes ___ No _X_

**334**

C.  DO YOU:

1.  Take any medication now?          Yes_____   No__X__  _____
2.  Use contraception?               Yes__X__   No_____  _____
3.  Smoke cigarettes?                Yes__X__   No_____  _____
4.  Regularly drink alcohol?         Yes_____   No__X__  _____
5.  Regularly smoke marijuana?       Yes_____   No__X__  _____
6.  Regularly use drugs?             Yes_____   No__X__  _____

7.  If drug use, describe types used, method of use, amounts used, frequency of use, date or
    time of last use, and problems occuring after ceasing use: _Smokes Cigarettes_
    _____
    _____
    _____


D.  FAMILY HISTORY (MOTHER, FATHER, SISTERS, BROTHERS)

1.  Drug or alcohol problems?        Yes__X__   No_____  _Grandfather drinks alot_
2.  Diabetes, Sickle-Cell, Cancer,
    Seizures?                        Yes__X__   No_____  _Stepfather_
3.  Heart disease/high blood pressure? Yes__X__ No_____  _Grandmother died w/ hi blood pressure_
4.  Sudden unexpected death?         Yes_____   No__X__  _____
5.  Been shot to death?              Yes_____   No__X__  _____


ADDITIONAL COMMENTS: _____
_____
_____
_____
_____
_____

_____          _____
Resident Signature                    Signature/Title of Screening Staff


                                      _1-26-95_____
                                      Date

335

# INTAKE SCREEN

## MENTAL HEALTH

RESIDENT NAME: _Matthew Reeves_   SSN: _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_

DATE: _____   TIME: _____

RECORDER: _O'Bare_   COUNTY: _Dallas_

ORIENTATION UNIT: <u>Mobile Group Home</u>

DIRECTIONS: Any question answered with a YES should be explored for what, when, where, why, and how. Circle the response.

1.  Yes  (No)  Have you recently or in the past received treatment or been hospitalized for any mental disturbance(s)/suicidal behaviors?

2.  Yes  (No)  Do you have a problem sleeping at night?

3.  Yes  (No)  Have you ever tried to hurt yourself or commit suicide?

4.  Yes  (No)  Are you currently on any medication?

5.  (Yes)  No  Have you ever tattooed or cut yourself?  187 on right arm

6.  Yes  (No)  Were you drinking or on drugs when you got in trouble?

7.  Yes  (No)  Did your offense involve an assaultive or threatening behavior or the use of a weapon?

8.  Yes  (No)  Were you ever abused physically or sexually?

9.  Yes  (No)  Have you ever heard voices?

10. Yes  (No)  Have you ever participated in activities that would make you at risk for the AIDS virus?

11. (Yes)  No  Have you or your parents seen a psychologist or counselor for any problems?
    Mental Health bldg for counseling (family oriented)

Page 5

**336**

**OBSERVATION:**

(Normal)  1. Behavior (state of consciousness, mental status, appearance, conduct, tremor,
Abnormal        sweating)

Yes  (No)  2. Body deformities, condition of skin (needle marks, trauma markings, bruises,
                lesions, jaundice, rashes and infestation)

**ADDITIONAL COMMENTS:** _____

_____

_____

**DISPOSITION:**

_____  1. Housed with general population and instructed to make sick call for medical
              and/or dental care.

_____  2. Housed with general population and prompt referral appointment with health
              provider.

_____  3. Referred to appropriate health provider on an emergency basis.

_____  4. Housed with general population **NO** special medical problems apparent nor
              reported.

_____  5. Medical staff notified of special problems.

I have received instruction as to the procedure for obtaining health care (medical, dental,
mental health). It has been explained to me and I understand how to obtain health care.

_____        _____
Resident Signature                      Signature/Title of Screening Staff

337

Mathew Gerro Reeves

12-13-77

SS# 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

Medcaid # 00423-15-7683

Male    Age 15

Sinus         Pain in Dallas County

A little trouble breathing at times

He is Highperactive

He suffers from Emotion Conflex

He do have permission to smoke

y he can buy his cigarette

he can call home

he has one little brother and

one sister younger than him

yes) he can do work

I'llsorry you all need to send

the paper again becauses

lost the other

No other ingurance

Ms. Marietta Reeves

Thanks For your

Cooperation

P.S. I do give him permission

to go all the grounds but not

unsupervised by us.



Alabama Youth Services

**MOBILE GROUP HOME**
563 Stanton Road
Mobile, Alabama 36617
Telephone (205) 478-3339



**MICHAEL G. FOLEY**
Facility Director

**GEORGE M. PHYFER**
Executive Director

337

April 13, 1993

Ms. Marzetta Reeves
2128 Selma Avenue
Selma, AL  36701

Dear Ms. Reeves:

To assist us in providing health services for your
son _____ , ___Mathew___ , please include your health
insurance information:

INSURANCE:  _____YES   __X__NO

COMPANY _____

ADDRESS _____

_____

POLICY NO. _____

Sincerely,

Michael G. Foley
Director

scc

Child's Name: _Mathew G. Reeves_   Date of Birth: _12/13/77_

I hereby authorize any physician, hospital, or dentist to provide any examination and/or treatment as, in his opinion, is necessary for the above-named child. I further authorize any physician, dentist, hospital, or clinic to furnish the Department of Youth Services' Mobile Group Home or its authorized agent any verbal or written information pertaining to the present or past state of health and medical treatment given to my child. I/we also agree to be financially responsible for the care of any pre-existing medical conditions and/or any self-inflicted injuries while in the custody of DYS and give permission for the hospital/physician to file a direct claim to the insurance company or Medicaid on my behalf. I authorize that a photocopy of this release may be considered as valid as the original.

_Margetta Reeves_ 4/15/93 _Mother_
SIGNATURE                    DATE      RELATIONSHIP TO YOUTH

_____  _____  _2128 Selma Ave_
Witness                     Date      Address

_872-7209_
Telephone number                      Medical Insurance Company

_____                 _000 423-1576834_
Policy Number                         Medicaid Number

Pre-existing medical condition: _High per active, he use to go to Mental Health Center in Selma_

Allergies: _Sinus hayfever_

Medication: _Mellaril 50 mg 2 at night_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TO:  Authorized Physician, Dentist, Hospital, or Clinic

The above-named child is referred to you for medical treatment. It is requested the bill be mailed to the parents/guardian, insurance company, or Medicaid as listed above. In the absence of proper consent for treatment, I am authorizing medical treatment in accordance with Sections 44-1-33, Code of Alabama.

_____        _____
Authorized Agent                     Address

_____
Date

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

To:

Reason for Referral: _____

_____

Diagnosis/Treatment: _____

_____

_____
Physician

Time and Date (Copy sent to Counselor)

Student: Reeves, Matthew Gevvo   Age: 15   ID. No.
Entrance Date: 2-2-93   Alergies: Ketchup

| Date | Remarks |
|------|---------|
| 3/1/93 | C/o Lt 3rd finger being jambed. No swelling noted some tenderness noted around the knuckle area. # Moist heat to finger three times a day. —J.Harris LPN |

| SPECIMEN # | | TYPE | PRIMARY LAB | REPORT STATUS | | | Roche Biomedical Laboratories |
|---|---|---|---|---|---|---|---|
| 034-9003-0037-0 | | S | MB | PRELIM PG 1 | 03 | | a subsidiary of Hoffmann-La Roche Inc. |

ADDITIONAL INFORMATION

CLINICAL INFORMATION

**341**

TIME 1410
SRC-THROAT
SW

DOB:
12/13/77

| PATIENT NAME | 681-8341 | SEX | AGE (YR/MOS.) |
|---|---|---|---|
| REEVES , MATTHEW | | M | 015/01 |

PHYSICIAN ID.         WILSON         PATIENT ID.

ACCOUNT

ALABAMA YOUTH SERVICE          01830
                                                      03
P O BOX 9486                             03
CHALKVILLE     , AL  35215-
205-681-8341     ALB

| DATE OF SPECIMEN | DATE ENTERED | DATE REPORTED | |
|---|---|---|---|
| 03/03/93 | 03/03/93 | 03/04/93 | 5277 |

| TEST | RESULT | LIMITS | TEST ON BA |

UPPER RESPIRATORY CULTURE          PRELIMINARY REPORT

    ROUTINE ORAL FLORA
    HEAVY GROWTH

DIRECTOR:     JAMES A DAVIS III     MD
IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 205-581-3600 LAB: 800-621-8037
FINAL REPORT WILL FOLLOW

| PATIENT NAME | | PATIENT ID. | | | 9309 | SPEC. NO. | | SPEC. DATE | |
|---|---|---|---|---|---|---|---|---|---|

| BONE | | ELECTROLYTES | | | HEART | | LIVER | | | | LIPIDS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Calcium mg/dl (8.5-10.6) | Phosphorus mg/dl (2.5-4.9) | Sodium mEq/L (135-148) | Potassium mEq/L (3.5-5.5) | Chloride mEq/L (94-109) | LDH IU/L (100-250) | AST (SGOT) IU/L (0-50) | T. Bili mg/dl (0.1-1.2) | GGT (IU/L) (M 0-65) (F 0-45) | ALT (SGPT) IU/L (0-50) | Alk. Phos. IU/L (40-150) | Cholesterol mg/dl < 200 | Triglycerides mg/dl (10-250) |

| PROTEIN | | | | KIDNEY | | THYROID | | | | MISCELLANEOUS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T. Protein g/dl (6.0-8.5) | Globulin g/dl (1.5-4.5) | Albumin g/dl (3.5-5.5) | A/G Ratio (1.1-2.5) | BUN mg/dl (7-26) | Creatinine mg/dl (0.5-1.5) | T4 µg/dl (4.5-12.5) | T3 Uptake % (33-45) | Free T4 Index (1.5-5.6) | TSH µIU/ml (.25-4.50) | Uric Acid mg/dl (M 2.2-8.7) (F 1.5-6.7) | Glucose mg/dl <50 yrs. (60-115) | Iron µg/dl (40-180) |

| HEMATOLOGY | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RBC x10⁶/µl (M 4.30-5.60) | HGB g/dl (M 13.5-17.0) | HCT % (M 40-51) | MCV fl (81-95) | MCH pg (27.0-33.0) | MCHC g/dl (32.5-35.5) | Platelets x 10³/µl (150-415) | WBC x10³/µl (4.1-10.3) | Polys x10³/µl (1.8-7.8) | Bands (0-5%) | Metas (0%) | Lymphs x10³/µl (0.7-4.5) | Mono x10³/µl (0.1-1.0) | EOS x10³/µl (0.0-0.4) | BASO x10³/µl (0.0-0.2) |

RESULTS ARE FLAGGED IN ACCORDANCE WITH AGE DEPENDENT REFERENCE RANGES WHICH ARE SUMMARIZED ON THE BACK OF THIS REPORT          REPORT
A comment applied to this test has been printed on the body of the Report

ALAB. OUTH SERVICES          CR VILLE CAMUS

SCREENING PHYSICAL                    342

FULL NAME OF STUDENT Matthw Gevro Reeves      BIRTHDATE 12-13-77
                    FIRST    MIDDLE    LAST              MONTH  DAY  YE
AGE  15   SEX Male   RACE: BLACK ✓  WHITE____  OTHER____

HAS THE STUDENT EVER:                                      EXPLAIN IF YES
a. been knocked out.........................YES___ NO ✓
b. had a concussion.........................YES___ NO___
c. stayed overnight in a hospital last yess.YES ✓ NO___    pnewmonia
d. had an operation.........................YES___ NO ✓

e. had heat exhaustion or heat stroke..last....YES___ NO  Shummer play basketball & prac
f. had a (head) or neck injury..............YES ✓ NO___  stitkes in four head but you
g. had a back or spinal injury..............YES___ NO ✓
h. had a heart murmur.......................YES___ NO ✓
i. had high blood pressure..................YES___ NO ✓
j. had a heart problem......................YES___ NO ✓
k. fainted while doing exercise.............YES___ NO ✓
l. had chest pain while exercising..........YES ✓ NO ___  Sucked but quit
m. had wheezing/S.O.B. while exercising.....YES ✓ NO___   when running!

DOES THE STUDENT:
a. take medicine every day..................YES___ NO ✓
b. wear glasses or contact lenses...........YES___ NO ✓
c. wear dental appliances or hearing aids...YES___ NO ✓
d. have any allergies.......................YES ✓ NO___    Ketchup
e. have any chronic illnesses (i.e.diabetes,
   asthma, seizures)........................YES___ NO ✓

f. have any missing parts (i.e.kidney, fingers).YES___ NO ✓

HAS THE STUDENT'S MOTHER, FATHER,BROTHERS OR SISTERS EVER HAD ANY HEART PROBLEMS BEFOR
50 YEARS OF AGE............................YES___ NO ✓

HAS THE STUDENT EVER BROKEN A BONE OR HAD A CAST ON
a. hand.....................................YES___ NO ✓
b. wrist....................................YES___ NO ✓
c. arm......................................YES___ NO ✓
d. foot.....................................YES___ NO ✓
e. ankle....................................YES___ NO ✓
f. leg......................................YES___ NO ✓
g. other....................................YES___ NO ✓

IN THE PAST YEAR HAS THE STUDENT BROKEN A BONE
   WHILE PLAYING SPORTS.....................YES___ NO ✓   BONE
                                                          ACTIVITY
ADDITIONAL COMMENTS_____
_____
_____
_____
_____

PHYSICAL EXAMINATION

HEIGHT __63¾__ (ins.) WEIGHT __117__ (lbs.) BLOOD PRESSURE __110/70__ PULSE __78__
                                                                    Systolic/diastolic   bea:

VISION: Right 20/__30__ Left 20/__30__ Corrected _____ Uncorrected __✓__

Date of last menstrual period _____

|  | CHECK ONE | | EXPLAIN IF ABNORMAL |
|---|---|---|---|
| 1. Skin.........................Normal | | Abnormal | |
| 2. Head and neck................Normal | | Abnormal | |
| 3. Eyes.........................Normal | | Abnormal | |
| 4. Ears, norse and throat.......Normal | | Abnormal | |
| 5. Teeth and mouth..............Normal | | Abnormal | |
| 6. Lungs and chest..............Normal | | Abnormal | |
| 7. Cardiovascular...............Normal | | Abnormal | |
| 8. Abdomen and Lymphatics.......Normal | | Abnormal | |
| 9. Genitalia/Hernia.............Normal | | Abnormal | |
| 10. Orthopedic Screening: | | | |
| a. upper extremities.........Normal | | Abnormal | |
| b. lower extremities.........Normal | | Abnormal | |
| c. spine and back............Normal | | Abnormal | |
| 11. Neurological................Normal | | Abnormal | |

ADDITIONAL COMMENTS:

OP  gr  Med

Hb Wheezing or Running C cl Today

Mx T. Colfine

_____ Amox 500 ²⁸⁰ # 30  →  NC

NTC Any Wheezing

_____ E Mycin 333 ²⁷⁰ # 30

EXAM DONE BY _____        DATE _____

_✓_ APPROVED FOR PROGRAM - NO RESTRICTIONS

___ APPROVED WITH RESTRICTIONS _____

_____

___ UNABLE TO PARTICIPATE IN PROGRAM _____

_____ AND APPROVED BY _____

JAMES N. CALDWELL
Superintendent

Telephone (205) 681-8841

GEORGE M. PHYFER, Jr.
Director

**344**

## PATIENT CONSENT TO TREATMENT FORM

_____      _____      _____
Name of Patient              Age         Admission Date/Time


_____
Name and Address of Spouse or Parent

1.  I hereby authorize the Department of Youth Services, its
    employees, agents, physicians, dentists, psychiatrists
    and/or such assistants as may be selected by him/her to
    treat the condition(s) which appear indicated by the
    diagnostic studies already performed.

2.  Should surgical or diagnostic procedure(s) become
    necessary, I will be informed of them with regard to
    alteration modes of treatment, the risks involved, and
    the nature of the procedure(s) to be done.

3.  This in no way constitutes a warranty or guarantee that
    my present condition will be cured; Department of Youth
    Services, its staff and employees will provide me with
    the best possible care available, but no assurance of
    cure is to be assumed.

4.  I sign this willingly and voluntarily in full
    understanding of the above, and in so doing I release
    the Department of Youth Services, its directors, its
    staff employees, agents and physicians from any and all
    liability which may arise from this action, whether or
    not foreseen at present.


_____      x_Matthew Reeves_____
Witness                      Patient Signature

_____      _2-2-93_____
Witness                      Date



# STATE OF ALABAMA
# CERTIFICATE OF IMMUNIZATION

(Invalid without proper expiration date)

| DAY | YEAR |
| EXPIRATION DATE |  |
| Year next immunization |  |

_Matthew Riснio_     12-13-71     _Board_

NAME OF CHILD          DATE OF BIRTH          PARENT OR GUARDIAN

## DIPHTHERIA, TETANUS, PERTUSSIS (DTP, DT, OR Td) VACCINE (Circle One)
SCHOOL/KINDERGARTEN ENTRY:
At least four (4) injections — last dose must be administered after the child's fourth birthday.
DAY CARE/HEAD START ENTRY:
At least one (1) dose required on admission. Additional doses at appropriate age (schedule).

| DTP/DT/Td | DTP/DT/Td | DTP/DT/Td | DTP/DT/Td | DTP/DT/Td | Td Booster |
|-----------|-----------|-----------|-----------|-----------|-----------|
| Date | Date | Date | Date | Date | Date |
|  |  |  |  |  |  |

## POLIO VACCINE
SCHOOL/KINDERGARTEN ENTRY:
At least three (3) doses, last dose must be administered after child's fourth birthday.
DAY CARE/HEAD START ENTRY:
At least one (1) dose required on admission. Additional doses at appropriate age (schedule).

| POLIO | POLIO | POLIO | POLIO |
|-------|-------|-------|-------|
| Date | Date | Date | Date |
|  |  |  |  |

## MMR – MEASLES MUMPS RUBELLA COMBINED
(Required for entry into school and day care (Head Start attendance 15 months of age or older)

| MMR |
|-----|
| Date |
|  |

## Hib – HAEMOPHILUS INFLUENZA TYPE b VACCINE
(Required only for Day Care/Head Start attendees 18 months of age or older and younger than 5 years of age.) (School entry required.)

| Hib | Other | Date |
|-----|-------|------|
| Date |  |  |
|  |  |  |

I certify that the child has received all of the above noted immunizations as required for school or day care attendance and is in compliance with rules set forth Alabama State Board of Health.

_Authorized Medical Signature_     Date  8-20-90

Dallas County Health Dept.
P. O. Box K

(Use for school, day care, and Head Start enrollees to document children who have completed or in the process of completing their immunizations.)

Private Physician/Clinic

ADPH-F-IMM-50/Rev. 1-89

CAHABA CENTER FOR MENTAL HEALTH

TREATMENT PROGRESS NOTES

| DATE | FORMAT-- (1) Current condition of client, (2) Description of session, (3) Progress toward attainment of goal(s), (4) Plans, and (5) next appointment. |
|------|------|
| 8-10-92 | Matthew is an almost 15 year old black male with a Conduct Disorder, ADHD and a Chaotic Home who hasn't been in any trouble with the Law. He reports that his brother Julius is still at the VACCA Campus. Mother request that Juluis be on some medication. Matthew will stay up to 4:30 in the morning watching TV and then gets up at noon. His Grandmother hollers at him quite a bit. |

MENTAL STATUS EXAM: A friendly, adolescent black male with an earring in his left ear. He is very talkative. Says "I am not depressed".

IMPRESSION: ADHD
            Conduct Disorder
            Chaotic Home
PLAN: Increase Imipramine 75 mg   q hs   #90 x 3
      RTC  4 months

Timothy Baltz, M.D.
Psychiatrist

jb

RECEIVED NOV 30 1992

Copy to T. Scott & D. Stewart
            11-30-92

SELMA CITY SCHOOLS
SPECIAL EDUCATION PROGRAM
P.O. BOX F
SELMA, AL 36702-0318
(205) 874-1613

347

### VISION SCREENING FORM

STUDENT'S NAME: _Matthew Reeves_

SCHOOL: _East End_

PARENT(S) NAME: _Marzetta Reeves_     GRADE: _____

ADDRESS: _2128 Selma Avenue_     BIRTHDATE: _12/13/77_

### KEY:  P = PASS     F = FAIL

SCREENING DATE: _4/29/92_        RECHECK DATE: _____

|              | FAR   | NEAR  | FAR | NEAR |
|--------------|-------|-------|-----|------|
| BOTH EYES:   | 20/20 | 20/20 |     |      |
| RIGHT EYE:   | 20/20 | 20/20 |     |      |
| LEFT EYE:    | 20/20 | 20/20 |     |      |

Examiner: _M Jones_          Examiner: _____

Instrument used: _Keystone View_     Instrument used: _____

REMARKS:                              REMARKS:
✓ ___ Within Normal Limits          _____ Within Normal Limits
___ Needs Recheck                   _____ Needs Recheck
___ With Glasses                    _____ With Glasses
___ Needs Referral                  _____ Needs Referral

Resolution of Problem: _____

_____

_____

_____

SELMA CITY SCHOOLS
SPECIAL EDUCATION PROGRAM
P.O. BOX F
SELMA, AL 36702-0318
(205) 874-1613

**344**

### HEARING SCREENING FORM

STUDENT'S NAME: *Matthew Reeves*

SCHOOL: *East End*

PARENT(S) NAME: *Marzetta Reeves*    GRADE: *05*

ADDRESS: *2128 Selma Avenue*    BIRTHDATE: *12/13/77*

KEY:  P = PASS    F = FAIL

HEARING:    Puretone Audiometry/Tympanometry
CRITERIA:    A child fails the screening test if he/she does not respond to any <u>one</u> tone (frequency) at 20dB hearing level in either ear.

| Screening Date: *4-24-92* | | | | Recheck Date: _____ | | | | |
|---|---|---|---|---|---|---|---|---|
| EAR | HL | FREQUENCY HZ | | | EAR | HL | FREQUENCY HZ | | |
| | | 1000 | 2000 | 4000 | | | 1000 | 2000 | 4000 |
| RE | 20 | 20 | 20 | 20 | RE | 20 | | | |
| LE | 20 | 20 | 20 | 20 | LE | 20 | | | |

Examiner: *Bonner*
Audiometer: *Caltron*
Last Calibration Date: *8/1/91*

Tympanometry: RE *normal*
                        LE *normal*

Remarks:
  ✓ Within Normal Limits
  ___ Needs Rescreen (within two weeks)

Examiner: _____
Audiometer: _____
Last Calibration Date: _____

Tympanometry: RE _____
                        LE _____

Remarks:
  ___ Within Normal Limits
  ___ Needs Rescreen (within two weeks)
  ___ Needs Referral

Resolution of Problem: _____

# STATE OF ALABAMA
# CERTIFICATE OF IMMUNIZATION

*(Invalid without proper expiration date)*

**DIPHTHERIA, TETANUS, PERTUSSIS (DTP, DT, OR Td) VACCINE** (Circle one)

SCHOOL/KINDERGARTEN ENTRY

A total of four (4) injections — last dose must be administered after the child's fourth birthday.

DAY CARE/HEAD START ENTRY

At least one (1) dose required on admission. Additional doses at appropriate age/schedule.

| DTP/DT/Td | | DTP/DT/Td | | DTP/DT/Td | | DTP/DT/Td | | DTP/DT/Td | | Td Booster | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | | Date | | Date | | Date | | Date | | Date | |

**POLIO VACCINE**

SCHOOL/KINDERGARTEN ENTRY

At least three (3) doses — last dose must be administered after child's fourth birthday.

DAY CARE/HEAD START ENTRY

At least one (1) dose required on admission. Additional doses at appropriate age/schedule.

| POLIO | | POLIO | | POLIO | | POLIO | |
|---|---|---|---|---|---|---|---|
| Date | | Date | | Date | | Date | |

**MMR—MEASLES, MUMPS, RUBELLA COMBINED**

(Required for entry into school and day care/Head Start attendance if 15 months of age or older.)

| MMR | |
|---|---|
| Date | |

**HIB—HAEMOPHILUS INFLUENZA TYPE b VACCINE**

(Required only for Day Care/Head Start attendees 18 months of age or older and younger than 5 years of age.) (School entry not required.)

| HIB | | | Other | | Date | |
|---|---|---|---|---|---|---|
| Date | | | | | | |

I certify that the child has received all of the above noted immunizations as required for school or day care attendance and is in compliance with rules set forth by the Alabama State Board of Health.

Authorized Medical Signature _____ Date _____

Name and Address of Physician/Clinic

Use for school, day care, and Head Start enrollees to document children who have completed or in the process of completing immunizations.

ADPH # IMM 50 Rev. 11-89

**I.** Name _Reeves, Mathew Cerro_    **300**

**II.** Date of Registration _8/13/87_   Previous School _Clark_

**III.** Birth Certificate # _101-77-57807_ Date of Birth _12/13/77_
City of _Selma_    State of _AL_

**IV.** Social Security # _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_

**V.** Immunization Certificate——— ☒ YES _8/4/87_

               ☐ NO——If no, date of expected completion.

           (_____)

---

_Matthew Reeves_     _12-13-77_     _Marzetta_
Name of Child        Date of Birth       Parent or Guardian

    I certify that the child named above meets minimum immunization standards and is in compliance with regulations set forth by the Alabama Department of Public Health.

**CERTIFICATE**

**DIPHTHERIA, TETANUS, PERTUSSIS (DTP, DT or Td) VACCINE**
   At least three (3) injections. It is recommended that at least one dose be administered after the child's fourth birthday.   [5] Total Doses Received   [6-82] Date of Last Dose

**POLIO VACCINE**
   At least three (3) doses of Trivalent Oral Polio vaccine. It is recommended that at least one dose be administered after the child's fourth birthday.   [5] Total Doses Received   [6-82] Date of Last Dose

**RUBEOLA (Measles) VACCINE**
   One (1) dose of vaccine.     [ / ] Date Received

**RUBELLA (German Measles) VACCINE**
   One (1) dose of vaccine.    SINGLE OR COMBINATION   [12.79] Date Received

**MUMPS VACCINE**
   One (1) dose of vaccine.     [ ] Date Received

**OF IMMUNIZATION**

_Tom N. Phill___   Administrator        _8-4-87_
Authorized Medical Signature           Date

ALABAMA DEPARTMENT OF PUBLIC HEALTH
BUREAU OF CLINICAL SERVICES        To be filed with School Health Record.

352

*Reeves  Matthew*     *12-13-77*     *Mrs. oth*
Name of Child      Date of Birth      Parent or Guardian

   I certify that the child named above meets minimum immunization standards and is in compliance with regulations set forth by the Alabama Department of Public Health.

**CERTIFICATE**

DIPHTHERIA, TETANUS, PERTUSSIS (DTP, DT or Td) VACCINE
   At least three (3) injections. It is recommended that at least one dose be administered after the child's fourth birthday.    **5** Total Doses Received    **6/82** Date of Last Dose

POLIO VACCINE
   At least three (3) doses of Trivalent Oral Polio vaccine. It is recommended that at least one dose be administered after the child's fourth birthday.    **5** Total Doses Received    **6/82** Date of Last Dose

RUBEOLA (Measles) VACCINE
   One (1) dose of vaccine.     **2/79** Date Received

RUBELLA (German Measles) VACCINE
   One (1) dose of vaccine.     SINGLE OR    **2/79** Date Received

MUMPS VACCINE
   One (1) dose of vaccine.     COMBINATION    **2/79** Date Received

**OF IMMUNIZATION**

_____     **8-15-85**
Authorized Medical Signature        Date

ALABAMA DEPARTMENT OF PUBLIC HEALTH
BUREAU OF CLINICAL SERVICES         To be filed with School Health Record.

ADPH-F-IMM-50/ Rev. 1-83

I certify that the child named above meets minimum immunization standards and is in compliance with regulations set forth by the Alabama Department of Public Health.

**352**

Exp. 6/92

**DIPHTHERIA, TETANUS, PERTUSSIS (DTP, DT or Td) VACCINE**
At least three (3) injections. It is recommended that at least one dose be administered after the child's fourth birthday.

5 | Total Doses Received       6-82 | Date of Last Dose

**POLIO VACCINE**
At least three (3) doses of Trivalent Oral Polio vaccine. It is recommended that at least one dose be administered after the child's fourth birthday.

5 | Total Doses Received       6-82 | Date of Last Dose

**RUBEOLA (Measles) VACCINE**
One (1) dose of vaccine.

2-79 | Date Received

**RUBELLA (German Measles) VACCINE**
One (1) dose of vaccine.

SINGLE OR COMBINATION

2-79 | Date Received

**MUMPS VACCINE**
One (1) dose of vaccine.

2-79 | Date Received

S. S. Weldon M.D.

10-9-84
Date

STATE OF ALABAMA
CERTIFICATE OF LIVE BIRTH

-77  57807

be filed with School Health Record.

| BIRTH NO. 101- |
| NAME: MATHEW GERRO REEVES | DATE OF BIRTH: DEC. 13, 1977 | TIME OF BIRTH: 5:40 P. |
| SEX: MALE | THIS BIRTH: SINGLE | COUNTY OF BIRTH: DALLAS | 02 4023 |
| CITY OR TOWN OF BIRTH: SELMA | HOSPITAL-NAME: NEW VAUGHAN MEMORIAL HOSPITAL |
| MOTHER: MARZETTA (NMN) REEVES | STATE OF BIRTH: ALABAMA 01 | AGE: 17 | COLOR OR RACE: BLACK 2 |
| RESIDENCE: ALABAMA | COUNTY: DALLAS | CITY OR TOWN: SELMA | 124 023 |
| STREET ADDRESS: 2128 SELMA AVENUE |
| FATHER-FULL NAME: | COLOR OR RACE: N/A X |
| SIGNATURE OF INFORMANT: Marzetta Reeves | DATE SIGNED: DEC. 13, 1977 |
| ATTENDANT AT BIRTH: B. A. McIntosh M.D. | DATE SIGNED: DEC. 13, 1977 |
| SELMA ALABAMA |
| DATE RECEIVED BY LOCAL REGISTRAR: 1-3-78 | REGISTRAR'S SIGNATURE |

I, Forest E. Ludden, Ed.D., State Registrar of Vital Statistics, certify this is a microfilm copy of an original certificate of birth filed in the Bureau of Vital Statistics, State of Alabama, Department of Public Health, Montgomery, AL, and have caused the official seal of the Bureau of Vital Statistics to be affixed.

Forest E. Ludden

Forest E. Ludden, Ed.D., State Re

October 16,

1984

_Reeves, Matthew_     _12.13.77_     _Marietta_
Name of Child           Date of Birth         Parent or Guardian

I certify that the child named above meets minimum immunization standards and is in compliance with regulations forth by the Alabama Department of Public Health.

**CERTIFICATE**

**DIPHTHERIA, TETANUS, PERTUSSIS (DTP, DT or Td) VACCINE**
At least three (3) injections. It is recommended that at least one dose be administered after the child's fourth birthday.

**POLIO VACCINE**
At least three (3) doses of Trivalent Oral Polio vaccine. It is recommended that at least one dose be administered after the child's fourth birthday.

**RUBEOLA (Measles) VACCINE**
One (1) dose of vaccine.

**RUBELLA (German Measles) VACCINE**
One (1) dose of vaccine.

**MUMPS VACCINE**
One (1) dose of vaccine.

SINGLE
OR
COMBINATION

No Birth
Certificate

_S.O. Waldrop M.D._          _6.18.82_
Authorized Medical Signature           Date

ALABAMA DEPARTMENT OF PUBLIC HEALTH
BUREAU OF CLINICAL SERVICES

To be filed with School Health Record.

AOPH-F-IMM-50/Rev. 11-79

354

# COUNTY HEALTH DEPARTMENT—UNOFFICIAL COPY

## VERIFICATION OF BIRTH RECORD

This is to certify that there is in the _____Dallas_____ County Health Department a birth summary card for

Name _____Reeves, Mathew Gerro_____ Sex _____M_____

Born in: _____Dallas_____ County, Alabama

Date of birth _____12/12/77_____ Date of filing _____1/3/78_____

Verification issued _____10/9/84_____

Father: _____ Race _____

Mother: _____Marzetta Reeves_____ Race _____Black_____

_____S.J. Nash_____
County Health Officer

Note: A legal copy of the birth certificate may be obtained from the Bureau of Vital Statistics, Montgomery, Alabama 36130. In your correspondence with that agency state your parent's full name and the date and place (county) of your birth.

Alabama Department of Public Health                    Birth Verification Card
ADPH-F-CVS-5/Rev. 9-80

356

| Student Number | Last Name | First | MiddTe | Grade | DOB* | Sex B | G | W | Race Non-W |
|---|---|---|---|---|---|---|---|---|---|
| Student | Reeves | Matthew | | 7 | 12/13/77 | x | | | x |

Parent/Guardian

| Data From School System Student Is Leaving | Data On School System Student Is Entering |
|---|---|
| . NAME OF SCHOOL  B.T. Washington | 1.** NEW HOME ADDRESS |
| :. STREET OR BOX  1901 Andrews Street | 2.** NAME OF SCHOOL |
| . DATE OF LAST ATTENDANCE  6/2/93 | 3.** CITY & STATE  Selma |
| . NO. DAYS ON ROLL 16  5. NO. DAYS PRES. 16 | 4.** COUNTY |
| . TIMES TARDY        7 UNEXCUSED ABS | |
| . DATE WITHDRAWN  6/2/93 | * DOB - Date of Birth |
| . MATH LEVEL  EC | ** Data, if available, should be entered by the sending teacher or principal.  Be sure to get new address. |
| . READING LEVEL  EC | |
| . SIGNATURE OF PRIN. Eddie Hall | Original    - New Principal |
| . DATE COMPLETED  6/2/93 | Duplicate   - Attendance Supervisor |
| | Triplicate - Retain |


DEFENDANT'S EXHIBIT

NAME  _MATTHEW REEVES_  CA _17_  D.O.B. _12-13-77_

HEARING:  _NL_  VISION  _NL_  BCT/AHSGE NEEDED:  YES  (NO) _____

SCHOOL LAST ATTENDED _EASTSIDE MIDDLE SCHOOL_  GRADE _8th_ DATE _1992-93_

SCHOOL HISTORY: _EXPELLED WHEN IN THE 8th GRADE OVER A YEAR AGO._

ATTENDANCE:  _OK_ _____  GRADES REPEATED _1ST, 4TH, 5th_ SPE.ED.(Y) N _EC_

SUBJECTS/GRADES _BEST GRADES IN MATH, ENGLISH_

SUSPENDED (Y) N #TIMES _3_ EXPELLED (Y) N #TIMES _1_ CAUSE _FIGHTS_

D&E POINT LEVEL ____ PROBLEMS _____

SCHOOL SUBJECTS: BEST _SAID ALL WERE GOOD_ WORST _NONE ACCORDING TO MATTHEW_

READING ABILITY:  _SEE PIAT-R_  SCHOOL ATTITUDE _LIKED SCHOOL_

_+ WANTS TO RETURN BUT SCHOOL BOARD WILL NOT ALLOW HIM TO RETURN_

SCHOOL/COMMUNITY ACTIVITIES _SCHOOL BASKETBALL_

SCHOOL PLANS: RETURN (Y) N  GED (Y) N  OTHER _SCHOOL BOARD WILL NOT_

_ALLOW HIM TO RETURN_

COMMITING CHARGE: _POSSESSION OF CONTROLLED SUBSTANCE (CRACK)_
_ASSAULT, BURGLARY, CRIMINAL MISCHIEF,_
PRIORS: _POSSESSION OF A CONTROLLED SUBSTANCE_  DETENTION TIME: _24 DAYS_

PREVIOUS COMMITTMENTS: _MOBILE GROUP HOME_

COMMENTS: _____

HOME ENVIRONMENT: _FAMILY POOR - MOTHER UNABLE TO SUPERVISE - FATHER ABSENT_

LEISURE TIME ACTIVITIES: _BASKETBALL + OTHER SPORTS_

OCCUPATIONAL GOALS: 1) _WELDING_  2) _MECHANIC_

EMPLOYMENT HISTORY: _NONE_

HAS DRIVERS LICENSE: Y (N)  PERMIT  Y (N)  SWIM (Y) N  HANDEDNESS  R (L)

DRUG/ALCOHOL HISTORY: _DENIES USING AND SELLING DRUGS - USE SUSPECTED_

COMMENTS: _SEE NOTES ATTACHED TO PIAT-R_

**357**

NOTE:

    THIS CHILD TOLD ME HE LAST ATTENDED THE 8th GRADE SO PIAT-R WAS SCORED USING THIS AS THE PLACEMENT LEVEL.

    I HAVE SUBSEQUENTLY LEARNED THAT HE WAS EXPELLED FROM SCHOOL WHILE IN THE 5th GRADE IN 1992. HE RECEIVED HOME BOUND INSTRUCTION FOR, AT LEAST, A YEAR OR MORE FOLLOWING HIS EXPULSION SO GRADE PLACEMENT IS UNKNOWN. THERE IS NO INFORMATION IN THE AVAILABLE SCHOOL RECORDS BEYOND APRIL OF 1992. SCHOOL RECORDS HAVE BEEN ENCLOSED.

                Daniel M. Hoke, PhD.

**358**

Mobile, Alabama 36617
(205) 471-2432

Mrs. Eddie Butler
Principal

PLEASE INDICATE NUMERICAL GRADE AND LETTER GRADE

E C    7th Grade

STUDENT WITHDRAWAL
DATE   6/2/93          Matthew Leeuw

| | QUARTER 1 | QUARTER 2 | QUARTER 3 | QUARTER 4 | TEACHER |
|---|---|---|---|---|---|
| PERIOD 1 | | | | 88/B | Devine |
| PERIOD 2 | | | | 70/C | S. Burke |
| PERIOD 3 | | | | Math 70/C | Lombard |
| PERIOD 4 | | | | Science 80/B | Jefferson |
| PERIOD 5 | | | | 75/C L.A. | Jefferson |
| PERIOD 6 | | | | P.E. 53/F Conduct 0 | S. Morley |

DOB  12/13/77

GRADE _____

LEVEL  EC _____

CLASSES  EC _____

COMMENTS _____

BOOKS CLEAR    YES  ✓ _____

NO _____

Building Self Esteem

**359**

MOBILE COUNTY PUBLIC SCHOOLS

## STUDENT - PARENT RESPONSIBILITIES FOR CARE OF STATE OWNED TEXTBOOKS

*Matthew Cozzo Reeves*

| Student's Name | Section | Grade |

MEMO To: Parent or Guardian

FROM:   Mobile County Board of School Commissioners

SUBJECT: Student - Parent Responsibilities for Care of State Owned Textbooks

I. All textbooks issued are the property of the State of Alabama and the Mobile Public School System and shall be retained for normal use only during the period students are engaged in the course of study for which textbooks are selected.

II. Textbooks issued to students may be used in the same manner and to the same extent as though such textbooks were owned by the student, except that students must recognize their responsibility for the proper care of textbooks checked out to them by observing the following practices:

A. Keeping the textbook clean outside and inside.
B. Refraining from marking the textbook with pen or pencil.
C. Keeping the pages free of finger prints.
D. Avoiding turning down, tearing, or otherwise damaging pages.
E. Refraining from placing the textbook where it may become soiled or damaged by the weather.
F. Keeping the textbook protected with a book cover.
G. Maintaining the legibility of the textbook identifying number stamped on the inside front cover of each textbook.

III. Parent(s) and student(s) must accept liability for any LOSS, ABUSE, or DAMAGE in excess of that which would result from normal use.

A. For such LOSS, ABUSE, or DAMAGE the parent(s) and/or student(s) will be assessed as follows:

1. Full price if "A" (New) Condition when the textbook is issued to the student.
2. Seventy five percent (75%) of full price for textbooks which have been in use for a year or more and are in "B" (Good) Condition when issued to the student.
3. Fifty percent (50%) of full price for textbooks which have been in use for a year or more and are in "C" (Fair or Poor) Condition when issued to the student.

B. **No textbooks will be issued to any student until all charges for lost and/or damaged textbooks have been paid.**

IV. All textbooks must be returned to the issuing school by the student when he/she is promoted or transferred and when he/she terminates his/her attendance for any reason.

I/We certify that I/We have read and understand the above regulations and agree to comply with them.

*Matthew Reeves*

Signature of Student

4-12-93

Date

*[signature]*

Signature of Parent or Guardian

4-12-93

Date

Distribution of Copies:   White Copy (School)     Yellow Copy (Parent/Student)

COMMENTS: (Please date.)

NO EFFORT OR PROGRESS
SAME EFFORT
SHOWING IMPROVEMENT
GREATLY IMPROVED
OUTSTANDING & HELPS
OTHERS

( GUARDIAN'S COMMENTS:



# School District

# 210

JOHN STEWART, Superintendent

Post Office Box 66
Mount Meigs, Alabama 36057
Telephone 272-9100

## REPORT OF STUDENT PROGRESS

### For the Year 1992 –1993

SEQUOYAH
SCHOOL _____ SCHOOL

STUDENT _Mathew Reeve_____

To Parents or Guardians:

This report indicates the progress in studies and in school citizenship made by the student during each six-week period of the school year. Please discuss all phases of the report with your student.

You are encouraged to talk with teachers about the reported progress. If you need to visit, please call the school principal to arrange an appointment.

You are cordially invited to visit the school at any time. Arrangements will be made through the principal's office.

TEACHER _B & White_____ GRADE _7_

36)

TABE  (Tests of Adult Basic Education)                                    CTB/McGraw-Hill

===========================================================================
INDIVIDUAL TEST and OBJECTIVES PERFORMANCE REPORT          REPORT DATE: 08 Feb 93
---------------------------------------------------------------------------

XAMINEE NAME/ID: REEVES 42404 *Matthew*     INSTITUTION:   YOUTH SERVICES
EXAMINER:     HUNTER                        SITE:          MCNEEL SCHOOL
GROUP:        SCHOOL                        SPECIAL CODES: .................

---------------------------------------------------------------------------
CONTENT AREA    NUMBER   SCALE           GRADE        II PERCENTILE GROUP:
  TEST          CORRECT  SCORE    SEM    EQUIV  %ILE  II Juvenile Offenders
---------------------------------------------------------------------------

| Reading – E/6 – 04 Feb 93 | | | | | | II | Predicted* | GED |
| Vocabulary | 9 | 562 | 29 | 2.2 | 9 | II | GED Range | Score |
| Comprehension | 6 | 500 | 134 | 1.8 | 3 | II | ˙ | I |
| Total | | 531 | | 2.0 | 5 | II | | ˙ |
| Mathematics – E/6 – 04 Feb 93 | | | | | | II Writing: | | |
| Computation | 17 | 618 | 22 | 2.9 | 12 | II Math: | | |
| Concepts/Appl. | 8 | 454 | 134 | .7 | 1 | II Science: | | |
| Total | | 536 | | 1.9 | 6 | II Reading: | | |
| Language – E/6 – 04 Feb 93 | | | | | | II Soc Stud: | | |
| Mechanics | 2 | 530 | 83 | .3 | 3 | II | | |
| Expression | 9 | 465 | 132 | 1.1 | 5 | II Predicted | | |
| Total | | 498 | | .4 | 2 | II Average: | | |
| Total Battery | | 522 | | 1.3 | 3 | II | | |
| Spelling – E/6 – 04 Feb 93 | | | | | | II*68% chance of scoring | | |
| | 10 | 585 | 27 | 2.0 | 9 | II within this range | | |

---------------------------------------------------------------------------
OBJECTIVES PERFORMANCE
---------------------------------------------------------------------------

| OBJECTIVE | # CORR/ # POSS | MAS-TERY | IOBJECTIVE | # CORR/ # POSS | MAS-TERY |
|-----------|----------------|----------|------------|----------------|----------|
| Reading Vocabulary | | | IMath Concepts & Applications | | |
| Synonyms | 2/10 | | I  Numeration | 0/8 | |
| Antonyms | 1/5 | | I  Number Sentences | 2/6 | |
| Homonyms | 3/6 | | I  Number Theory | 1/6 | |
| Affixes | 2/4 | | I  Problem Solving | 2/11 | |
| Words in Context | 1/5 | | I  Measurement | 3/5 | |
| Reading Comprehension | | | I  Geometry | 0/4 | |
| Passage Details | 2/15 | | ILanguage Mechanics | | |
| Character Analysis | 1/5 | | I  Pronoun I,Nouns,Adject. | 0/5 | |
| Central Thought | 1/8 | | I  Beginning Words, Titles | 2/6 | |
| Interpreting Events | 2/9 | | I  Period,Question,Excl.Pt | 0/6 | |
| | | | I  Comma,Colon,Semi,Quot. | 0/7 | |
| Math Computation | | | I  Proofreading | 0/6 | |
| Add Whole Numbers | 2/8 | | ILanguage Expression | | |
| Add Decimals | 2/4 | | I  Nouns | 2/7 | |
| Add Fractions | 2/4 | | I  Pronouns | 1/6 | |
| Subtract Whole Numbers | 3/8 | | I  Verbs | 1/5 | |
| Subtract Decimals | 0/4 | | I  Adjectives,Adverbs | 1/7 | |
| Subtract Fractions | 1/4 | | I  Sentence Recognition | 0/4 | |
| Multiply Whole Numbers | 5/8 | | I  Sentence Combining | 2/6 | |
| Divide Whole Numbers | 2/8 | | I  Topic Sentence | 1/4 | |
| | | | I  Sentence Sequence | 1/6 | |
| | | | ISpelling | | |
| | | | I  Vowel Sounds | 5/11 | |
| | | | I  Consonant Sounds | 2/10 | |
| | | | I  Structural Units | 2/9 | |

**362**

Peace, H

# SELMA PUBLIC SCHOOLS — CUMULATIVE GUIDANCE RECORD

GRADES 1-6 ON THIS SIDE AND ON BACK-SIDE OF FOLDER

B   SEX M   DATE OF BIRTH 12 / 13 / 77   BIRTH-PLACE Selma   STATE Ala

PUPIL LIVES WITH ( Use Pencil)
BOTH PARENTS ____
FATHER ____
MOTHER ____
OTHERS ✓

OTHER CHILDREN IN FAMILY ( Use Pencil)
NUMBER OLDER ____
NUMBER YOUNGER 1

D'S HESS 3/22 Cedar Ave ( Pencil)
HOME PHONE ____ ( Pencil)

DO PUPIL AND PARENTS LIVE INSIDE CITY LIMITS? yes ( Pencil)
IS A GOV. CARD NEEDED? no ( Pencil)
CHURCH PREFERENCE unknown

| NAME OF PARENTS ( Use Pencil) | OCCUPATION ( Use Pencil) | BUSINESS ADDRESS ( Use Pencil) | BUSINESS PHONE ( Pencil) | LAST GRADE IN SCHOOL | DECEASED |
|---|---|---|---|---|---|
| Nugene Peace | unknown | unknown | unknown | | |
| Margarite Peace | unknown | unknown | | | |

## ELEMENTARY SCHOOL WITHDRAWAL ATTENDANCE AND SCHOLARSHIP

| DATE ENTERED | WITHDRAWAL DATE | CODE | DAYS ON ROLL | DAYS PRESENT | DAYS ABSENT | DAYS UNEX. ABSENCE | TIMES TARDY | SCHOOL | NAME OF TEACHER | EXCEPTION- ALITY | ARITH- METIC | READING | LANG. ARTS | WRITING | SPELLING | SOCIAL STUDIES | HEALTH SCIENCE | CHAPTER I READING | CHAPTER I MATH | RETAINED | PROMOTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-84 | 12-18-84 | W1 | 77 | 75 | 2 | 0 | 0 | Clark | Latham | | | | | | | | | | | | |
| -3-85 | | | 178 | 171 | 7 | 0 | 0 | Clark-Public | Peace | | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | | | | Pro. |
| 25-86 | | | 178 | 175 | 3 | 1 | 5 | Clark-Public | J. Lyle | | + | X | X | + | ✓ | + | + | | | | S |
| 20-90 | 2-25-91 | | 117 | 106 | 11 | 9 | 5 | Byrd | A. Thompson | C | B | D | B | A | D | D | | | | |
| 26-91 | | | 60 | 51 | 9 | 1 | 9 | Clark-Public | B. Nichols | | B | B | D | B | B | D | D | | | | P |
| 22-91 | 10-28-91 | | 45 | 42 | 3 | 0 | 2 | Clark Public | J. Bedwell | | | | | | | | | | | | |
| 23-92 | | | 84 | 68 | 16 | 0 | 0 | East End | A. Lovett | | B | B | C | B | C | C | C | | | | P |

### LANGUAGE ARTS LEVEL

| 2, 3, 4, 5, 6, 7 (8) | 9 (10) | 11, 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|
| | 6/10/91 | | | | | |
| | (2) | 3 | 4 | 5 | 6 | |

### SYSTEM OF GRADING

**GRADES 1 AND 2**

✓ = SATISFACTORY
+ = SHOWS IMPROVEMENT
X = IMPROVEMENT NEEDED

**GRADES 3 THROUGH 6**

A = 95 - 100   Subscript 1 - Above Grade Level
B = 85 - 94    Subscript 2 - On Grade Level
C = 75 - 84
D = 70 - 74    Subscript 3 - Below Grade Level
F = 69 - 0

FIRST GRADE PHOTOGRAPH

THIRD OR FIFTH GRADE PHOTOGRAPH

SEVENTH OR NINTH GRADE PHOTOGRAPH

TRIM PICTURE TO FIT AND PASTE

NTH OR TWELFTH GRADE PHOTOGRAPH

333

| T NAME | FIRST | MIDDLE | HOME ADDRESS | | RACE | DATE OF BIRTH | | | SOC. SEC. # 423-15 - 7683 |
|---|---|---|---|---|---|---|---|---|---|

es          Mathew          Gerro          2128 Selma Ave.

| | | | | RACE B | DATE OF BIRTH | 12 MONTH | 13 DAY | 77 YEAR |

OCCUPATION          LIVING YES NO          CONFIDENTIAL

es          Marzetta          (NMN)

OCCUPATION          YES NO

In accordance with the Family Rights an Privacy Act ( Public Law 93-380), this information may not be released to a third party unless the appropriate authorization obtained.

**ORD ( GRADES 9-12)**   EXPLANATION OF GRADING SYSTEM   A 95-100  B 85-94  C 75-84  D 70-74  F 3-69
SUBSCRIPT following grade indicates level of difficulty  I = HONORS  2 = GENERAL  3 = BASIC

| SUBJECTS (Top Line) | YEAR | WEEKS PURSUED | MINUTES PER WEEK | MARKS 1ST SEM. | MARKS 2ND SEM. | UNITS | SUBJECTS ( Use Top Line) | YEAR | WEEKS PURSUED | MINUTES PER WEEK | MARKS 1st SEM. | MARKS 2nd SEM. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | FOREIGN LANGUAGES | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | MATHEMATICS | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | VOCATIONAL OR OTHER SUBJECTS | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| | RANK IN CLASS | JUNIOR _____ SENIOR _____ | NUMBER IN CLASS: | JUNIOR _____ SENIOR _____ | ACCREDITED BY ALABAMA STATE DEPT. OF EDUCATION SOUTHERN ASSN. OF COLLEGES & SECONDARY SCHOOL |

FOLDER AND ITS CONTENTS COMPRISE A CONFIDENTIAL RECORD FOR PROFESSIONAL USE ONLY.

VES                MATTHEW
( LAST )           ( FIRST )

## ACHIEVEMENT AND MENTAL ABILITY TESTS FOR GRADES K THROUGH 3

(Fill in topics as needed)

| SCHOOL GRADE | DATE MO. DAY YR. | NAME OF TEST | TEST FORM | GRADE PLACE-MENT/STD. SCORE | READING | LANGUAGE | MATHEMATICS | SCIENCE | SOC. ST. |
|---|---|---|---|---|---|---|---|---|---|

**ALABAMA STATEWIDE TESTING PROGRAM**
STUDENT REEVES          MATTHE G          GRADE    1
SYSTEM  SELMA CITY                        AGE    8 YRS.    4 MOS.
SCHOOL  CLARK EL                          TESTED  APRIL         198
STANFORD LEVEL    PRIMARY 1    FORM F   NORMS GRADE   1.8

OTIS-LENNON SCHOOL ABILITY T

### STANFORD ACHIEVEMENT TEST NATIONAL PERCENTILE RANKS AND STANINES

| | TOTAL READING | TOTAL LISTENING | TOTAL LANGUAGE | TOTAL MATH | SCIENCE X ENVIRON. | SOC. X | BASIC BATTERY | COMPLETE BATTERY | SCHOOL ABILITY INDEX |
|---|---|---|---|---|---|---|---|---|---|
| NAT'L PR► | 31 | 48 | | 16 | | | | | NAT'L AGE PR-S |
| S► | 4 | 5 | | 3 | | | | | NAT'L GRADE PR-S   2 |

**ALABAMA STATEWIDE TESTING PROGRAM**
STUDENT REEVES          MATTHE G          GRADE    2
SYSTEM  SELMA CITY BOARD OF               AGE    9 YRS.    4 MOS.   1987
SCHOOL  CLARK EL                          TESTED  APRIL
STANFORD LEVEL    PRIMARY 2    FORM F   NORMS GRADE   2.8

OTIS-LENNON SCHOOL ABILITY TE

### STANFORD ACHIEVEMENT TEST NATIONAL PERCENTILE RANKS AND STANINES

| | TOTAL READING | TOTAL LISTENING | TOTAL LANGUAGE | TOTAL MATH | SCIENCE X ENVIRON. | SOC. X | BASIC BATTERY | COMPLETE BATTERY | SCHOOL ABILITY INDEX |
|---|---|---|---|---|---|---|---|---|---|
| NAT'L PR► | 13 | 34 | | 22 | 7 | | | 26 | NAT'L AGE PR-S    3 |
| S► | 3 | 4 | | 3 | 2 | | | 4 | NAT'L GRADE PR-S   12 |

## TEST RECORD FOR GRADES 3, 6, 9, 11, AND 12

CATION

| DATE DAY YR. | NAME OF TEST | READING # Skills Tested | # Skills Mast. | LANGUAGE # Skills Tested | # Skills Mast. | MATH # Skills Tested | # Skills Mast. | WRITING # Skills Tested | # Skills Mast. | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|

SELMA CITY SCHOOLS
SPECIAL EDUCATION PROGRAM
P.O. BOX F
SELMA, AL 36702-0318
(205) 874-1613


*365*   #7
Ms. Marzette Reeves
2128 Selma Ave.

MULTIDISCIPLINARY ELIGIBILITY REPORT

STUDENT'S NAME *Matthew Reeves*            SCHOOL   *EE*

BIRTHDATE *12-13-77*        DATE   *7-30-92*     TIME *2:43*

REFERRAL DATE *4-16-92* PERMISSION TO TEST/"STUDENT RIGHTS" DATE *4-21-92*

| AREA | DATE | ASSESSMENT INSTRUMENT, SCORES AND RESULTS |
|---|---|---|
| VISION | 4-29-92 | Snellen: ___ within normal limits without glasses<br>___ within normal limits with glasses<br>___ problem but corrected as much as possible<br>___ problem but glasses will not help |
| HEARING | 4-24-92 | Puretone Audiometer:<br>✓ within normal limits<br>___ slight problem but should not affect testing<br>___ problem--student wears hearing aid |
| INTELLIGENCE | 6-8-92 | WISC-R:  V = 75   P = 74   FS = 73<br>Binet:  IQ = _____ CA = _____ MA = _____ |
| COGNITION | | |
| BEHAVIOR | 4-16-92 | 0      3      16  B Gchan<br>Burks:  NS = 1   S = 3   VS = 15   Solomon<br>        4        11        8   Lovett<br>Devereux:  Scales beyond 1 SD = _____ |
| ADAPTIVE BEHAVIOR | | NABC:  SH = _____  HL = _____  IL = _____<br>SS = _____  SM = _____  LC = _____ |
| FINE MOTOR | | |
| GROSS MOTOR | | |
| HEARING | | Tympanometer _____ pass _____ fail |

# MULTIDISCIPLINARY ELIGIBILITY REPORT

page

| AREA | DATE | ASSESSMENT INSTRUMENT, SCORES AND RESULTS |
|------|------|--------------------------------------------|
| MEDICAL | | |
| DISADVANTAGED GIFTED CHECKLIST | | |
| ARTICULATION | | Arizona Articulation Proficiency Scale:<br>_____ passed _____ mild _____ moderate _____ severe |
| FLUENCY | | Stuttering Severity Index:<br>_____ very _____ mild _____ moderate _____ severe _____ very<br>mild                                                                   severe |
| VOICE | | _____ within normal limits _____ medical referral |
| LANGUAGE (Receptive) | | Peabody Picture Vocabulary Test-Revised<br><br>C.A.         L.A. |
| DEVELOPMENTAL SCALES | | |
| VISUAL PERCEPTION | | |
| AUDITORY PERCEPTION | | |
| OBSERVATION | 4-15-92 | few clicks |
| LANGUAGE (Expressive) | | OLSIST-F  Oral Language Sentence Imitation<br>Screening Test<br>_____ pass _____ borderline _____ fail |

347

| AREA | DATE | ASSESSMENT INSTRUMENT, SCORES AND RESULTS |
|------|------|-------------------------------------------|
| ENVIRONMENTAL, CULTURAL, ECONOMIC CONCERNS CHECKLIST | 5-13-92 | C ✓ J |
| ORAL EXPRESSION | | |
| WRITTEN EXPRESSION | | |
| LISTENING COMPREHENSION | | |
| BASIC READING SKILLS | | Woodcock-R:  Total Reading Cluster:<br>GP = ___  GE = ___  AE = ___  SS = ___<br>Basic Skills Cluster:<br>GE = ___  AE = ___  SS = ___ |
| READING COMPREHENSION | | Woodcock-R:  Reading Comprehension Cluster<br>GE = ___  AE = ___  SS = ___ |
| MATHEMATICAL CALCULATION | | KeyMath-R:  Total Score:<br>GP = ___  GE = ___  AE = ___  SS = ___<br>Basic Concepts:<br>GE = ___  AE = ___  SS = ___ |
| MATHEMATICAL REASONING | | KeyMath-R   Operations:  GE = ___  AE = ___  SS = ___<br>Applications:  GE = ___  AE = ___  SS = ___ |
| WORK SAMPLES | 5-92 | See attached |
| OTHER | 6-8-92 | WRAT-R:  GP = 6.1<br>GE for Reading = 3E  Spelling = 3B  Arithmetic = 6B |

(over)

See discipline reports
See excessive absence report

MULTIDISCIPLINARY ELIGIBILITY REPORT                              369        page 4

| L.D.<br>ONLY | 1. There is a severe discrepancy between this student's educational performance and/or achievement for his/her age and ability level.    YES [ ]    NO [ ] |

2. Area(s) of discrepancy: _____

3. Relevant behaviors noted during the classroom observation(s) if not summarized on attached report(s): _____
   _____
   _____

4. Educationally relevant medical findings, if any: _____

5. The following factors have been ruled out as the primary cause of the impairment: (check all that apply)
   [ ] Environmental/Cultural/Economic Disadvantage
   [ ] Mental Retardation        [ ] Emotional Disturbance
   [ ] Visual/Hearing Handicaps  [ ] Motor Handicap

CONCLUSIONS OF THE ELIGIBILITY DETERMINATION COMMITTEE:

This child is eligible for EC services.

ELIGIBLE   YES [✓]  NO [ ]

EXCEPTIONALITY: PRIMARY        EC _____
               SECONDARY _____

| | NAME | POSITION | DATE |
|---|---|---|---|

**369**

I AGREE with the conclusions written in this report.

| NAME | POSITION | DATE |
|---|---|---|
| Melton Hanson | SPEC or J. | 7-30-92 |
| Martha B. Locked | Psychometrist | 7-30-92 |
| Marista Jones | SP Ed Music | 7/30/92 |
| Paula Bonner | SLP | 7/30/92 |
| Gloria Jurell | Psychometric | 7-30-92 |
| | | |
| | | |
| | | |
| | | |

I DO NOT AGREE with the conclusions written in this report. The attached statement represents my conclusions in this area.

| NAME | POSITION | DATE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**378**

unless the appropriate authorization is obtained.

## INDIVIDUAL INTELLECTUAL ASSESSMENT REPORT

NAME OF STUDENT: Matthew Reeves          SEX: Male    DATE OF BIRTH: 12-13-77

ADDRESS: 2128 Selma Ave.                 CITY/STATE: Selma, AL 36701

SCHOOL: East End                         GRADE: 5 (91-92)

EXAMINER: Martha Lockett                 EXAMINER'S NUMBER: 0591

CHRONOLOGICAL AGE: 14 yrs, 6 mos.        PARENT/S NAME: Ms. Marzetta Reeves

TEST DATE: 6-8-92                         TIME TESTING SESSION BEGAN: 8:30 a.m.

TEST ADMINISTERED: WISC-R                TIME TESTING SESSION ENDED: 9:35 a.m.

VERBAL SCORE: 75      PERFORMANCE SCORE: 74      FULL SCALE SCORE: 73 +/-3

REFERRAL: Matthew was referred for intellectual assessment by his teacher, Ms. Annie Lovett, so that data which would assist in making an eligibility determination concerning special education placement might be gathered. Specifically, referral statements declared that Matthew "has an adjustment problem to folkways, morals and laws of society which causes conflicts and problems for him and others in and around his environment."

BACKGROUND INFORMATION: This subject is a 14 1/2 year old black male who is short for his age and muscular. According to the pupil, there are four individuals residing in the home including one twelve year old brother, and an eleven year old sister. Matthew has been to Mt. Meigs. His probation officer is Ms. Smith. He repeated 1st grade. Matthew left the SCS in 1986 and returned in 1990 in the 4th grade. Records from Cincinnati are incomplete. He passed the 4th grade. In 8-91 he entered the 5th grade at Clark -- withdrew 10-91, and entered East End.

The examinee arrived for testing wearing clothes which were neat, clean, and appropriate. Matthew's mother was 30 minutes late for his evaluation.

A survey of this pupil's most recent group test scores revealed the following:

|  |  |  |
|---|---|---|
| 1991 SAT (G.P. 4) | Total Reading %ile | 3 |
|  | Total Language %ile | 4 |
|  | Total Math %ile | 41 |
|  | Complete Battery Total %ile | 10 |
| 1991 Otis-Lennon (G.P. 4) | SAI | No Attempt |

No physical handicaps were observed during the length of the session.

TESTING CONDITIONS AND TEST BEHAVIOR: Testing was done in a private room at East End. Conditions seemed favorable with adequate lighting, ventilation, space, and quietness. No interruptions occurred during the 65 minutes of the examination which was given on a Monday beginning at 8:30 a.m. and concluding at 9:35 a.m.

This particular test was selected for administration because it provides an appropriate norm-referenced group for comparison purposes and appears to assess those areas of intellect which are pertinent to cognitive processing while considering the pupil's individual needs and circumstances.



...throughout the length of the session. Matthew responded positively to the individual attention.

This pupil appeared to be attentive, cooperative, enthusiastic, and confident of his ability. He tried and was usually pleased with his effort. He knew when his answers were incorrect but was not unduly concerned.

TEST FINDINGS AND ANALYSIS: The results obtained on the individual subtests of this administration are presented below:

| VERBAL SCALED SCORES | | PERFORMANCE SCALED SCORES | |
|---|---|---|---|
| Information | 6 | Picture Completion | 9 |
| Similarities | 6 | Picture Arrangement | 1 |
| Arithmetic | 6 | Block Design | 8 |
| Vocabulary | 6 | Object Assembly | 6 |
| Comprehension | 6 | Coding | 7 |
| Digit Span | 7 | | |

On this administration of the WISC-R, Matthew obtained a Verbal I.Q. of 75, a Performance I.Q. of 74, and a Full Scale I.Q. of 73. When this latter score is employed for classification purposes, the examinee falls within the Borderline range of intellectual functioning as defined by Wechsler. Such a score falls at the 4th percentile. This means that Matthew performed better on this test than 4 of every 100 students his age who might take it. The mean on the WISC-R is 10 with a standard deviation of 3.

All Verbal subtests are below the norm. He evidences consistant performance in all areas measured. Matthew's fund of general information is significantly below the norm. Similarities indicates difficulty in dealing in abstract thought. His mastery of general Arithmetic skills is very weak. Vocabulary indicates difficulty in using words and understanding their meanings. Comprehension indicates significant problems in common sense judgment and reasoning skills. Digit Span indicates below average ability to attend.

Performance scores evidence a significant spread of 8 scaled points. Picture Completion is his strongest area reflecting rather average ability to distinguish essential from non-essential data. Block Design and Coding indicate slightly below average perceptual organizational skills and new rote learning skills. Object Assembly shows below average ability to synthesize data and see spatial relationships. His greatest weakness is Picture Arrangement. With a raw score of 7, Matthew has severe deficiencies in non-verbal social intelligence skills and his ability to see consequences.

RECOMMENDATIONS: The scores obtained on this administration of the test are judged to be a valid assessment of this student's abilities.

The Eligibility Determination Committee should review these test results along with other available pertinent data before making a decision regarding this pupil's eligibility for special education placement.

Psychometrist's Signature

372

Silver Burdett-World Of Reading

Student's Name _____ *Mathew Reeves* _____

| | Textbook Title and | Level | Date Completed | Current Grade | Teacher's Signature |
|---|---|---|---|---|---|
| K | Clap Your Hands | R | -------- | -------- | -------- |
| 1 | All Through The Town | 1 | -------- | -------- | -------- |
| | Out Came The Sun | 2 | -------- | -------- | -------- |
| | Morning Bells | 3 | -------- | -------- | -------- |
| 1 | Make A Wish | 4 | | | |
| | Unit 1 | | -------- | -------- | -------- |
| | Unit 2 | | -------- | -------- | -------- |
| 1 | A New Day | 5 | | | |
| | Unit 1 | | -------- | -------- | -------- |
| | Unit 2 | | -------- | -------- | -------- |
| 2 | Garden Gates | 6 | | | |
| | Unit 1 | | -------- | -------- | -------- |
| | Unit 2 | | -------- | -------- | -------- |
| | Unit 3 | | -------- | -------- | -------- |
| | Unit 4 | | -------- | -------- | -------- |
| 2 | Going Places | 7 | | | |
| | Unit 1 | | -------- | -------- | -------- |
| | Unit 2 | | -------- | -------- | -------- |
| | Unit 3 | | -------- | -------- | -------- |
| | Unit 4 | | -------- | -------- | -------- |
| 3 | Castles Of Sand | 8 | | | |
| | Unit 1 | | -------- | -------- | -------- |
| | Unit 2 | | -------- | -------- | -------- |
| | Unit 3 | | -------- | -------- | -------- |
| | Unit 4 | | -------- | -------- | -------- |
| 3 | Horizons | 9 | | | |
| | Unit 1 | | -------- | -------- | -------- |
| | Unit 2 | | -------- | -------- | -------- |
| | Unit 3 | | -------- | -------- | -------- |
| | Unit 4 | | -------- | -------- | -------- |
| 4 | Silver Secrets | 10 | | | |
| | Unit 1 | | -------- | -------- | -------- |
| | Unit 2 | | -------- | -------- | -------- |
| | Unit 3 | | -------- | -------- | -------- |
| | Unit ④ ECRI | | 5/30/91 | 4 | B. Nichols |
| 5 | Dream Chasers | 11 | | | |
| | Unit 1 | | -------- | -------- | -------- |
| | Unit 2 | | -------- | -------- | -------- |
| | Unit 3 | | -------- | -------- | -------- |
| | Unit 4 | | -------- | -------- | -------- |
| 6 | Wind By The Sea | 12 | | | |
| | Unit 1 | | -------- | -------- | -------- |
| | Unit 2 | | -------- | -------- | -------- |
| | Unit 3 | | -------- | -------- | -------- |
| | Unit 4 | | -------- | -------- | -------- |

373

Reeves, Mathew Gerro
(Last)  (First)  (Middle)

Selma Public Schools
Selma, Alabama

Date of Birth  12  13  1977
(Month)  (Day)  (Year)

B_____  Sex  M_____

ELEMENTARY

Place of Birth  Selma  AL.
(City)  (State)

Achievement Test Record for Grades 3-6

| Tester | School | Affix presscore labels here |
|--------|--------|------------------------------|
| hols | Clark | |

STANFORD Achievement Test Series, Eighth Edition
ALABAMA STATEWIDE TESTING PROGRAM
MATTHE G REEVES          GRADE 04
CLARK ELEM               TEST DATE 04/11/91          SEX M
SELMA CITY               LEVEL INTERMEDIATE 1     FORM K
                         1988 NORMS SPRING          GR 04   NATIONAL
                         Normative Data © 1988 by HBJ

| SCORE TYPE | Total Rdg | Total Math | Total Lang | Sci-ence | Soc Sci | List-ening | Basic Batt | Compl Batt |
|------------|-----------|------------|------------|----------|---------|------------|------------|------------|
| NATL PR | 3 | 41 | 4 | 12 | 7 | 31 | 12 | 10 |
| NATL STANINE | 1 | 5 | 2 | 3 | 2 | 4 | 3 | 2 |

Otis-Lennon School Ability Test
Sixth Edition

SCHOOL ABILITY INDEX
NATIONAL AGE PR-S
NATIONAL GRADE PR-S

| | TOTAL | VERBAL | NON-VERBAL |
|---|-------|--------|------------|
| | NA² NA² 12-3 | NA² NA² 6-2 | NA² NA² 21-3 |

©1989 HBJ

374

(Confidential Information for use by Professional Personnel)

Parent/Guardian:  Fill in Sections 1-6 and sign

Does child have special health problem?  Yes ✓   No

2. Student's Name  Precise   Mathew   Genro
                 Last   First   Middle

3. M ✓ F   Date of Birth 12/17/89  School  Has Birth Certificate on File  Yes ✓ No

4. Parent/Guardian Margetta Reeve Address 114 Satterfield Telephone 872-85.....

5.       Significant Health History  (Record year and other details briefly)

| | |
|---|---|
| Asthma — little bit | Heart Disease |
| Birth Defect | Hepatitis |
| Bone, Joint, or Muscle Problems | Rheumatic Fever |
| Cerebral Palsy | Seizures (Convulsions, Fits) |
| Chickenpox | Sickle Cell Disease |
| Diabetes | Tuberculosis |
| Emotional or Mental Illness | Other |
| Severe Allergies Hayfever sinus | Eye Problems wea of glasses |
| Bee Sting Requiring Treatment | Hearing Problems |
| Medications Hip | Speech Problems |

6.       Immunizations and Tests

Certificate of Immunization on File  Yes ✓ No

Medical or Religious Exemption Baptist Dr. Beatty Dr. P. Miller
                    Roy S. Kelly

Date of last TB Skin Test

                Manetta Reeves
                Signature

                8/20/90
                Date

Name Reeves                Mathew
        Last              First                    Middle

(M) F   Race Black        Birth Date 12-13-77      Birth Registered

1. Address Annie Lou Wade   Tel. No. 872-7204   Family Physician Lett Patrick
                                                Dentist Russel Jr.
2. Address C        Lamar     Tel. No. 872-4728   School

3. Address                    Tel. No.

Mother Reeves    Marzetta
        Last Name    First      Middle              Occupation

Father Reeves    Anthony
        Last Name    First      Middle              Occupation

Number of Sisters  1.                    Number of Brothers  1

IMMUNIZATIONS AND TESTS

| DPT/DT | Tetanus | Mumps | Rubeola (Measles) | Rubella | Polio | Tuberculin | Other |
|--------|---------|-------|-------------------|---------|-------|------------|-------|
|        |         |       |                   |         |       |            |       |
|        |         |       |                   |         |       |            |       |
|        |         |       |                   |         |       |            |       |

HISTORY OF DISEASES    Record Details in "Progress Record"

| | |
|---|---|
| Chicken Pox | Pneumonia |
| Measles | Malaria |
| German Measles | Rheumatic Fever |
| Mumps | Tuberculosis or Contacts |
| Whooping Cough | Hepatitis |
| Allergies | Convulsions |
| Eczema | Hearing Defects |
| Asthma | Vision Defects |
| Colds: Frequency | Operations |
| Sore Throat | Heart Disease |
| Tonsillitis | Headache |
| Bronchitis | Emotional Behavior |
| Digestive Disturbance | Diet-Type, Irregularities |
| Diabetes | Speech |
| Otitis Media, Infection in ear | Scarlet Fever |
| Other | |

I request that my child, whose name is on this
record, receive routine physical examination
and tests as recommended by the City
School Board of Selma

Signed Marzetta Reeves

Date 8-30-84

376

P.O. Box F
SELMA, AL 36702-0318

## REQUEST FOR INVESTIGATION

DATE _May 7, 1991_

NAME _Mathew Reeves_          SCHOOL _Clark_

ADDRESS _2128 Selma Ave._ (Aunt) _11 A Satterfield_ Mother PHONE _none_
_Selma, AL._

Father's name _Anthony Richardson_   Mother's name _Marzetta Reeves_

Business Address _____—_____   Business Address _____—_____

Phone Number _____—_____   Phone Number _____

Guardian's name _____—_____

Nature of problem _Reports are the child has chicken pox_
_but has been seen by other students in several_
_places around town._

Dates of absences _3/15, 4/29, 5/1, 5/2, 5/3, 5/6, 5/7_

Total absences to date _18    (11 at Byrd before transferring- 9 were unexcused)_

Dates of tardies _3/4, 3/29, 4/1, 4/3, 4/8, 4/11 - also 5 Tardies from Byrd._

Child's birthdate _12/13/77_          Grade _4_

Result of school's effort to contact parents; Please be specific

_The aunt nor the mother has a telephone. We have_
_not been able to contact either. The child_
_lives with his aunt and, also, at times,_
_with his mother._

_Becky Nichols_
**Teacher**

_____
**Principal**

**377**

**SELMA PUBLIC SCHOOLS**
OFFICE OF THE SUPERINTENDENT
P.O. Box F
SELMA, AL 36702-0318

Date _May 7, 1991_

Dear _Ms. Reeves_,

    Our records show that your child,
has now accumulated a total of five absences which appear to
be unexcused.  It is our duty to inform you of your responsi-
bility in this case.

    According to the new Judicial Article, failure on the part
of a parent or guardian to cause a child to attend school as
required by the compulsory attendance law may result in a fine
of up to $500.00 or a jail sentence not to exceed twelve months.

    We shall be glad to discuss your child's attendance problems
with you and to offer you the assistance of any member of the
Selma Public Schools staff.

                              Sincerely yours,

                              Principal
                              Clark Elementary School

                              Attendance Supervisor

                              Superintendent

378
Nichols

1990-91

## SELMA CITY SCHOOLS
Request for Admission

### CLARK ELEMENTARY SCHOOL

1. Child's legal name _Mathew Goerro Reeves_ Grade _4th_

2. Child's sex _M_   Child's race _B_   What to call child _Mat_

3. Child's date of birth _12/12/77_ 12/13/77 place _Selma_   _Ala._
   (City)   (State)

4. Child's address _2128 Selma ave._   Phone no. _857-7209_
   872-3522 - Patricia

5. Is the address outside the city limits? _____

6. Father's name _Richardson_   _Anthony_   _____
   (Last)   (First)   (Middle)

7. Mother's Name _Reeves_   _Marzetta_   _____
   (Last)   (First)   (Maiden)

8. Name and phone of other person to contact in emergency _Annie Lee Wade-87_

9. Highest grade attended by mother _11_ by father _12th_

10. Father's employer _Unemployed_   Phone _New Yr_

11. Mother's employer _Unemployed_   Phone: _N/A_

12. Is any member of the family federally connected?  Yes _____   No _X_
    (in armed services or working on federal property)

13. Pupil lives with:  both parents _____, father _____, mother _✓_, others _✓_

14. Parent's address, if different from child's _11A Satterfield_

15. Name & address of last school attended by child _Byrd - Selma_

16. Has child ever attended Selma City Schools? _yes_ If so, where? _____

17. Has child ever received special services such as speech, special education? _no_

18. How many older children in family? _____ How many younger? _2_

19. Does child have the certificate of immunization required by Alabama law? _yes_

20. Name of family physician _Dr. P. Miller_

21. Does your family receive DPS assistance? _yes_ Name of case worker _Ms. Rees_

----

I hereby authorize the Selma City Schools to receive or to release school records, health records, achievement test results, and any other information beneficial to the teacher on: _____ Mather A Q _____

Name **Reeves, Mathew Gerro**
(Last) (First) (Middle)

Selma Public Schools
Selma, Alabama

Date of Birth **12** **13** **1977**
(Month) (Day) (Year)

Race **B** Sex **M**

**ELEMENTARY**

Place of Birth **Selma** **AL.**
(City) (State)

Achievement Test Record for Grades 3-6

Afflx presscore labels here

| Name of Tester | School | |
|---|---|---|
| S. Nichols | Clark | |

STANFORD Achievement Test Series, Eighth Edition
ALABAMA STATEWIDE TESTING PROGRAM
MATTHE. G. REEVES          GRADE 04          SEX M
CLARK ELEM               TEST DATE 04/11/91
SELMA CITY               LEVEL INTERMEDIATE 1   FORM K
                         1988 NORMS SPRING   GR 04 NATIONAL
                         Normative Data © 1988 by HBJ

| SCORE TYPE | Total Rdg | Total Math | Total Lang | Sci-ence | Soc Sci | List-ening | Basic Batt | Compl Batt |
|---|---|---|---|---|---|---|---|---|
| NATL PR | 3 | 41 | 4 | 1 | 7 | 31 | 1 | 10 |
| NATL STANINE | 1 | 5 | 2 | 5 | 2 | 4 | 3 | 2 |

Otis-Lennon School Ability Test  Sixth Edition
SCHOOL ABILITY INDEX
NATIONAL AGE PR-S
NATIONAL GRADE PR-S

| TOTAL | VERBAL | NON-VERBAL |
|---|---|---|
| NA² | NA² | NA² |
| NA² | NA² | NA² |
| 12-3 | 6-2 | 21-3 |

©1989 HBJ

STANFORD Achievement Test Series, Eighth Edition
ALABAMA STATEWIDE TESTING PROGRAM
MATTHE  REEVES          GRADE 05          SEX M
EAST END ELEM           TEST DATE 04/10/92
SELMA CITY              LEVEL INTERMEDIATE 2   FORM K
                        1988 NORMS SPRING   GR 05 NATIONAL
                        Normative Data © 1989 by HBJ

Otis-Lennon School Ability Test  Sixth Edition

| SCORE TYPE | Total Rdg | Total Math | Total Lang | Sci-ence | Soc Sci | List-ening | Basic Batt | Compl Batt |
|---|---|---|---|---|---|---|---|---|
| NATL PR | DNA | 13 | 6 | 3 | 6 | 4 | DNA | DNA |
| NATL STANINE | | 5 | 2 | 1 | 2 | 2 | | |

©1989 HBJ

| ) Lovett | East End | |

**37'**

380

n SS—416 (Rev. 7-66)    **NOTICE OF TRANSFER—ALABAMA**    Original-White
:00-0713-250M-220-5-74AL                                        Duplicate-Blue
                                                                Triplicate-Yellow

| | Last Name | First | Middle | Grade | Age | Sex | | | Race | |
|---|---|---|---|---|---|---|---|---|---|---|
| PIL | Reeves | Mathew | Gerro | 4 | | (B) | G | W | (N-W) | |
| RENT OR RDIAN | Reeves | Marzetta | (NMI) | | Occupation | | | | | |

| Data from School System Child is Leaving | Data on School System Child is Entering |
|---|---|
| NAME OF SCHOOL _Byrd_ | 13. •NEW HOME ADDRESS ~~2128 Selma Ave.~~ |
| CITY OR P.O. _Selma_ | 14. •NAME OF SCHOOL _Clark_ |
| COUNTY _Dallas_ | 15. •CITY & STATE _Selma, Al._ |
| THIS REPORT MADE BY _A. Thmpx_ DATE ____ | 16. •COUNTY _Dallas_ |
| DATE OF LAST ATTENDANCE _Feb. 23, 1991_ | 17. •NAME OF PRIN. _A. Larkin_ |
| NO. DAYS ON ROLL _117_  7. NO. DAYS PRES. _106_ | 18. DATE CHILD ENTERED ____ |
| TIMES TARDY _5_   9. UNEXCUSED ABS. _9_ | 19. SIG. ATT. SUPVSR. ____ |
| SEND RECORDS (Check  ) DATE SENT ____ | Make in Triplicate. Send Original to New Principal. Send Duplicate to your Attendance Supervisor. Retain Triplicate. |
| WITHDRAW PUPIL ON (DATE) _Feb. 25, 1991_ | •Data if available should be entered by the sending teacher or principal.  Be sure to get new address. |
| SIGNATURE OF PRIN. _M R Hobbs_ | Items 11 and 19 to be entered by Attendance Supervisor. |

# STANFORD

**381**

## ACHIEVEMENT TEST SERIES, EIGHTH EDITION
## WITH OTIS-LENNON SCHOOL ABILITY TEST, SIXTH EDITION

STUDENT SKILLS ANALYSIS
FOR
MATTHE G REEVES
STUDENT #    423157683

|  |  | 1988 NORMS: | STANFORD GRADE 04 | OLSAT GRADE 04 |
|---|---|---|---|---|
| SCHOOL: | CLARK ELEM | GRADE: 04 | SPRING | NATIONAL | NATIONAL |
| SCHOOL CODE: 191030 | | TEST DATE: | LEVEL: | INTERMED 1 | E |
| DISTRICT: | SELMA CITY | 04/91 | FORM: | K | 1 |

| TESTS | NO. OF ITEMS | RAW SCORE | SCALED SCORE | NATL PR-S | NATL NCE | STATE PR-S | AAC RANGE | NATIONAL GRADE PERCENTILE BANDS |
|---|---|---|---|---|---|---|---|---|
| Total Reading | 94 | 23 | 557 | 3-1 | 10.4 | 3-1 | LOW | |
| Vocabulary | 40 | 14 | 577 | 13-3 | 26.3 | 15-3 | MIDDLE | |
| Reading Comp. | 54 | 9 | 538 | 1-1 | 1.0 | 1-1 | LOW | |
| Total Math | 118 | 70 | 614 | 41-5 | 45.2 | 45-5 | HIGH | |
| Concepts of No. | 34 | 18 | 605 | 32-4 | 40.1 | 39-4 | MIDDLE | |
| Computation | 44 | 34 | 648 | 69-6 | 60.4 | 66-6 | HIGH | |
| Applications | 40 | 18 | 591 | 26-4 | 36.5 | 32-4 | MIDDLE | |
| Total Language | 60 | 18 | 557 | 4-2 | 13.1 | 4-2 | LOW | |
| Lang Mechanics | 30 | 9 | 548 | 3-1 | 10.4 | 3-1 | LOW | |
| Lang Expression | 30 | 9 | 566 | 9-2 | 21.8 | 9-2 | LOW | |
| Spelling | 40 | 10 | 566 | 5-2 | 15.4 | 5-2 | LOW | |
| Study Skills | 30 | 9 | 564 | 8-2 | 20.4 | 6-2 | LOW | |
| Science | 50 | 18 | 575 | 12-3 | 25.3 | 15-3 | MIDDLE | |
| Social Science | 50 | 13 | 556 | 7-2 | 18.9 | 6-2 | LOW | |
| Listening | 45 | 25 | 608 | 31-4 | 39.6 | 38-4 | MIDDLE | |
| Using Information | 70 | 23 | 570 | 7-2 | 18.9 | 6-2 | LOW | |
| Thinking Skills | 101 | 34 | 570 | 11-3 | 24.2 | 13-3 | MIDDLE | |
| Basic Battery | 387 | 155 | 581 | 12-3 | 25.3 | 12-3 | MIDDLE | |
| Complete Battery | 487 | 186 | 579 | 10-2 | 23.0 | 10-2 | LOW | |

| OTIS-LENNON SCHOOL ABILITY TEST | NO. OF ITEMS | RAW SCORE | SAI | AGE PR-S | SCALED SCORE | NATL GRADE PR-S | 1   10   30   50   70   90   99 |
|---|---|---|---|---|---|---|---|
| Total | 72 | 20 | NA2 | NA2 | 561 | 12-3 | |
| Verbal | 36 | 8 | NA2 | NA2 | 549 | 6-2 | |
| Nonverbal | 36 | 12 | NA2 | NA2 | 570 | 21-3 | |

AGE UNKNOWN

| READING GROUP | LANGUAGE ARTS GROUP | MATHEMATICS GROUP | COMMUNICATIONS GROUP |
|---|---|---|---|
| Comprehension | Language Mechanics | Concepts | Reading |

| CONTENT CLUSTERS | RAW SCORE/ NUMBER OF ITEMS | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE |
|---|---|---|---|---|
| Reading Vocabulary | 14/40 | ✓ | | |
| Synonyms | 7/24 | ✓ | | |
| Context | 3/8 | ✓ | | |
| Multiple Meanings | 4/8 | | ✓ | |
| Reading Comprehension | 9/54 | ✓ | | |
| Recreational | 1/18 | ✓ | | |
| Textual | 4/18 | ✓ | | |
| Functional | 4/18 | ✓ | | |
| Literal | 4/21 | ✓ | | |
| Inferential | 4/26 | ✓ | | |
| Critical | 1/7 | ✓ | | |
| Concepts of Number | 18/34 | | ✓ | |
| Whole Numbers | 8/16 | ✓ | | |
| Fractions | 3/4 | | | ✓ |
| Decimals | 3/3 | | H/ | |
| Operations and Properties | 4/11 | ✓ | | |
| Mathematics Computation | 34/44 | | ✓ | |
| Add and Subtract/Whole Nos | 11/12 | | ✓ | |
| Multiplication/Whole Numbers | 6/12 | | | ✓ |
| Division/Whole Numbers | 10/10 | | ✓ | |
| Add and Subtract/Decimals | 5/6 | | ✓ | |
| Add and Subtract/Fractions | 2/4 | | ✓ | |
| Mathematics Applications | 18/40 | | ✓ | |
| Problem Solving | 11/22 | | ✓ | |
| Graphs and Charts | 1/6 | ✓ | | |
| Geometry/Measurement | 6/12 | | ✓ | |

| CONTENT CLUSTERS | RAW SCORE/ NUMBER OF ITEMS | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE |
|---|---|---|---|---|
| Language Mechanics | 9/30 | ✓ | | |
| Capitalization | 2/7 | ✓ | | |
| Punctuation | 4/11 | ✓ | | |
| Applied Grammar | 3/12 | ✓ | | |
| Language Expression | 9/30 | ✓ | | |
| Sentence Correctness | 6/20 | ✓ | | |
| Sentence Effectiveness | 3/10 | ✓ | | |
| Spelling | 10/40 | ✓ | | |
| Study Skills | 9/30 | ✓ | | |
| Library/Reference Skills | 6/17 | ✓ | | |
| Information Skills | 3/13 | ✓ | | |
| Science | 18/50 | ✓ | | |
| Physical Science | 8/16 | | ✓ | |
| Biological Science | 6/20 | ✓ | | |
| Earth/Space Science | 4/14 | ✓ | | |
| Social Science | 13/50 | ✓ | | |
| Geography | 3/13 | ✓ | | |
| History | 2/8 | ✓ | | |
| Political Science | 3/10 | ✓ | | |
| Economics | 3/10 | ✓ | | |
| Psych/Sociol/Anthro | 2/9 | ✓ | | |
| Listening | 25/45 | | ✓ | |
| Vocabulary | 8/15 | | ✓ | |
| Listening Comprehension | 17/30 | | ✓ | |
| Using Information | 23/70 | ✓ | | |
| Thinking Skills | 34/101 | ✓ | | |

Scores based on Normative Data Copyright © 1988 by Harcourt Brace Javanovich Inc. All rights reserved.

COPY 01

PROCESS NO. 19191109-0098-02482-1

382



BYRD ELEMENTARY SCHOOL
Selma, Alabama 36701

626 Lapsley Street

October 10, 1990

Miss Marzetta Reeves
11A Satterfield
Selma, Alabama 36701

Dear Miss Reeves:

    Matthew cannot return to school
until Friday, October 12, due to
hitting another child. At this time,
he must be accompanied by you in order
for us to have a conference regarding
his behavior.

    Sincerely,

    A. Ross Hobbs, Principal

383



625 Lapsley Street

BYRD ELEMENTARY SCHOOL

"HISTORIC SELMA"

Selma, Alabama 3670

September 6, 1990

Miss Marzetta Reeves

    Matthew's behavior is unbecoming a student at Byrd School.  He cannot return to school until Monday, September 10, 1990.

    If you would like a conference with the teacher, please call Byrd School, 874-1620.

Sincerely,

A. Ross Hobbs, Principal

384

3104 OLD MONTGOMERY HIGHWAY
SELMA, ALABAMA 36701

PRINCIPAL
CAROLYN D. TROLINGER

TELEPHONE
874-9566

Aug 13, 1987
DATE ENROLLED

TO: Clark Elementary School
405 Lawrence
Selma, Al 36701

THE FOLLOWING STUDENTS HAVE ENROLLED IN OUR SCHOOL:

| Student's name | Date of Birth | Grade enrolled |
|---|---|---|
| Reeves, Julius | 12/31/79 | 2nd |
| Reeves, Mathew | 12/13/77 | 3rd |
| | | |
| | | |
| | | |

PLEASE SEND THE FOLLOWING INFORMATION TO US:

_____ Blue immunization certificate/immunization records

_____ Birth certificate (copy of valid birth certificate)

___✓___ Transcript/Student Records

___✓___ Achievement tests profile sheets

_____ Attendance records for the current year

___✓___ ALL special education material (including IEP, psychological, etc.), if any

_____ COMPLETE cumulative folder (including reading card, math card, birth certi-
ficate, blue immunization certificate, complete special education folder, etc.)
if transferring within Dallas County School System.

Mailed 1/16/87 J.C.

I hereby authorize the release of the above requested records for the above student(s).

Manetta Reeves
Signature of Parent or Guardian

Carolyn D. Trolinger
Carolyn D. Trolinger, Principal

OTIS-LENNON SCHOOL ABILITY TEST   ANNIE G REEVES

STANFORD NORMS GR 2.8   LEVEL PRIM 2   FORM F
OLSAT NORMS GR   SPRING   LEVEL PRIM   FORM S

| NUMBER OF ITEMS | RAW SCORE | NATL PR-S | STATE PR-S | NATL NCE | ACHIEVMNT ABILITY COMPARISN | NATIONAL PERCENTILE BANDS |
|---|---|---|---|---|---|---|
| STUDY SKILLS 48 | 16 | 2-1 | 1-1 | 6.7 | LOW | |
| READING 33 | 21 | 25-4 | 22-3 | 35.8 | MIDDLE | |
| READING COMPREHENSION 40 | 23 | 24-4 | 21-3 | 35.1 | MIDDLE | |
| VOCABULARY 35 | 20 | 33-4 | 34-4 | 40.7 | MIDDLE | |
| LISTENING COMPREHENSION 30 | 19 | 34-4 | 29-4 | 41.3 | MIDDLE | |
| SPELLING 30 | 17 | 40-5 | 27-4 | 44.7 | MIDDLE | |
| CONCEPTS OF NUMBER 34 | 19 | 26-4 | 16-3 | 36.5 | MIDDLE | |
| COMPUTATION 38 | 22 | 26-4 | 17-3 | 36.5 | MIDDLE | |
| APPLICATIONS 36 | 19 | 15-3 | 15-3 | 28.2 | MIDDLE | |
| ENVIRONMENT 27 | 12 | 7-2 | 3-1 | 18.9 | LOW | |
| READING 73 | 44 | 25-4 | 21-3 | 35.8 | MIDDLE | |
| TOTAL READING 121 | 60 | 13-3 | 11-3 | 26.3 | MIDDLE | |
| TOTAL LISTENING 65 | 39 | 34-4 | 31-4 | 41.3 | MIDDLE | |
| TOTAL MATHEMATICS 108 | 60 | 22-3 | 14-3 | 33.7 | MIDDLE | |
| COMPLETE BATTERY TOTAL 351 | 188 | 26-4 | 19-3 | 36.2 | NA² | |

| | | | | | |
| OTIS-LENNON | AGE | 3-1 | | RS=29 | |
| SCHOOL ABILITY TEST | GRADE | 12-3 | | SAI= 69 | |

BIRTHDATE DEC. 13, 1977
CHAPTER I/M

READING SKILLS GROUP 1 DECODING

| CONTENT CLUSTERS | RAW SCORE/# ATTMPD/# ITMS | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE | CONTENT CLUSTERS | RAW SCORE/# ATTMPD/# ITMS | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE |
|---|---|---|---|---|---|---|---|---|---|
| STUDY SKILLS | 16/48/48 | ✓ | | | ENVIRONMENT | 12/27/27 | ✓ | | |
| Structural Analysis | 8/12/12 | ✓ | | | The Social Environment | 6/14/14 | ✓ | | |
| Phonetic Analysis -- Consonants | 5/18/18 | ✓ | | | The Natural Environment | 6/13/13 | ✓ | | |
| Phonetic Analysis -- Vowels | 3/18/18 | ✓ | | | | | | | |
| READING | 21/33/33 | | ✓ | | | | | | |
| READING COMPREHENSION | 23/37/40 | ✓ | | | | | | | |
| VOCABULARY | 20/35/35 | | ✓ | | | | | | |
| LISTENING COMPREHENSION | 19/30/30 | | ✓ | | | | | | |
| Retention | 9/15/15 | | ✓ | | | | | | |
| Organization | 10/15/15 | | ✓ | | | | | | |
| SPELLING | 17/30/30 | | ✓ | | | | | | |
| Sight Words | 5/ 6/ 6 | | H | | | | | | |
| Phonetic Principles | 10/16/16 | | ✓ | | | | | | |
| Structural Principles | 2/ 8/ 8 | ✓ | | | | | | | |
| CONCEPTS OF NUMBER | 19/34/34 | | ✓ | | | | | | |
| Whole Numbers | 3/ 6/ 6 | ✓ | | | | | | | |
| Place Value | 8/15/15 | | ✓ | | | | | | |
| Fractions | 2/ 3/ 3 | | ✓ | | | | | | |
| Operations and Properties | 6/10/10 | | ✓ | | | | | | |
| MATHEMATICS COMPUTATION | 22/37/38 | | ✓ | | | | | | |
| Addition with Whole Numbers | 14/16/16 | | ✓ | | | | | | |
| Subtraction with Whole Numbers | 8/16/16 | | ✓ | | | | | | |
| Multiplication with Whole Numbers | 0/ 5/ 6 | ✓ | | | | | | | |
| MATHEMATICS APPLICATIONS | 19/36/36 | ✓ | | | | | | | |
| Problem Solving | 5/15/15 | | ✓ | | | | | | |
| Geometry/Measurement | 10/15/15 | | ✓ | | | | | | |
| Graphs | 4/ 6/ 5 | | ✓ | | | | | | |

© 1987 by Harcourt Brace Jovanovich, Inc.
ALL RIGHTS RESERVED. Printed   See back for aids for interpretation

386

To whom it may conven,

Mathew Gerro Reeves have to have his imipramine to keep him from Been very active. It for him to proform better in class. He has to get it 3 times a day.

Mrs YM Reeves

9/22/86

387

My child, *Mathew Reeves* and I understand that if he/she commits a Class III violation of the Code of Conduct the principal **WILL** recommend to the superintendent that my child be expelled from school.

*Marzetta Reeves*
Signature of Parent/Guardian

*9/10/86*
Date

I understand that if I commit a Class III violation of the Code of Conduct the principal **WILL** recommend to the superintendent that I be expelled from school.

*Mathew Reeves*
*Mathew Reeves*
Signature

*9/10/86*
Date

Reeves                    Matthew
(LAST)                    (FIRST)

THIS FOLDER AND ITS CONTENTS COMPRISE A CONFIDENTIAL RECORD FOR PROFESSIONAL USE ONLY.

## ACHIEVEMENT AND MENTAL ABILITY TESTS FOR GRADES K THROUGH 3

| SCHOOL GRADE | DATE | | | NAME OF TEST | TEST FORM | GRADE PLACEMENT (STD. SCORE) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | MO. | DAY | YR. | | | | | | | |
| 1 | | | | | | | ALABAMA STATEWIDE TESTING PROGRAM | STUDENT REEVES    MATTHE G | READING | LANGUAGE SELMA CITY | MATHEMATICS | SCIENCE | SOC. ST. |

ALABAMA STATEWIDE TESTING PROGRAM

STUDENT REEVES    MATTHE G
SYSTEM SELMA CITY
SCHOOL CLARK EL
STANFORD LEVEL PRIMARY 1  FORM F

GRADE 1
AGE 8 YRS. 4 MOS.
TESTED APRIL 19
NORMS GRADE 1.8

### STANFORD ACHIEVEMENT TEST NATIONAL PERCENTILE RANKS AND STANINES

OTIS-LENNO SCHOOL ABILITY

| | TOTAL READING | TOTAL LISTENING | TOTAL LANGUAGE | TOTAL MATH | SCIENCE SOC. SCI. ENVIRON. | BASIC BATTERY | COMPLETE BATTERY | SCHOOL ABILITY INDEX |
|---|---|---|---|---|---|---|---|---|
| NAT'L PR▶ | 31 | 48 | | 16 | | | | NAT'L AGE PR-S |
| S▶ | 4 | 5 | | 3 | | | | NAT'L GRADE PR-S |

2

ALABAMA STATEWIDE TESTING PROGRAM

STUDENT REEVES    MATTHE G
SYSTEM SELMA CITY BOARD OF
SCHOOL CLARK EL
STANFORD LEVEL PRIMARY 2  FORM F

GRADE 2
AGE 9 YRS. 4 MOS.
TESTED APRIL 19
NORMS GRADE 2.8

### STANFORD ACHIEVEMENT TEST NATIONAL PERCENTILE RANKS AND STANINES

OTIS-LENNO SCHOOL ABILITY

| | TOTAL READING | TOTAL LISTENING | TOTAL LANGUAGE | TOTAL MATH | SCIENCE SOC. SCI. ENVIRON. | BASIC BATTERY | COMPLETE BATTERY | SCHOOL ABILITY INDEX |
|---|---|---|---|---|---|---|---|---|
| NAT'L PR▶ | 13 | 34 | | 22 | 7 | | 26 | NAT'L AGE PR-S |
| S▶ | 3 | 4 | | 3 | 2 | | 4 | NAT'L GRADE PR-S |

## TEST RECORD FOR GRADES 3, 6, 9, 11, AND 12

Y EDUCATION

| GRADE | DATE | | | NAME OF TEST | READING | | LANGUAGE | | MATH | | WRITING | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MO. | DAY | YR. | | # Skls Tested | # Skls Mast. | # Skls Tested | # Skls Mast. | # Skls Tested | # Skls Mast. | # Skls Tested | # Skls Mast. | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

388

CLARK JEL                    1911  0030    GRADE  1   TEST DATE  4/86              COPY 1
TEM  SELMA CITY                       STANFORD NORMS GR    LEVEL PRIM 1  FORM E    PROCESS NO
                                      NORM SGR    SPRING   LEVEL PRIM 1  FORM S    000372-003

| NUMBER OF ITEMS | RAW SCORE | NATL PR-S | STATE PR-S | NATL NCE | ACHIEVMNT ABILITY COMPARSN | NATIONAL PERCENTILE BANDS |
|---|---|---|---|---|---|---|
| STUDY SKILLS 36 | 23 | 27-4 | 23-4 | 37.1 | MIDDLE | |
| READING 33 | 22 | 31-4 | 35-4 | 39.6 | MIDDLE | |
| ING COMPREHENSION 40 | 26 | 38-4 | 37-4 | 43.6 | MIDDLE | |
| BULARY 38 | 24 | 48-5 | 46-5 | 48.9 | HIGH | |
| ENING COMPREHENSI 28 | 20 | 44-5 | 46-5 | 46.8 | HIGH | |
| ING 30 | 18 | 46-5 | 37-4 | 47.9 | MIDDLE | |
| EPTS OF NUMBER 34 | 17 | 13-3 | 13-3 | 26.3 | MIDDLE | |
| COMP & APPL 45 | 24 | 19-3 | 20-3 | 31.5 | MIDDLE | |
| ONMENT 27 | DNA | | | | | |
| NG 73 | 48 | 35-4 | 36-4 | 41.9 | MIDDLE | |
| READING 109 | 71 | 31-4 | 32-4 | 39.6 | MIDDLE | |
| LISTENING 65 | 44 | 48-5 | 46-5 | 48.9 | MIDDLE | |
| MATHEMATICS 79 | 41 | 16-3 | 16-3 | 29.1 | MIDDLE | |
| ETE BATTERY TOTAL 311 | DNA | | | | | |

| LENNON | AGE | 7-2 | | RS-36 |
| L ABILITY TEST | GRADE | 29-4 | | SAI 76 |

BIRTHDATE DEC 1, 1977
CHAPTER 1 N

NG SKILLS GROUP: DEVELOPMENTAL

| NT CLUSTERS | RAW SCORE/# ATTMPD/# ITMS | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE | CONTENT CLUSTERS | RAW SCORE/# ATTMPD/# ITMS | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE |
|---|---|---|---|---|---|---|---|---|---|
| STUDY SKILLS | 23/36/36 | | ✓ | | | | | | |
| uctural Analysis | 10/12/12 | | ✓ | | | | | | |
| netic Analysis -- Consonants | 8/12/12 | ✓ | | | | | | | |
| tic Analysis -- Vowels | 5/12/12 | ✓ | | | | | | | |
| READING | 22/33/3 | | ✓ | | | | | | |
| NG COMPREHENSION | 26/30/40 | | ✓ | | | | | | |
| ULARY | 24/38/4 | | ✓ | | | | | | |
| NING COMPREHENSION | 20/20/2 | | ✓ | | | | | | |
| ntion | 9/14/1 | | ✓ | | | | | | |
| nization | | | ✓ | | | | | | |
| ING | 18/30/3 | | | | | | | | |
| nt Words | 3/ 4/1 | | ✓ | | | | | | |
| etic Principles | 8/14/1 | | ✓ | | | | | | |
| atural Principles | 7/ 7/ | | | ✓ | | | | | |
| tterns | | | ✓ | | | | | | |
| tions and Properties | | | | | | | | | |
| MPUTATION & APPLICATIONS | 24/44/4 | ✓ | | | | | | | |
| tion with Whole Numbers | 7/12/1 | ✓ | | | | | | | |
| action with Whole Numbers | 6/12/1 | ✓ | | | | | | | |
| em Solving | 3/ 7/1 | ✓ | | | | | | | |
| try/Measurement | 8/14/1 | ✓ | | | | | | | |
| ocial Environment | | | | | | | | | |
| atural Environment | | | | | | | | | |

for aids for interpretation.

THE PSYCHOLOGICAL CORPORATION
HARCOURT BRACE JOVANOVICH, INC.

330

Ms. Manzetta Keene
5382 Halland Dr.
Cincinati Ohio 45222
3/19/85

Dear whom it may concern,
This is Manzetta Keene
Mathew Nerro Keene's mother
would you all please send
me a reported card or some
kind of reported on his grades
that he get before he left
Clark Elemekaly school
please. This is very important
Because this help distrus
his grades in order to go to
2nd grade next term. I
would appricate very dearly
if you all would cooperator
with us up here now.
Anything that you have on
Mathew files or on record
of him. Needs whatever
you have in a emegency.
Please send to me
Ms. Manzetta Keene
Mother of his will

391

(To Determine If There Is A Need For Student Services)

Directions:   Below are listed specialists who may be consulted to assist
in determining if there is a need for student services.
Based upon your concerns, indicate the specialist(s) with
whom you wish to consult.   COMPLETE the front of this form
in its entirity; and place the form in the specialist(s)
mailbox in your school.

X Psychologist         _____ Speech Pathologist

NAME: _Mathew Reeves_____   Student ID#_____   DOB: _12-12-77_

Sex: _M_  Race _B_  School: _Winton Terrace_ Grade: _1_  Teacher: _Evans_

PRESENT EDUCATIONAL PROGRAM:  Regular _X_  Special____

SPECIFIC REASONS FOR CONSULTATION (Indicate specific reasons/situations

which make you feel that consultation is needed.) _Mathew's family just_

_moved into the area from Alabama. He is having trouble functioning_

_in my slow class - he appears to be far behind the other children._

_His mother also indicated that he has emotional problems + was_

_being counseled in his other school_

What attempts/methods have been used thus far in resolving this

student's problems? _Indiv. attention given when possible, work_

_sent home_

_____

_____

What specific questions would you like answered about this student?

_Could he possibly fit into a D.H. program_

_____

_____

When would be a convenient time for you to meet with the specialist to

discuss this case and review the cumulative record? _before or after_

_school._

_____

_____

Form completed by:  Signature: _____

332

# CINCINNATI PUBLIC SCHOOLS

| STUDENT NAME | SCHOOL | SCHOOL YEAR |
|---|---|---|
| Mathew Reeves | Winton Terrace | 1984-1985 |

| Grades 1-8 | Grade 1 | TEACHER | PRINCIPAL |
|---|---|---|---|
| DIVISION | PLACEMENT LEVEL | Mrs. Evans | Mrs. Jenkins |

MARKING CODE:
A: Explains
B: Good
C: Average
D: Needs to improve, passing
F: Poor, Failing
N: Excessive Absence, Failing

I: Incomplete, Work level not met
X: Not yet introduced at this level

## SUBJECT AREAS

| TEACHERS | SUBJECT AREAS | QUARTERLY REPORT PERIODS |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | GRADES |  |  |  | EFFORT |  |  |  | CONDUCT |  |  |  |
|  |  | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 |
|  | READING | F | F | F | C |  |  |  |  |  |  |  |  |
|  | LANGUAGE SKILLS | F | D | F | C |  |  |  |  |  |  |  |  |
|  | SPELLING | C | C | F | D |  |  |  |  |  |  |  |  |
|  | HANDWRITING | C | C | D | D |  |  |  |  |  |  |  |  |
|  | SOCIAL STUDIES | C | C- | F |  |  |  |  |  |  |  |  |  |  |
|  | HEALTH | C | C- | F |  |  |  |  |  |  |  |  |  |  |
|  | MATHEMATICS | F | D | D | C- |  |  |  |  |  |  |  |  |  |
|  | SCIENCE | C | C |  |  |  |  |  |  |  |  |  |  |  |
|  | MUSIC | C | C | C |  |  |  |  |  |  |  |  |  |  |
|  | PHYSICAL EDUCATION |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | ART | C | C | C |  |  |  |  |  |  |  |  |  |  |

*INCLUDES LISTENING, SPEAKING, GRAMMAR, AND WRITTEN EXPRESSION.

## ATTENDANCE

|  | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| PRESENT | | | | |
| ABSENT | 9 | 7 | 12 | 12 |
| TARDY | 7 | 4 | 2 | 2 |

PROMOTED TO ____
ASSIGNED TO ____
RETAINED IN ____

## FOURTH REPORT PERIOD

☐ CONFERENCE REQUESTED BY TEACHER

☐ CONFERENCE WITH TEACHER REQUESTED BY PARENT

PARENTS PLEASE COMMENT ON REVERSE SIDE

I HAVE SEEN AND REVIEWED THE
PROGRESS REPORT FOR MY CHILD

333

PROFILE

| Skill Code | Number of Errors | Criterion Errors | Remediation Needed 1/1 |
|---|---|---|---|
| | 2 | 3 | 4 |
| P1A | 1 | 2 | |
| P2A | 2 | 1 | |
| P3A | 2 | 1 | |
| P4A | 2 | 1 | |
| P5A | 1 | 1 | |
| E1A | 2 | 2 | |
| E2A | 1 | 1 | |
| E3A | 2 | 1 | |
| E4A | 2 | 2 | |
| E5A | 1 | 1 | |
| E6A | 0 | 1 | |
| E7A | 1 | 1 | |
| E8A | 1 | 1 | |
| E9A | 2 | 1 | |
| E10A | 1 | 1 | |
| S1A | 1 | 1 | |
| S2A | 1 | 1 | |
| Total | | | |



D P R S

Diagnostic
Prescriptive
Reading
System

# Diagnostic Reading Survey
## Level A

## SYSTEMWIDE FIRST GRADE SCREENING

Student Name ___Mathew Reeves___

Teacher Name _____

School Name ___Winton Terrace___

© Cincinnati Public Schools 1980
Planning and Development Branch
Department of Curriculum and Instruction
Reprinted December, 1982

The activity which is the subject of this report was supported in whole or in part by the U.S. Office of Education, Department of Health, Education and Welfare and the Ohio Department of Education, Division of Planning and Evaluation. However, the opinions expressed herein do not necessarily reflect the position or policy of the U.S. Office of Education or the Ohio Department of Education and no official endorsement by the U.S. Office of Education or the Ohio Department of Education should be inferred.

394

Mathew Reeves        Winton Terrace 1984-1985

1   Mrs. Evans        Mrs. Jenkins

| GRADES | | | REPORT | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| F | F | F | C | C- | D | F | C+ | D | F |
| D | D | F | | | | | | | |
| D | D+ | C- | | | | | | | |
| C | C- | C- | | | | | | | |
| C | C- | F | | | | | | | |
| C | D | F | | | | | | | |
| C | C- | F | | | | | | | |
| C | C- | C | | | | | | | |
| C | C+ | C | | | | | | | |
| C | C | C | | | | | | | |

MASTER COPY
MASTER COPY

12  43½ 240
.3  1½  2
2   1½  2

Grade 1
failures in reading + math

395

Name *Neeves, Mathew*
     Last          First

1. List in order books read under teacher guidance.
2. Children should not reread books read previously.
3. Teachers may wish to attach a dated record of the child's independent reading.

Grade *1*　School *Nixton Terrace*　Year *84-85*　Retained in Grade ✓
Promoted to Grade ____

| Books Read | Reading Level | Books Read | Reading Level |
|---|---|---|---|
| *Blue Book* | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Check present reading level:　　Remarks:

_____Readiness
_____Preprimer
_____Primer
_____Book One
_____Book Two
_____Book Three
_____Above Grade Level

Arithmetic (above level) taught: *Math in Our World*

Grade ____　School ____　Year ____　Retained in Grade ____
Promoted to Grade ____

| Books Read | Reading Level | Books Read | Reading Level |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Check present reading level:　　Remarks:

_____Readiness
_____Preprimer
_____Primer
_____Book One
_____Book Two
_____Book Three
_____Above Grade Level

396

**NOTICE OF TRANSFER—ALABAMA**

713-250M-220-5-74AL

Original-White
Duplicate-Blue
Triplicate-Yellow

| | Last Name | First | Middle | Grade | Age | Sex | | Race | |
|---|---|---|---|---|---|---|---|---|---|
| PIL | Reeves | Mathew | | 1 | | B   G | W | N-W | |
| RENT OR ARDIAN | Reeves | Hazeltor | | | | Occupation | | | |

| Data from School System Child is Leaving | Data on School System Child is Entering |
|---|---|
| NAME OF SCHOOL Clark | 13. *NEW HOME ADDRESS 5382 Holland D. |
| CITY OR P. O. Selma | 14. *NAME OF SCHOOL _____ |
| COUNTY Dallas | 15. *CITY & STATE Ohio Cincinnate |
| THIS REPORT MADE BY ILL DATE 12/1/61 | 16. *COUNTY _____ |
| DATE OF LAST ATTENDANCE 12/15/61 | 17. *NAME OF PRIN. _____ |
| NO. DAYS ON ROLL 11 7. NO. DAYS PRES. 15 | 18. DATE CHILD ENTERED _____ |
| TIMES TARDY _____ 9. UNEXCUSED ABS. _____ | 19. SIG. ATT. SUPVSR. _____ |
| END RECORDS (Check ) DATE SENT 12/1/61 | Make in Triplicate. Send Original to New Principal. Send Duplicate to your Attendance Supervisor. Retain Triplicate. |
| THDRAW PUPIL ON (DATE) 12/15/61 | *Data if available should be entered by the sending teacher or principal. Be sure to get new address. |
| IGNATURE OF PRIN. Roy G Burks | Items 11 and 19 to be entered by Attendance Supervisor. |

397

# Stanford Early School Achievement Test

Level 2

## Pupil Skills Analysis

Name _Mathew Reeves_

Teacher _Latham_  Grade _1_

School _Clark_  Today's Date _4-5-8?_

| TESTS | NUMBER OF ITEMS | NUMBER RIGHT | SCALED SCORE | GRADE EQUIV. | PERCENTILE RANK* | STANINE* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ENVIRONMENT 40 | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 2 | MATHEMATICS: PART A 38 | 9 | 399 | K.0 | 1 | ① | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| | MATHEMATICS: PARTS A and B 50 | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 3 | SOUNDS AND LETTERS 45 | 10 | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 4 | WORD READING 38 | 16 | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 5 | SENTENCE READING 30 | 11 | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 6 | LISTENING TO WORDS AND STORIES 45 | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| | READING 68 (No. 4 + No. 5) | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| | TOTAL READING 113 (No. 3 + No. 4 + No. 5) | 37 | 393 | K.4 | 2 | ① | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |

*Percentile Ranks, Stanines, and content cluster ratings are based on tables for
Fall ☒  Mid-year ☐  Spring ☐

| CONTENT CLUSTERS | NUMBER RIGHT/NUMBER OF ITEMS | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE | CONTENT CLUSTERS | NUMBER RIGHT/NUMBER OF ITEMS | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE |
|---|---|---|---|---|---|---|---|---|---|
| ENVIRONMENT | /40 | | | | SOUNDS AND LETTERS | /45 | | | |
| The Social Environment | /20 | | | | Auditory Perception | /20 | | | |
| The Natural Environment | /20 | | | | Symbol Perception | /25 | | | |
| MATHEMATICS: PART A | /38 | | | | WORD READING | /38 | | | |
| Concepts of Number | /18 | | | | SENTENCE READING | /30 | | | |
| Problem Solving | / 8 | | | | LISTENING TO WORDS AND STORIES | /45 | | | |
| Geometry/Measurement | / 6 | | | | Vocabulary | /15 | | | |
| Addition/Subtraction Facts | / 6 | | | | Listening Comprehension | /30 | | | |
| MATHEMATICS: PARTS A and B | /50 | | | | | | | | |
| Concepts of Number | /18 | | | | | | | | |
| Problem Solving | / 8 | | | | | | | | |
| Geometry/Measurement | /12 | | | | | | | | |
| Addition/Subtraction Facts | /12 | | | | | | | | |

Copyright © 1982 by Harcourt Brace Jovanovich, Inc. All rights reserved.   Printed in U.S.A.

**SELMA CITY SCHOOLS**
**SPECIAL EDUCATION PROGRAM**
**P.O. BOX F**
**SELMA, AL 36702-0318**
**(205) 874-1613**

398

### RECORD OF ACCESS TO STUDENT RECORDS

STUDENT'S NAME: _Matthew Reeves_

It is the policy of the Board of Education, in accordance with P. L. 94-142, to provide procedural safeguar that protect the individual confidentiality of all student records. The Board of Education authorizes the following categories of persons to review any personally identifiable data relating to exceptional childrer

#### CATEGORIES OF PERSONS AUTHORIZED TO REVIEW DATA
1. Parents
2. Surrogate Parents
3. State Department of Education Representatives
4. Federal Education Agency Representatives
5. Local Education Agency Representatives*
6. Other State Agency Representatives*

*Limited to those representatives who have a legitimate interest in student's special education program.

| Signature of Person Reviewing Record | Cat 1-6 | Reason for Review | Date o Review |
|---|---|---|---|
| 1. _L. Thurett_ | 5 | _Child Recds for Mr. C_ | 3-17-9 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |

CONFIDENTIAL


DEFENDANT'S EXHIBIT

SELMA CITY SCHOOLS
SPECIAL EDUCATION PROGRAM
P.O. BOX F
SELMA, AL 36702-0318
(205) 874-1613

#19

339

ENVIRONMENTAL, CULTURAL, ECONOMIC CONCERNS CHECKLIST

Name [*Matthew Reyes*] Grade [*05*] Date [*5/13/92*]

Home Address [*2128 Selma Ave.*]

School [*East End*]          Teacher [*Annie Lough*]

Name/Title of Person Completing Form [*Teacher*]

(Check all factors that apply to pupil.  Use available records,
interviews with parents, etc., to obtain data.)

1. ENVIRONMENTAL CONCERNS
[√] Limited experiential background (below average score on information
    subtest of Wechsler or PIAT).
[_] Irregular attendance (absent at least 23% of the time in a
    grading period for reasons other than verified personal illness).
[√] Transiency in elementary school years - at least 3 moves.
[√] Home responsibilities interfering with learning activities.

2. LANGUAGE CONCERNS
[_] Lack of proficiency in any language (a discrepancy of two
    or more grade levels or years between the child's grade or age in
    language as determined by standardized tests such as PPVT, ITPA,
    CAT, etc.).
[_] Nonstandard English constituting a barrier to learning
    (only a foreign language or nonstandard English spoken at home, the
    language of the home exhibits strong dialectal differences).
[_] Limited opportunity to acquire depth in English (English not
    spoken in the home, transiency due to migrant employment of family,
    dialectal differences acting as a barrier to learning).

3. CULTURAL CONCERNS
[√] Limited experiences in dominant culture (child does not
    participate in scouts, clubs, other organizations and activities
    with members of dominant culture).
[√] Few experiences in any culture which stimulate intellectual
    growth (child has limited involvement in organizations and
    activities or any culture).
[√] Subculture standards in conflict with dominant culture standards
    (members of the child's family have police records, child and family
    do not participate in activities in dominant culture.  Child
    receives visible peer pressure to cooperate with members of dominant
    culture).

4. ECONOMIC CONCERNS
[_] The student's name appears on the school system's Title I
    qualification list.

**#3**
March 1990

CONFIDENTIAL

**SELMA CITY SCHOOLS**
**SPECIAL EDUCATION PROGRAM**
**P.O. BOX F**
**SELMA, AL 36702-0318**
**(205) 874-1613**

4 0

[ *Marzetta Reeves* ] Parent name(s)
[ *2108 Selma Ave* ] Street address
[ *Selma, Ala. 36702* ] City, ST ZIP

[ *04/15/92* ] Date

### PERMISSION TO EVALUATE

Dear Parents:

Based on a review of current classroom performance, past medical/educational records, and/or screening information, your child, *Tinett ... Reeves*, has been referred to be evaluated for possible special education services. We would like permission to evaluate your child for the following checked reasons:

[ ] Above grade level in basic skills   [ ] Increased rate of progress   [ ] Behavior inconsistent with age
[ ] Below grade level in basic skills   [ ] Decreased rate of progress   [ ] Speech/language inconsistent with age
[ ] To determine developmental level   [ ]                               [ ✗ *possible at risk child*

We propose to evaluate the following checked areas:

[ ✗ ] Vision          [ ✗ ] Hearing                   [ ✗ ] Behavior Rating/Adaptive Behavior
[ ] Cognition         [ ✗ ] Educational Diagnostics   [ ✗ ] Intellectual
[ ] Gross/Fine Motor  [ ✗ ] Speech/Language           [ ]
[ ]                   [ ]                             [ ]

To see the records or arrange a conference to discuss the referral, the evaluation procedures and/or the evaluation results, please call *East End School* at *874*, *1635* Monday-Friday. Please complete the PARENT PERMISSION information below and return this letter no later than [ *4/21/92* ].

Sincerely,

*Annie Lovett*

Check One:

[ ✓ ] I **GIVE PERMISSION** for an individual evaluation.
[ ] I **DO NOT GIVE PERMISSION** for an individual evaluation.

*Marzetta Reeves*              *4/21/93*
Parent Signature              Date

Sign and return to: *Annie Lovett*
*East End School*
*Selma, Ala. 36702*

Enc: "Special Education Student and Parent Rights" and "Parents - Partners in Special Education

CONFIDENTIAL

# School Bus Incident Report
## Selma City Schools
P. O. Box F
Selma, AL 36702

431

Student's Name _Matthew Reeves_

School _KNOX_                                    Bus. No. _80-A_

Dear Parents:

    Transported students must obey rules of conduct at all times while on the bus. Any behavior which distracts the driver is a VERY SERIOUS HAZARD to all who ride the bus. The student named above has violated rules of conduct for transported students in the manner checked below. In addition to the action taken by school officials you are asked to help correct this problem.

| | | |
|---|---|---|
| ✓ Failure to remain seated | | _____ Refusal to identify self |
| ✓ Refusing to obey driver | | _____ Lighting matches |
| ✓ Talking in a loud or disrespectful manner | | _____ Smoking on Bus |
| ✓ Profanity _Cursing_ | | _____ Spitting |
| _____ Throwing objects | | _____ Possession of Firearms or Weapons |
| _____ Hanging arms or body out of windows | | _____ Possession of Illegal Drugs |
| _____ Damaging or defacing bus | | _____ Fighting |

Comment: _He said he didn't want to ride. Bus. Kept trying to get off. Hit the other children on_

Date of this Offense: _Bus. 9/16/92_     _Bassie Mae Price_
                                          Driver's Signature

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Principal's Action:

_Matthew has been promoted to the 7th grade. We hope he will start the middle school._

_10/2/92_                              _J. Savage_
                                      Principal's Signature

WHITE COPY - Principal     YELLOW COPY - Parent     PINK COPY - Supervisor     GOLDENROD COPY - Director of Sp. Ed.

RECEIVED SEP 2 9 1992

March 1990
#10

432

CONFIDENTIAL

**SELMA CITY SCHOOLS**
**SPECIAL EDUCATION PROGRAM**
**P.O. BOX F**
**SELMA, AL 36702-0318**
**(205) 874-1613**

[ _Ms. Marzette Reeves_ ] Parent name(s)
[ _2128 Selma Ave._ ] Street address
[ _Selma, AL 36701_ ] City, ST ZIP

[ _9-3-92_ ] Date

### PERMISSION FOR STUDENT PLACEMENT
### IN SPECIAL EDUCATION

Dear Parents:

Your child, [ _Matthew Reeves_ ], is eligible for special education services in a program serving the following:

[ _Emotional Conflict_ [ _____ ]

Please check one of the boxes below, sign and date the form and return this letter no later than [ _Sept. 10, 1992_ ].

To arrange a conference to discuss the placement results, call _Mrs. Nancy Thomas_ at _874-1613_, 8:00 AM to 4:00 PM Monday-Friday.

Sincerely,

_Milton Slauson_

Milton Slauson
Special Education Coordinator

please
sign
&
return

[ X ]  I <u>APPROVE</u> the placement.

[ ]  I <u>DO NOT APPROVE</u> the placement.

_Marzette Reeves_   _9/3/92_
Parent Signature   Date

_____   _____
Parent Signature   Date

Please return to
_Dr. Milton Slauson_
_____
_____
_____

Enc: "Special Education Student
       and Parent Rights"

RECEIVED SEP 0 4 1992

In accordance with the Family Rights and Privacy Act (Public Law 93-380), this information may not be released to a third party unless the appropriate authorization is obtained.

CONFIDENTIAL

INDIVIDUAL INTELLECTUAL ASSESSMENT REPORT                    433

NAME OF STUDENT: Matthew Reeves        SEX: Male    DATE OF BIRTH: 12-13-77

ADDRESS: 2128 Selma Ave.               CITY/STATE: Selma, AL 36701

SCHOOL: East End                       GRADE: 5 (91-92)

EXAMINER: Martha Lockett               EXAMINER'S NUMBER: 0591

CHRONOLOGICAL AGE: 14 yrs, 6 mos.      PARENT/S NAME: Ms. Marzetta Reeves

TEST DATE: 6-8-92                      TIME TESTING SESSION BEGAN: 8:30 a.m.

TEST ADMINISTERED: WISC-R              TIME TESTING SESSION ENDED: 9:35 a.m.

VERBAL SCORE: 75     PERFORMANCE SCORE: 74     FULL SCALE SCORE: 73 +/-3

REFERRAL: Matthew was referred for intellectual assessment by his teacher, Ms. Annie Lovett, so that data which would assist in making an eligibility determination concerning special education placement might be gathered. Specifically, referral statements declared that Matthew "has an adjustment problem to folkways, morals and laws of society which causes conflicts and problems for him and others in and around his environment."

BACKGROUND INFORMATION: This subject is a 14 1/2 year old black male who is short for his age and muscular. According to the pupil, there are four individuals residing in the home including one twelve year old brother, and an eleven year old sister. Matthew has been to Mt. Meigs. His probation officer is Ms. Smith. He repeated 1st grade. Matthew left the SCS in 1986 and returned in 1990 in the 4th grade. Records from Cincinnati are incomplete. He passed the 4th grade. In 8-91 he entered the 5th grade at Clark -- withdrew 10-91, and entered East End.

The examinee arrived for testing wearing clothes which were neat, clean, and appropriate. Matthew's mother was 30 minutes late for his evaluation.

A survey of this pupil's most recent group test scores revealed the following:

| | | |
|---|---|---|
| 1991 SAT (G.P. 4) | Total Reading %ile | 3 |
| | Total Language %ile | 4 |
| | Total Math %ile | 41 |
| | Complete Battery Total %ile | 10 |
| 1991 Otis-Lennon (G.P. 4) | SAI | No Attempt |

No physical handicaps were observed during the length of the session.

TESTING CONDITIONS AND TEST BEHAVIOR: Testing was done in a private room at East End. Conditions seemed favorable with adequate lighting, ventilation, space, and quietness. No interruptions occurred during the 65 minutes of the examination which was given on a Monday beginning at 8:30 a.m. and concluding at 9:35 a.m.

This particular test was selected for administration because it provides an appropriate norm-referenced group for comparison purposes and appears to assess those areas of intellect which are pertinent to cognitive processing

CONFIDENTIAL

404

Rapport was established with the subject with relative ease and maintained throughout the length of the session. Matthew responded positively to the individual attention.

This pupil appeared to be attentive, cooperative, enthusiastic, and confident of his ability. He tried and was usually pleased with his effort. He knew when his answers were incorrect but was not unduly concerned.

TEST FINDINGS AND ANALYSIS: The results obtained on the individual subtests of this administration are presented below:

| VERBAL SCALED SCORES | | PERFORMANCE SCALED SCORES | |
|---|---|---|---|
| Information | 6 | Picture Completion | 9 |
| Similarities | 6 | Picture Arrangement | 1 |
| Arithmetic | 6 | Block Design | 8 |
| Vocabulary | 6 | Object Assembly | 6 |
| Comprehension | 6 | Coding | 7 |
| Digit Span | 7 | | |

On this administration of the WISC-R, Matthew obtained a Verbal I.Q. of 75, a Performance I.Q. of 74, and a Full Scale I.Q. of 73. When this latter score is employed for classification purposes, the examinee falls within the Borderline range of intellectual functioning as defined by Wechsler. Such a score falls at the 4th percentile. This means that Matthew performed better on this test than 4 of every 100 students his age who might take it. The mean on the WISC-R is 10 with a standard deviation of 3.

All Verbal subtests are below the norm. He evidences consistent performance in all areas measured. Matthew's fund of general information is significantly below the norm. Similarities indicates difficulty in dealing in abstract thought. His mastery of general Arithmetic skills is very weak. Vocabulary indicates difficulty in using words and understanding their meanings. Comprehension indicates significant problems in common sense judgment and reasoning skills. Digit Span indicates below average ability to attend.

Performance scores evidence a significant spread of 8 scaled points. Picture Completion is his strongest area reflecting rather average ability to distinguish essential from non-essential data. Block Design and Coding indicate slightly below average perceptual organizational skills and new rote learning skills. Object Assembly shows below average ability to synthesize data and see spatial relationships. His greatest weakness is Picture Arrangement. With a raw score of 7, Matthew has severe deficiencies in non-verbal social intelligence skills and his ability to see consequences.

RECOMMENDATIONS: The scores obtained on this administration of the test are judged to be a valid assessment of this student's abilities.

The Eligibility Determination Committee should review these test results along with other available pertinent data before making a decision regarding this pupil's eligibility for special education placement.

_Matthew B. Lebut_
Psychometrist's Signature

**EASTSIDE MIDDLE SCHOOL**
OFFICE OF THE PRINCIPAL
SELMA, ALABAMA 36701

405

November 20, 1992

Ms. Marzetta Reeves
2128 Selma Avenue
Selma, AL  36701

Dear Ms. Reeves:

We have exhausted all means by which to get Matthew Reeves
to behave correctly and respect authority.

Matthew is constantly using profane language and threaten-
ing his teacher/aide.

Therefore, I am requesting that before Matthew can return
to Eastside Middle School, he must be re-evaluated through
psychological testing

I am sure that you want what is best for all of our children.
We cannot have students to continuously disrupt the learning
process of others.

If you have any questions, I am available by phone - 874-1670
or by an office visit.

Sincerely,

Mrs. J.P. Scott
Principal

JPS/dhv

RECEIVED NOV 3 0 1992

When I heard about this letter on 11-24-92, I called
_____ _____ _____ _____ _____ _____ not told Matthew
out of school for a reevaluation. I told her that she

**Selma Public Schools**
**Discipline Referral Form**

406

Date 5/12/92

Name of Student _Reeves,_ _Matthew_ _East End_ School
(Last) (First) (Middle)

Grade 05 Class Period/Subject _Reading_

Nature of the offense _refuse to obey teacher_ _touching a girl in the wrong way_ _inappropriate behavior_

Location of where offense occurred _room 35_

Name(s) of witness(es), if any: _several students_

Prior corrective action taken by teacher, if any _Sent to Counselor_

Teacher's recommendation, if any _Ask Counselor Johnson_ _to recommend a behavioral guide for him_ _G. Lord_ 5/12
Signature of Teacher/C

Administrative Action Taken
Signature of Principal or Designee/C

Copies: White Copy - Teacher; Yellow Copy - Principal

Selma Printing Service

---

**Selma Public Schools**
**Discipline Referral Form**

Date 5/5/92

Name of Student _Reeves_ _Matthew_ _East End_ School
(Last) (First) (Middle)

Grade 05 Class Period/Subject _Music_

Nature of the offense _Enticing boys to use drugs_ _having concealed a white powder_ _concealed inside a plastic bag_

Location of where offense occurred _lunchroom_

Name(s) of witness(es), if any: _Narada White and Richard Woods_

Prior corrective action taken by teacher, if any _films and videos on drugs and several lectures_

Teacher's recommendation, if any _Suspension from school_

Administrative Action Taken

Drugs !                    What
                           Matthew    107
                           wants to   do

I want to sail Drugs. And like
All my live the fast life.
Because my cousin won't me
to. And something else I mar
more money thin I do at ho'
So why kose money thin garc
more money. So that's how
I get my sauit's and other thi

That's how I got 3,200 dallor
car, At home.           Thanks
                        But
                        No
     April 1992

**EASTSIDE MIDDLE SCHOOL**
OFFICE OF THE PRINCIPAL
**SELMA, ALABAMA 36701**

408

August 27, 1993

Dr. James H. Carter
Superintendent
Selma City Schools
300 Washington Street
Selma, Alabama  36701

Dear Dr. Carter:

In the interest of the safety of our students and the preservation of our
academic process, I respectfully recommend that Matthew and Julius Reeves
be enrolled in the Homebound Program and/or the Alternative School for
the 1993-94 school year.

This recommendation is based on the criminal and violent behavior of these
boys at school, home, and in the community.  For more information, please
refer to the following:

- Enclosed discipline referrals

- Mr. Ross Hobbs, Principal of Byrd Elementary School

- Ms. Vicie Savage, Principal of Knox Elementary School

- Mrs. Anna Sanner, Asst. Principal of Edgewood Elementary School

- Mrs. Lorraine Capers, Probation Officer

- Mrs. J.P. Scott, Supervisor, Central Office

If further clarification or information is needed, please contact me at
874-1670 or Mrs. Capers at 874-2556.

Thank you in advance for your usual cooperation.

Sincerely,

Aubrey Larkin
Principal

AL/dhv

Enclosures

RECEIVED SEP 0 1 1993



SELMA CITY SCHOOLS   459

OFFICE OF THE
SUPERINTENDENT

300 WASHINGTON ST.
P. O. BOX F
SELMA, AL 36702-0318
(205) 874-1600

M E M O R A N D U M

TO:     Aubrey Larkin

FROM:   Milton Slauson

DATE:   September 1, 1993

Please send me information on both Julius and Matthew Reeves
that might be used in a court of law to indicate that they
are dangers to themselves and/or others.  I need this data as
soon as possible.  Thanks!

MS/cmr

pc: James Carter
    Edna Anderson



SELMA CITY SCHOOLS

410

OFFICE OF THE
SUPERINTENDENT

300 WASHINGTON ST.
P. O. BOX F
SELMA, AL 36702-0318
(205) 874-1600

M E M O R A N D U M

TO:       Bettie Jackson

FROM:     Milton Slauson

DATE:     September 2, 1993

As per Mr. Carter's direction, you are to serve both Julius
and Matthew Reeves on a homebound basis.  They will be
attending the Alternative School at the old East End site.
Both young men live at 2128 Selma Avenue.  They do not have
a phone so you will need to contact their mother, Ms. Marzetta
Reeves, directly or through her grandmother, Ms. Annie Wade
(872-7209).  Thanks!

MS/cmr

pc:  James Carter
     Edna Anderson
     Aubrey Larkin
     Bill King
     Andrew Sewell

411

I called Angela Smith today to request a copy of his juvenile file. She said that she would check with the judge and let me know if I could get a copy since these records are confidential.

M. Slawson
1-18-94

I called Angela Smith twice today about this. First she said that Judge Walker was out of town & that she would have to check with Ocie Acoff. The second time I called her, she told me that Mr. Acoff said that I could not be given copies of Matthew's juvenile records.

Probation Office: 874-2556

_Matthew Reeves_ _____ | _12-13-77_ | _Marietta_ — 412
Name of Child | Date of Birth | Parent or Guardian

I certify that the child named above meets minimum immunization standards and is in compliance with regulations set forth by the Alabama Department of Public Health.

**CERTIFI** OFFICIAL

Exp. 6/92

**DIPHTHERIA, TETANUS, PERTUSSIS (DTP, DT or Td) VACCINE**
At least three (3) injections. It is recommended that at least one dose be administered after the child's fourth birthday.

| 5 | Total Doses Received | 6-82 | Date of Last Dose

**POLIO VACCINE**
At least three (3) doses of Trivalent Oral Polio vaccine. It is recommended that at least one dose be administered after the child's fourth birthday.

| 5 | Total Doses Received | 6-82 | Date of Last Dose

**RUBEOLA (Measles) VACCINE**
One (1) dose of vaccine.

**RUBELLA (German Measles) VACCINE**
One (1) dose of vaccine.

SINGLE OR COMBINATION

| 2-79 | Date Received

| 2-79 | Date Received

**MUMPS VACCINE**
One (1) dose of vaccine.

| 2-79 | Date Received

**IMMUNIZATION**

_S. B. Weldon_

10-9-84
Date

-77  57807

STATE OF ALABAMA
CERTIFICATE OF LIVE BIRTH

BIRTH NO. 101-

e filed with School Health Record.

I. Forest E. Ludden, Ed.D., State Registrar of Vital Statistics, certify this is a microfilm copy of an original certificate of birth filed in the Bureau of Vital Statistics, State of Alabama, Department of Public Health, Montgomery, AL, and have caused the official seal of the Bureau

October 16,

1984

413

## DALLAS COUNTY
## OFFICE OF JUVENILE PROBATION

### DALLAS COUNTY COURTHOUSE
105-117 Lauderdale Street
Post Office Box 997
Selma, Alabama 36702-0977
(205) 874-2556

OCIE L. ACOFF,
CHIEF PROBATION OFFICER

NATHANIEL WALKER,
JUVENILE COURT JUDGE

February 23, 1994

RECEIVED FEB 2 4 1994

Dr. Milton Slauson
Selma City Schools
Post Office Box F
Selma, Alabama  36702-0318

RE:  Matthew Reeves

Dear Dr. Slauson,

After discussing your request with Judge Walker, I have been advised
that due to the confidentiality of juvenile records, I will not be
able to honor the request for Matthew Reeves' records.

If you have any questions, please feel free to call me at 874-2556.

Sincerely,

ANGELA SMITH
Dallas County Probation Officer

AS/rft

414

CONFIDENTIAL

I talked with Mr. Ray Thomason of
Legal Services by phone today. He said
that he had not been able to get
Matthew Reeves' mother to revoke the
permission that she gave me to obtain
his juvenile records. He said that he
was going to close out the case due to
Ms. Reeves' lack of cooperation.

M. Slawson
4-4-94

## STUDENT ENROLLMENT/EXCLUSION STATUS

415

### INSTRUCTIONS

Part I:  Enrollment Status should be completed and submitted to the area **Driver License Examiner, Department of Public Safety,** by any person under the age of 19 who is applying for or renewing or requesting reinstatement of a driver's license or learner's permit to operate a motor vehicle.

Designated school personnel should submit this form to the **Department of Public Safety, Driver Improvement, P. O. Box 1471, Montgomery, AL 36102-1471,** if a student is not enrolled or has accumulated more than 10 consecutive or 15 days total unexcused absences during a single semester.

Individuals claiming an exclusion should complete Part II of this form (see back).

### PART I:  ENROLLMENT STATUS

Date Completed _10/18/94_

Name _Reeves     Mathew     C_        Sex _M_
    Last        First        Middle        Male/Female

Address _2138   Selma  Avenue, Selma Al 36201_
        Street       City       Zip

Date of Birth _12-13-77_        SSN _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_
      Month   Date   Year

**1**

To be completed by appropriate school personnel.

This is to certify that the student:   (check one)
_X_  (1)  Is enrolled.
___  (2)  Is exempted due to circumstances beyond the control of the student.
___  (3)  Is not enrolled.
___  (4)  Has accumulated more than 10 consecutive or 15 days total unexcused absences during a single semester.

_Homebound Services_
School

_served by teacher_
Address

_Betty Jackson_
City      Zip          Telephone No.

_Linda N Privott_
Signature

_10/18/94_
Date

**2**

To be completed by the **appropriate administrator of the General Educational Development (GED) program or job training program** approved by the State Superintendent of Education.

This is to certify that the student is enrolled.

Name of Program

Address

Signature

Date

416

SELMA CITY SCHOOLS CUMULATIVE HEALTH RECORD
(Confidential Information for use by Professional Personnel)

Parent/Guardian:  Fill in Sections 1-6 and sign

1.  Does child have special health problem?  Yes ✓    No ____

2.  Student's Name Reeves        Mathew         Gerro
                   Last            First          Middle

3.  M ✓ F___  Date of Birth 12/17/59 School Has Birth Certificate on File Yes ✓ No__

4.  Parent/Guardian Marzetta Reeves Address 11½ Satterfield Telephone 872-8564

5. _____Significant Health History__(Record year and other details briefly)

| | |
|---|---|
| Asthma - little bit | Heart Disease |
| Birth Defect | Hepatitis |
| Bone, Joint, or Muscle Problems | Rheumatic Fever |
| Cerebral Palsy | Seizures (Convulsions, Fits) |
| Chickenpox | Sickle Cell Disease |
| Diabetes | Tuberculosis |
| Emotional or Mental Illness | Other |
| Severe Allergies Hayfever Sinus | Eye Problems wears glasses |
| Bee Sting Requiring Treatment | Hearing Problems |
| Medications Hip | Speech Problems |

6. _____Immunizations and Tests_____

Certificate of Immunization on File   Yes ✓    No____

Medical or Religious Exemption Baptist Dr. Beatty, Dr. P. Miller
                                        Dr. Das   Dr. Shelly

Date of last TB Skin Test _____

                        Marzetta Reeves
                        Signature

                        8/20/90
                        Date

## Physical Progress Record

| Grade | | Pre-k | K | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Screened | | | | | | | 5-15-91 | 4/29/92 | | | | | | | | |
| Height | | | | | | | | | | | | | | | | |
| Weight | | | | | | | | | | | | | | | | |
| Nutrition | | | | | | | | | | | | | | | | |
| ENT | | | | | | | | | | | | | | | | |
| Teeth | | | | | | | 5/7/91 | | | | | | | | | |
| Heart | | | | | | | | | | | | | | | | |
| Lungs | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | 10/1/90 | | | | | | | | | |
| Orthopedic | | | | | | | | | | | | | | | | |
| Skin-Scalp | | | | | | | | | | | | | | | | |
| Visual Acuity | B | | | | | | Ω | O | | | | | | | | |
| | R | | | | | | O | O | | | | | | | | |
| Without Glasses | L | | | | | | C | O | | | | | | | | |
| With Glasses | B | | | | | | C.D. m.f. | | | | | | | | | |
| | R | | | | | | | | | | | | | | | |
| | L | | | | | | | | | | | | | | | |
| Hearing | R | | | | | | O | | | | | | | | | |
| | L | | | | | | O | | | | | | | | | |
| Special Olympics | | | | | | | | | | | | | | | | |
| Physical | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | |
| Scoliosis | Screening | | | | | | Q | | | | | | | | | |
| | Rescreening | | | | | | M.K. | | | | | | | | | |
| | Referred | | | | | | | | | | | | | | | |
| Examiner's Initials | | | | | | | P.B. | | | | | | | | | |

Code:   O - satisfactory;   X - needs attention;   OO - correction;
B - both;   20/20 - represents vision at 20 feet;
P - passed;   F - failed

## Teacher Observations

| Date | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General Appearance | | | | | | | | | | | | | | | | |
| School Appearance | | | | | | | | | | | | | | | | |
| Speech Defect | | | | | | | | | | | | | | | | |
| Impaired Hearing | | | | | | | | | | | | | | | | |
| Nail Biting | | | | | | | | | | | | | | | | |
| General Behavior | | | | | | | | | | | | | | | | |
| Excessive Use of Toilet | | | | | | | | | | | | | | | | |
| Temper Tantrums | | | | | | | | | | | | | | | | |
| Mannerisms | | | | | | | | | | | | | | | | |
| Day Dreaming | | | | | | | | | | | | | | | | |
| Aggressiveness | | | | | | | | | | | | | | | | |
| Shyness | | | | | | | | | | | | | | | | |
| Extrovert | | | | | | | | | | | | | | | | |
| Introvert | | | | | | | | | | | | | | | | |
| Bladder Control | | | | | | | | | | | | | | | | |
| Bowel Control | | | | | | | | | | | | | | | | |

# STATE OF ALABAMA
# CERTIFICATE OF IMMUNIZATION

(Invalid without proper expiration date)

| 6 | | 92 |
|---|---|---|
| MONTH | DAY | YEAR |

**EXPIRATION DATE**
(Month, day, year-next immunization is due—includes 10 year Td booster)

*Matthew Reese*
NAME OF CHILD

| 12 | 13 | 77 |
|---|---|---|
| MO. | DAY | YEAR |
DATE OF BIRTH

*Mayette*
PARENT OR GUARDIAN

**DIPHTHERIA, TETANUS, PERTUSSIS (DTP, DT, OR TD) VACCINE (Circle One)**

SCHOOL/KINDERGARTEN ENTRY
At least four (4) injections—last dose must be administered after the child's fourth birthday.
DAY CARE/HEAD START ENTRY
At least one (1) dose required on admission. Additional doses at appropriate age/schedule.

| DTP/DT/Td | | | DTP/DT/Td | | | DTP/DT/Td | | | DTP/DT/Td | | | DTP/DT/Td | | | Td Booster | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | | | Date | | | Date | | | Date | | | Date | | | Date | | |
| | / | / | | / | / | | / | / | | / | / | 6/ | / 82 | | | / | / |
| MO | DAY | YEAR | MO | DAY | YEAR | MO | DAY | YEAR | MO | DAY | YEAR | MO | DAY YEAR | MO | DAY | YEAR |

**POLIO VACCINE**

SCHOOL/KINDERGARTEN ENTRY
At least three (3) doses—last dose must be administered after child's fourth birthday.
DAY CARE/HEAD START ENTRY
At least one (1) dose required on admission. Additional doses at appropriate age/schedule.

| POLIO | | | POLIO | | | POLIO | | | POLIO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | | | Date | | | Date | | | Date | | |
| | / | / | | / | / | | / | / | 6/ | / 82 | |
| MO | DAY | YEAR | MO | DAY | YEAR | MO | DAY | YEAR | MO | DAY | YEAR |

**MMR—MEASLES, MUMPS, RUBELLA COMBINED**
(Required for entry into school and day care/Head Start attendance if 15 months of age or older.)

| MMR | | |
|---|---|---|
| Date | | |
| 2 | / | 79 |
| MO | DAY | YEAR |

**Hib—HAEMOPHILUS INFLUENZA TYPE b VACCINE**
(Required only for Day Care/Head Start attendees 18 months of age or older and younger than 5 years of age.) (School entry—not required.)

| Hib | | | | Other | Date | | |
|---|---|---|---|---|---|---|---|
| Date | | | | | | | |
| | / | / | | | | / | / |
| MO | DAY | YEAR | | | MO | DAY | YEAR |

I certify that the child has received all of the above noted immunizations as required for school or day care attendance and is in compliance with rules set forth by the Alabama State Board of Health.

*Lewis F. Allison Jr.*
Authorized Medical Signature

8-20-90
Date

Dallas County Health Department
P. O. Box K
Place of issue County Health Department or Private Physician/Clinic
Selma, Alabama 36702-0030

...se for school, day care, and Head Start enrollees to document children who have completed or in the process of completing their immunizations.

ADPH-F-IMM-50/Rev. 1-89

418

REEVES Matthew

CONFIDENTIAL

VERIFIED BY _Perry, H_

## SELMA PUBLIC SCHOOLS — CUMULATIVE GUIDANCE RECORD

GRADES 1-6 ON THIS SIDE AND ON BACK SIDE OF FOLDER.

RACE **B**    SEX **M**    DATE OF BIRTH **12** MO. **13** DAY **77** YR.    BIRTH-PLACE **Selma** PLACE | **Ala** STATE

PUPIL LIVES WITH ( Use Pencil)
BOTH PARENTS _____
FATHER _____
MOTHER _____
OTHERS ✓

OTHER CHILDREN IN FAMILY ( Use Pencil)
NUMBER OLDER _____
NUMBER YOUNGER _____

CHILD'S ADDRESS **2122 Selma Ave.** ( Pencil)

HOME PHONE **875-2601** ( Pencil)

DO PUPIL AND PARENTS LIVE INSIDE CITY LIMITS? _____ ( Pencil)

IS A GOV. CARD NEEDED? **✓** ( Pencil)

CHURCH PREFERENCE _____

| | NAME OF PARENTS ( Use Pencil) | OCCUPATION ( Use Pencil) | BUSINESS ADDRESS ( Use Pencil) | BUSINESS PHONE ( Pencil) | LAST GRADE IN SCHOOL | DECEASED |
|---|---|---|---|---|---|---|
| FATHER | | | | | | |
| MOTHER | | | | | | |
| GUARDIAN | | | | | | |

FIRST GRADE PHOTOGRAPH

THIRD OR FIFTH GRADE

### ELEMENTARY SCHOOL WITHDRAWAL ATTENDANCE AND SCHOLARSHIP

| GRADE | DATE ENTERED | WITHDRAWAL DATE | CODE | DAYS ON ROLL | DAYS PRESENT | DAYS ABSENT | DAYS UNEX. ABSENCE | TIMES TARDY | SCHOOL | NAME OF TEACHER | EXCEPTION-ALITY | ARITH-METIC | READING | LANG. ARTS | WRITING | SPELLING | SOCIAL STUDIES | HEALTH SCIENCE | CHAPTER I READING | CHAPTER I MATH | RETAINED PROMOTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9-4-84 | 12-18-84 | W1 | 77 | 75 | 2 | 0 | 0 | Clark | Latham | | | | | | | | | | | P |
| 1 | 9-3-85 | | | 178 | 171 | 7 | 0 | 0 | Clark-Public | Peace | | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | | P | O |
| 2 | 8-25-86 | | | 178 | 175 | 3 | 1 | 5 | Clark Public | J. Lyle | --- | + | X | X | + | ✓ | + | + | | S | --- |
| 4 | 8-20-90 | 2-25-91 | | 117 | 106 | 11 | 9 | 5 | Byrd | A. Thompson | C | B | D | B | A | D | D | | | | T |
| 4 | 2-26-91 | | | 60 | 51 | 9 | 1 | 9 | Clark-Public | B. Nichols | B | B | D | B | B | D | D | | | | P |
| 5 | 8-22-91 | 10-28-91 | W | 45 | 42 | 3 | 0 | 2 | Clark Public | J. Bidwell | | | | | | | | | | | |

SEVENTH OR NINTH GRADE PHOTOGRAPH

TRIM PICTURE TO FIT AND PASTE

### LANGUAGE ARTS LEVEL

| DATE | | | |
|---|---|---|---|
| | 3-87 | 5/31/91 | |
| LEVEL | 1, 2, 3, 4, 5, 6, 7, 8 | 9 10 | 11, 12, 13, 14, 15, 16 |

### SYSTEM OF GRADING

GRADES 1 AND 2

✓ = SATISFACTORY

SHOWS IMPROVEMENT

GRADES 3 THROUGH 6

A = 95 - 100    Subscript I - Above Grade Level
B = 85 - 94     
C = 75 - 84     Subscript 2 - On Grade Level

A TWELFTH PHOTOGRAPH

THIS FOLDER AND ITS CONTENTS COMPRISE A CONFIDENTIAL RECORD FOR PROFESSIONAL USE ONLY.

eeve/s (LAST)    Matthew (FIRST)

## ACHIEVEMENT AND MENTAL ABILITY TESTS FOR GRADES K THROUGH 3

| SCHOOL GRADE | DATE MO. | DAY | YR. | NAME OF TEST | TEST FORM | GRADE PLACE-MENT (STD. SCORE) | READING | LANGUAGE | MATHEMATICS | SCIENCE | SOC. ST. |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Grade 1**

ALABAMA STATEWIDE TESTING PROGRAM

STUDENT REEVES  MATTHE G
SYSTEM SELMA CITY
SCHOOL CLARK EL
STANFORD LEVEL   PRIMARY 1  FORM F

GRADE 1
AGE 8 YRS. 4 MOS.
TESTED APRIL 1986
NORMS GRADE 1.8

OTIS-LENNON SCHOOL ABILITY TEST

### STANFORD ACHIEVEMENT TEST NATIONAL PERCENTILE RANKS AND STANINES

| | TOTAL READING | TOTAL LISTENING | TOTAL LANGUAGE | TOTAL MATH | SCIENCE X SOC.XX X ENVIRON. | BASIC BATTERY | COMPLETE BATTERY | SCHOOL ABILITY INDEX | 76 |
|---|---|---|---|---|---|---|---|---|---|
| NAT'L PR► S► | 31 4 | 48 5 | | 16 3 | | | | NAT'L AGE PR-S   7-2 | |
| | | | | | | | | NAT'L GRADE PR-S  29-4 | |

**Grade 2**

ALABAMA STATEWIDE TESTING PROGRAM

STUDENT REEVES   MATTHE G
SYSTEM SELMA CITY BOARD OF
SCHOOL CLARK EL
STANFORD LEVEL   PRIMARY 2  FORM F

GRADE 2
AGE 9 YRS. 4 MOS.
TESTED APRIL 1987
NORMS GRADE 2.8

OTIS-LENNON SCHOOL ABILITY TEST

### STANFORD ACHIEVEMENT TEST NATIONAL PERCENTILE RANKS AND STANINES

| | TOTAL READING | TOTAL LISTENING | TOTAL LANGUAGE | TOTAL MATH | SCIENCE X SOC.XX X ENVIRON. | BASIC BATTERY | COMPLETE BATTERY | SCHOOL ABILITY INDEX | 69 |
|---|---|---|---|---|---|---|---|---|---|
| NAT'L PR► S► | 13 3 | 34 4 | | 22 3 | 7 2 | | 26 4 | NAT'L AGE PR-S   3-1 | |
| | | | | | | | | NAT'L GRADE PR-S  12-3 | |

EDUCATION

## TEST RECORD FOR GRADES 3, 6, 9, 11, AND 12

| DATE MO. | DAY | YR. | NAME OF TEST | READING # Skills Tested | READING # Skills Mast. | LANGUAGE # Skills Tested | LANGUAGE # Skills Mast. | MATH # Skills Tested | MATH # Skills Mast. | WRITING # Skills Tested | WRITING # Skills Mast. | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Reeves, Mathew Gerro
(Last)      (First)      (Middle)

Selma Public Schools
Selma, Alabama

Date of Birth  12  13  1977
(Month)  (Day)  (Year)

Sex  M

ELEMENTARY

Place of Birth  Selma  AL.
(City)      (State)

42 B

Achievement Test Record for Grades 3-6

| e of Tester | School | Affix presscore labels here |
|---|---|---|
| Vichols | Clark | |

STANFORD Achievement Test Series, Eighth Edition

ALABAMA STATEWIDE TESTING PROGRAM
MATTIE G REEVES          GRADE 04
CLARK ELEM               TEST DATE 04/11/91
SELMA CITY               LEVEL INTERMEDIATE 1   SEX M
                         1988 NORMS SPRING    GR 04   FORM K
                         Normative Data © 1988 by HBJ   NATIONAL

Otis-Lennon School Ability Test  Sixth Edition

SCHOOL ABILITY INDEX
NATIONAL AGE PR-S
NATIONAL GRADE PR-S

| SCORE TYPE | Total Rdg | Total Math | Total Lang | Sci- ence | Soc Sci | List- ening | Basic Batt | Compl Batt | | TOTAL | VERBAL | NON- VERBAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NATL PR | 3 | 41 | 4 | 12 | 7 | 31 | 12 | 10 | | NA% 12-3 | NA% 6-2 | NA% 21-3 |
| NATL STANINE | 1 | 5 | 2 | 3 | 2 | 4 | 3 | 2 | | | | © 1989 HBJ |

#2
March 19

SELMA CITY SCHOOLS
SPECIAL EDUCATION PROGRAM
P.O. BOX F
SELMA, AL 36702-0318
(205) 874-1613

Rec'd 5+15-92

| This referral for evaluation was |
| accepted on |

## STUDENT REFERRAL FORM

Student Name _Matthew George Reeves_   SS# _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_
Date Form Submitted _4-16-92_
Person Referring _A. Lovett_
Position _teacher_   School _East End_
Grade__ Sex __ Date of Birth _12-13-77_
Parent Name(s) _Morzetta Reeves_
Address _2128 Selma Ave_   Home Phone _872-72-09_
   Work Phone _____
Primary Language in Home _English_   Work Phone _____
Current Educational Program/Service Provider _____
Reason for Request (List specific concerns)
_Matthew has an adjustment problem to folkway, morals and laws of society which cause(s) conflicts and problems for him and Others in and around his environment. I strongly feel he is an At-Risk Student._

In all items below complete or attach copies.
A) Attach copies of any relevant evaluations.
B) Attach the most recent BCT, AHSGE, Stanford Achievement Test, and/or Otis Lennon results, if appropriate.
C) Attach a copy of the cumulative records containing grades and attendance.
D) Has the student ever repeated a grade? YES _✓_   NO ____
   Which one(s)? _3_   How many times? _____
E) Has the student received other services by the school system? (Chapter 1 Reading, Math, Remediation Class, Accelerated Class, Counseling, Placement with other teachers) _____
F) Does the student wear glasses?   Yes__ No_✓_
G) Does the student wear a hearing aid?   Yes__ No_✓_
H) Does the student have an orthopedic problem?   Yes__ No_✓_
I) Does the student have seizures?   Yes__ No_✓_
J) Does the student have a health problem?   Yes__ No_✓_
K) Does the student take any medication regularly? Yes_✓_ No__
L) Have the parents been informed of this problem by a conference?   Yes_✓_ No__
   If the answer to any of the above questions is yes, please explain. _I don't know exactly what it is but he told me he takes a pill 3 times a day_

Other relevant information: _I personally feel he need counseling & testing_

423                    #2

PRE-REFERRAL INTERVENTIONS WITHIN THE REGULAR PROGRAM

Indicate below, or briefly describe the strategies you have
used over a six weeks period of time in response to this
student's problem(s).

| No. days Attempted | | Problem Better | No Change | Problem Worse |
|---|---|---|---|---|
| | **Teaching Strategies** | | | |
| 14 | Taped or oral presentation/testing | ___ | ✓ | ___ |
| 30 | Modeling | ___ | ✓ | ___ |
| | Preteach vocabulary | ___ | | ___ |
| | Slower pace | ___ | | ___ |
| 30 | Alternative/additional materials | ___ | | ✓ |
| 14 | Tutoring-peers, volunteers, aides | ___ | ✓ | ___ |
| 14 | Guided practice | ___ | ✓ | ___ |
| 14 | Special grouping | ___ | ✓ | ✓ |
| | **Task Requirements** | | | |
| | Change criteria for success | ___ | | ___ |
| | Break into smaller steps | ___ | | ___ |
| | Provide prompts | ___ | | ___ |
| 30 | Clarify directions | ___ | ✓ | ___ |
| | **Behavior Techniques** | | | |
| | Behavior management (Attach explanation.) | ___ | | ✓ |
| 14 | Contracting | ___ | | ___ |
| | Consultation with _Student_ | ✓ | | ___ |
| | Sessions with school counselor | ___ | | ___ |
| | Other (Please Describe) | | | |
| | _____ | ___ | ___ | ___ |
| | _____ | ___ | ___ | ___ |
| | _____ | ___ | ___ | ___ |

DATE          SCREENING COMMITTEE RECOMMENDATION
_____       Return to referring person for completion of form.
              Return to referring person for interventions implemented.
4-16-92       Send parent permission to evaluate/procedural safeguards.
              Not accepted for evaluation.  See attached justification.


COMMITTEE MEMBERS                    TITLES              DATE
_Cecelia N. Gentry_                 _Principal_          _4-16-92_
_Kim W. McColl_                     _Teacher_            _4-16-92_
_Deborah P. Ingram_                 _Teacher_            _4-16-92_
_Annie B. Loyd_                     _Teacher_            _4-16-92_
_Benjamin Swan_                     _Principal_          _4-16-92_

**KNOX ELEMENTARY SCHOOL**
OFFICE OF THE PRINCIPAL
SELMA, ALABAMA
36701

424

VICIE SAVAGE
Principal

September 14, 1992

1002 Mabry Street
(205) 874-1650

TO:        Dr. M. Slauson

FROM:      Vicie Savage

RE:        Matthew Reeves Social Promotion
           to Seventh Grade

I wish to make arrangements for Matthew Reeves to be socially promoted
to the seventh grade.

I believe his level of maturity warrant that he be socially promoted.
He is fourteen years five months old.  His birthday is December 13, 1977.

RECEIVED SEP 14 1992

To: Vicie Savage
From: Milton Slauson
Date: 9-14-92

In order to accomplish the above action,
you must call an IEP meeting and that
committee must make your recommendation
a part of Matthew's IEP.

# BURKS' BEHAVIOR RATING SCALES
## PROFILE SHEET

by Harold F. Burks, Ph.D.

Published by

**wps** WESTERN PSYCHOLOGICAL SERVICES
Publishers and Distributors
12031 Wilshire Boulevard
Los Angeles, California 90025-1251

Name _Mathew Reeves_ Date _4-28-92_
School _East End_ Age _14_ Grade _05_
Rated by _B. Swan_ Relationship to Child _none  Principal_

**INSTRUCTIONS:** Category scores should be calculated according to directions in manual. Place an X at point along each category continuum where score and number coincide. Connect X's to make profile.

| Category | TOTAL SCORES | NOT SIGNIFICANT | SIGNIFICANT |
|---|---|---|---|
| EXCESSIVE SELF-BLAME | 21 | 1 | |
| EXCESSIVE ANXIETY | 23 | 2 | |
| EXCESSIVE WITHDRAWAL | 24 | 3 | |
| EXCESSIVE DEPENDENCY | 25 | 4 | |
| POOR EGO STRENGTH | 31 | 5 | |
| POOR PHYSICAL STRENGTH | 13 | 6 | |
| POOR COORDINATION | 11 | 7 | |
| POOR INTELLECTUALITY | 27 | 8 | |
| POOR ACADEMICS | 17 | 9 | |
| POOR ATTENTION | 24 | 10 | |
| POOR IMPULSE CONTROL | 23 | 11 | |
| POOR REALITY CONTACT | 34 | 12 | |
| POOR SENSE OF IDENTITY | 21 | 13 | |
| EXCESSIVE SUFFERING | 33 | 14 | |
| POOR ANGER CONTROL | 24 | 15 | |
| EXCESSIVE SENSE OF PERSECUTION | 24 | 16 | |
| EXCESSIVE AGGRESSIVENESS | 25 | 17 | |
| EXCESSIVE RESISTANCE | 24 | 18 | |
| POOR SOCIAL CONFORMITY | 36 | 19 | |

Copyright © 1977 by WESTERN PSYCHOLOGICAL SERVICES
Not to be reproduced in whole or in part without written permission of Western Psychological Services.
All rights reserved.

## PROFILE SHEET

by Harold F. Burks, Ph.D.

426

Published by

**wps** WESTERN PSYCHOLOGICAL SERVICES
Publishers and Distributors
12031 Wilshire Boulevard
Los Angeles, California 90025-1251

Name *Matthew Reeves*          Date *4-15-92*

School *East End*          Age *14*   Grade *05*

Rated by *Q. Lovett*          Relationship to Child *teacher*

**INSTRUCTIONS:** Category scores should be calculated according to directions in manual. Place an X at point along each category continuum where score and number coincide. Connect X's to make profile.



| Category | Total Scores |
|---|---|
| EXCESSIVE SELF-BLAME | 16 |
| EXCESSIVE ANXIETY | 18 |
| EXCESSIVE WITHDRAWAL | 12 |
| EXCESSIVE DEPENDENCY | 17 |
| POOR EGO STRENGTH | 21 |
| POOR PHYSICAL STRENGTH | 10 |
| POOR COORDINATION | 8 |
| POOR INTELLECTUALITY | 15 |
| POOR ACADEMICS | 9 |
| POOR ATTENTION | 23 |
| POOR IMPULSE CONTROL | 20 |
| POOR REALITY CONTACT | 22 |
| POOR SENSE OF IDENTITY | 14 |
| EXCESSIVE SUFFERING | 22 |
| POOR ANGER CONTROL | 16 |
| EXCESSIVE SENSE OF PERSECUTION | 13 |
| EXCESSIVE AGGRESSIVENESS | 20 |
| EXCESSIVE RESISTANCE | 18 |
| POOR SOCIAL CONFORMITY | 23 |

Copyright © 1977 by WESTERN PSYCHOLOGICAL SERVICES
Not to be reproduced in whole or in part without written permission of Western Psychological Services.
All rights reserved.                                    Printed in U.S.A.

BURKS' BEHAVIOR RATING SCALES
## PROFILE SHEET
by Harold F. Burks, Ph.D.

427

*Published by*

**wps** WESTERN PSYCHOLOGICAL SERVICES
Publishers and Distributors
12031 Wilshire Boulevard
Los Angeles, California 90025-1251

Name *Matthew Reeves*   Date *4-16-92*

School *East End*   Age *14*   Grade *05*

Rated by *Mamie Solomon*   Relationship to Child *Counselor*

**INSTRUCTIONS:** Category scores should be calculated according to directions in manual. Place an X at point along each category continuum where score and number coincide. Connect X's to make profile.

| Category | TOTAL SCORES |
|---|---|
| EXCESSIVE SELF-BLAME | 21 |
| EXCESSIVE ANXIETY | 19 |
| EXCESSIVE WITHDRAWAL | 23 |
| EXCESSIVE DEPENDENCY | 12 |
| POOR EGO STRENGTH | 27 |
| POOR PHYSICAL STRENGTH | 13 |
| POOR COORDINATION | 15 |
| POOR INTELLECTUALITY | 31 |
| POOR ACADEMICS | 17 |
| POOR ATTENTION | 23 |
| POOR IMPULSE CONTROL | 21 |
| POOR REALITY CONTACT | 37 |
| POOR SENSE OF IDENTITY | 25 |
| EXCESSIVE SUFFERING | 28 |
| POOR ANGER CONTROL | 25 |
| EXCESSIVE SENSE OF PERSECUTION | 25 |
| EXCESSIVE AGGRESSIVENESS | 28 |
| EXCESSIVE RESISTANCE | 24 |
| POOR SOCIAL CONFORMITY | 35 |

Column headings: NOT SIGNIFICANT | SIGNIFICANT | VERY SIGNIFICANT

# JASTAK
## ASSESSMENT SYSTEMS
### 1984 REVISED EDITION
# WRAT·R²
## WIDE RANGE ACHIEVEMENT TEST ● LEVEL 2

by Sarah Jastak and Gary S. Wilkinson

CONFIDENTIAL

Name: Matthew Reeves                Sex: (M.) F.

Date: 6-8-92   Birth Date: 12-13-77   Age: 14-5

School: ES                Grade: 6 (92-93)

Referred by: _____   Examiner: MBL

Ages 12 yrs. 0 mo. to 75 yrs.          Spelling, Level 2

| Test Results: | Raw Score | Standard Score | Percentile | Grade Equivalents |
|---|---|---|---|---|
| Reading | 34 | 70 | 2 | 3E |
| Spelling | 11 | 67 | 1 | 2B |
| Arithmetic | 24 | 77 | 6 | 4B |

*Use only standard scores for comparisons*

| — | I | / | \ | O | X | ⌐ | V | ⌐ | + | ∧ | Γ | △ | ⊐ | ⊔ | ▽ | ⊏ | ⊓ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Name: Matthew Reeves

cumulative score copying: score 4-9 = 1 point
score 10-17 = 2 pts.          score all 18 = 3 pts.

(cumulative score: 1 letter = 4, 2 letters = 5)

1. Cat
2. in
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. fasting
13. 
14. 

16. 
17. 

31. 
32. 
33. 
34. 
35. 
36. 
37. 
38. 
39. 
40. 
41. 
42. 
43. 
44.

March
*#7*

SELMA CITY SCHOOLS
SPECIAL EDUCATION PROGRAM
P.O. BOX F
SELMA, AL 36702-0318
(205) 874-1613

Ms. Marzette Re___
2128 Selma Ave.

## MULTIDISCIPLINARY ELIGIBILITY REPORT

STUDENT'S NAME _Matthew Reeves_   SCHOOL _EE_

BIRTHDATE _12-13-77_   DATE _7-30-92_   TIME _2:4_

REFERRAL DATE _4-16-92_ PERMISSION TO TEST/"STUDENT RIGHTS" DATE _4-21-_

| AREA | DATE | ASSESSMENT INSTRUMENT, SCORES AND RESULTS |
|------|------|-------------------------------------------|
| VISION | 4-29-92 | Snellen: ✓ within normal limits without glasses<br>___ within normal limits with glasses<br>___ problem but corrected as much as possible<br>___ problem but glasses will not help |
| HEARING | 4-24-92 | Puretone Audiometer:<br>✓ within normal limits<br>___ slight problem but should not affect test<br>___ problem--student wears hearing aid |
| INTELLIGENCE | 6-8-92 | WISC-R:  V = 75   P = 74   FS = 73<br><br>Binet:  IQ = _____  CA = _____  MA = _____ |
| COGNITION | | |
| BEHAVIOR | 4-16-92 | Burks: NS = 1   S = 3   VS = 15 Solomon<br>4   11<br>Devereux:  Scales beyond 1 SD = _____ |
| ADAPTIVE BEHAVIOR | | NABC:  SH = _____   HL = _____   IL = _____<br><br>SS = _____   SM = _____   LC = _____ |
| FINE MOTOR | | |
| GROSS MOTOR | | |
| HEARING | | Tympanometer _____ pass _____ fail |

| AREA | DATE | ASSESSMENT INSTRUMENT, SCORES AND RESULT |
|---|---|---|
| ENVIRONMENTAL, CULTURAL, ECONOMIC CONCERNS CHECKLIST | 5-13-92 | 6 √ 5                                              **430** |
| ORAL EXPRESSION | | |
| WRITTEN EXPRESSION | | |
| LISTENING COMPREHENSION | | |
| BASIC READING SKILLS | | Woodcock-R:  Total Reading Cluster:<br>GP = ___   GE = ___   AE = ___   SS = ___<br>Basic Skills Cluster:<br>GE = ___   AE = ___   SS = ___ |
| READING COMPREHENSION | | Woodcock-R:  Reading Comprehension Cluster<br>GE = ___   AE = ___   SS = ___ |
| MATHEMATICAL CALCULATION | | KeyMath-R:  Total Score:<br>GP = ___   GE = ___   AE = ___   SS = ___<br>Basic Concepts:<br>GE = ___   AE = ___   SS = ___ |
| MATHEMATICAL REASONING | | KeyMath-R   Operations: GE = ___   AE = ___   SS = ___<br>Applications: GE = ___   AE = ___   SS = ___ |
| WORK SAMPLES | 5-92 | See attached |
| OTHER | 6-8-92 | WRAT-R:  GP = _6.1_<br>GE for Reading = _3 E_  Spelling = _3 B_  Arithmetic = _6_ |

(over)

See discipline reports
_____

| | NAME | POSITION | DATE |
|---|---|---|---|
| I AGREE with the conclusions written in this report. | Milton Slawin | SPECoord. | 7-30-93 |
| | Martha B. Locked | Psychontist | 7-30-92 |
| | Marista Jones | SPEd Muse | 7/30/92 |
| | Paula Bonner | SLP | 7/30/92 |
| | Gloria Jurell | Psychometrist | 7-30-92 |
| | | | |
| | | | |
| | | | |
| | | | |

| | NAME | POSITION | DATE |
|---|---|---|---|
| I DO NOT AGREE with the conclusions written in this report. The attached statement represents my conclusions in this area. | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

432      June 1
          #2

<u>SPE TRANSFER/WITHDRAWAL NOTICE *</u>

Student's Name  *Matthew Reeves*

School  *Eastside*

Teacher  *DeVann Stewart*

The student named above withdrew from my class on  *January 14 1993*
                                                         (date)

and moved to  *Montgomery*                    *AL*
                   (city)                   (state)

to attend  *Mt. Meigs*                              School.

*Complete as much of this form as possible when a SPE student leaves your class
and forward it to the special education coordinator within 5 days of the
student's leaving.  At the same time, forward your copy of his/her SEMS form
(#75) on which you have written the word "DELETE" in red ink.  Make a copy of
this form and place it in the student's IEP folder which in turn is to be
placed in his cumulative folder.

_____  Check here if the student was not enrolled long enough to establish
         a SEMS form.

RECEIVED FEB 02 1993

*Returned 8-19-93*
     *to Eastside*

*Parent:  Mr Marzetta Reeves*

STATE CHILD COUNT DATA VERIFICATION

**433**

```
NAME............. Matthew Reeves

SS#............. 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

FIRST NAME....... Matthew

MIDDLE INITIAL.... G

LAST NAME........ Reeves

BIRTHDATE........ 12-13-77

RACE............ B

SEX............. M

LEA............. 191

SCHOOL CODE...... 0050

GRADE........... 07

ENROLLMENT STATUS. A

MOST RECENT DATE ENROLLED IN SPEC ED
IN THIS LEA....... 09-30-92

FUNDING SOURCE.... 94-142

IF CHAP-I FUNDING
LIST AGENCY.......

LRE............. 05

EXCEPTIONALITY:

  PRIMARY..... EC

  SECONDARY 1.

  SECONDARY 2.

DEAF/BLIND
REGISTRY.....    (IF YES)
```

RECEIVED FEB 02 1993

RECEIVED FEB 02 1993

VERIFIED BY..... _____   _____

                         Signature              Date

September 1992