# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MATTHEW REEVES,** | : |
|     **Plaintiff,** | : |
| | : |
| **vs.** | : |
| | :   **CIVIL ACTION NO. 17-0061-KD-MU** |
| **JEFFERSON D. DUNN,** | : |
|     **Respondent.** | : |
| | : |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Respondents and against Petitioner, Matthew Reeves.

It is further **ORDERED, ADJUDGED,** and **DECREED** that Reeves is entitled to a Certificate of Appealability as to Claim 3.b. but not entitled as to his remaining claims. Since the Court has found that Reeves is entitled to a Certificate of Appealability as to Claim 3.b., if he appeals, and if he is indigent, he would be entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **8th** day of **January 2019**.

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **CHIEF UNITED STATES DISTRICT JUDGE**